# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br>*Plaintiff(s)*<br>v.<br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; and TDK U.S.A. CORPORATION,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV 18-198 JCS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lesley E. Weaver
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA  94607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

*Kina Agustine*

Date: January 11, 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-198 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                          *Server's signature*

                                                                          _____
                                                                          *Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

| # | Defendant | Address for Service of Process |
|---|---|---|
| 1 | Murata Manufacturing Co., Ltd. | 10-1, Higashikotari 1-chome, Nagaokakyo-shi, Kyoto 617-8555, Japan |
| 2 | Murata Electronics North America, Inc. | 2200 Lake Park Drive SE<br>Smyrna, Georgia 30080-7604<br><br>c/o Corporation Service Company,<br>Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 |
| 3 | Panasonic Corporation | 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan. |
| 4 | Panasonic Corporation of North America | Two Riverfront Plaza,<br>Newark, New Jersey 07102<br><br>c/o CT Corporation System, 818 West 7th Street, 2nd Floor, Los Angeles, California 90017 |
| 5 | Sumida Electric Co. Ltd. | 3-6, 3-Chome, Ningyo-cho, Nihonbashi, Chuo-ku, Tokyo 103-8589, Japan |
| 6 | Sumida America Components Inc. | 1251 N Plum Grove Road, Suite 150<br>Schaumburg, Illinois 60173<br><br>c/o Joji Kagei<br>19191 South Vermont Avenue, Suite 420<br>Torrance, CA 90502 |
| 7 | Taiyo Yuden Co., Ltd. | 6-16-20, Ueno, Taito-ku, Tokyo 110-0005, Japan |
| 8 | Defendant Taiyo Yuden (USA) Inc. | 10 North Martingale Road, Suite 575<br>Schaumburg, Illinois 60173<br><br>c/o Joji Kagei<br>19191 South Vermont Avenue, Suite 420<br>Torrance, California 90502 |
| 9 | TDK Corporation | 13-1 Nihonbashi 1-chrome, Chuo-ku 103-8272, Tokyo, Japan |
| 10 | TDK-EPC Corporation | Shibaura Renasite Tower, 3-9-1 Shibaura, Minato-ku, Tokyo 108-0023, Japan |
| 11 | TDK U.S.A. Corporation | 525 RXR Plaza, Uniondale, New York 11556<br><br>c/o Corporation Service Company<br>Gateway Oaks Drive, Suite 150N Sacramento, California 95833-3505 |