BLEICHMAR FONTI & AULD LLP
Lesley E. Weaver (191305)
Matthew S. Weiler (236052)
Emily C. Aldridge (299236)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Attorneys for Dependable Component Supply Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RESISTORS ANTITRUST LITIGATION | Case No. 3:15-cv-03820-JD |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. James Donato |
| DEPENDABLE COMPONENT SUPPLY CORP., Plaintiff, on behalf of itself and others similarly situated,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; AND TDK U.S.A. CORPORATION, Defendants. | Case No. 3:18-cv-198-JCS<br><br>Judge: Hon. Joseph C. Spero |

CASE NO. 3:15-CV-03820-JD             DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF ADMINISTRATIVE
CASE NO. 3:18-CV-001980-JCS                    MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Matthew S. Weiler, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an attorney with Bleichmar Fonti & Auld LLP, counsel for plaintiff Dependable Component Supply Corp. in *Dependable Component Supply Corp. v. Murata Mfg. Co., Ltd.*, Case No. 3:18-cv-00198 (N.D. Cal.). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of Plaintiff Dependable Component Supply Corp.'s Administrative Motion to Consider Whether Cases Should Be Related.

3. A true and correct copy of the complaint in *Dependable Component Supply Corp. v. Murata Mfg. Co., Ltd.*, Case No. 3:18-cv-00198 (the "*Inductors* complaint"), is attached to this declaration as Exhibit 1.

4. A true and correct copy of the Civil Cover Sheet to the *Inductors* complaint is attached to this declaration as Exhibit 2.

5. When Plaintiff filed the *Inductors* complaint, Plaintiff noted on the Civil Cover Sheet (Exhibit 2) that the matter was potentially related to *In re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264 (N.D. Cal.) ("*Capacitors*"), and *In re Resistors Antitrust Litigation*, Case No. 3:15-cv-03820 (N.D. Cal.) ("*Resistors*"). Notwithstanding this designation, the *Inductors* complaint has been assigned to the Hon. Joseph C. Spero. On January 11, 2018, I called Lisa R. Clark, this Court's clerk, and asked how to bring the issue of whether the *Inductors* complaint is related to *Capacitors* and *Resistors* before the Court. Ms. Clark informed me that because the *Capacitors* litigation is subject to the multidistrict litigation procedures by the Judicial Panel on Multidistrict Litigation, the simplest way to relate the *Inductors* case to the cases before the Court is to file a motion to relate in *Resistors*.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge.

DATED: January 11, 2018

_____
Matthew S. Weiler