Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEPENDABLE COMPONENT
SUPPLY CORP.

               Plaintiff(s),

v.

MURATA MANUFACTURING CO.,
LTD., ET AL.

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: __18-cv-198-EJD__

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Abram J. Ellis__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __MURATA ELECTRONICS N.A., INC.__ in the above-entitled action. My local co-counsel in this case is __Harrison J. Frahn__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 900 G Street, N.W. <br> Washington, DC 20001 | 2475 Hanover Street <br> Palo Alto, CA 94304-1114 |
| My telephone # of record: <br> (202) 636-5500 | Local co-counsel's telephone # of record: <br> (650) 251-5000 |
| My email address of record: <br> aellis@stblaw.com | Local co-counsel's email address of record: <br> hfrahn@stblaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __497634__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: __02/05/18__

                                             Abram J. Ellis
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Abram J. Ellis__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/2018

                                    UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE