Colin C. West, SBN 184095
colin.west@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

J. Clayton Everett, Jr., (*pro hac vice* forthcoming)
clay.everett@morganlewis.com
Scott A. Stempel, (*pro hac vice* forthcoming)
scott.stempel@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

*Attorneys for Defendant TDK U.S.A. Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>                    Plaintiff,<br>        v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION,<br><br>                    Defendants. | Case No. 5:18-cv-00198-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINES FOR DOMESTIC DEFENDANTS** |

**JOINT STIPULATION**

THIS STIPULATION is hereby entered into by and between plaintiff in *Dependable Component Supply Corp. v. Murata Manufacturing Co. Ltd. et al.*, No. 3:18-cv-00189-EJD (N.D. Cal.) ("*Dependable*") and Defendants Murata Electronics North America, Inc.; Panasonic Corporation of North America; Sumida America Components, Inc.; Taiyo Yuden (U.S.A.) Inc.; and TDK U.S.A. Corporation (collectively, "Defendants").

WHEREAS, the *Dependable* action was filed on January 9, 2018;

WHEREAS, Murata Electronics North America, Inc. was served on January 15, 2018 and responsive pleadings are due February 5, 2018; Panasonic Corporation of North America was served on January 16, 2018 and responsive pleadings are due February 6, 2018; Sumida America Components, Inc. was served on January 18, 2018 and responsive pleadings are due February 8, 2018; Taiyo Yuden (U.S.A.) Inc. was served on January 18, 2018 and responsive pleadings are due February 8, 2018; TDK U.S.A. Corporation was served on January 15, 2018 and responsive pleadings are due February 5, 2018;

WHEREAS, the *Dependable* plaintiff has submitted a motion to consolidate the *Dependable* complaint with the complaints in two other actions pending before the Court and a proposed Case Management Order in coordination with counsel in those other two actions ("Plaintiffs' Counsel");

WHEREAS, Plaintiffs' Counsel and defense counsel have initiated discussions to coordinate on scheduling and other related matters;

WHEREAS Plaintiffs' Counsel anticipate filing a consolidated complaint upon the Court's resolution of the motions to consolidate and appoint Lead Counsel;

WHEREAS, Plaintiffs' Counsel and Defendants agree that it is inefficient and a waste of judicial resources for there to be piecemeal and *seriatim* responses to the *Dependable* and subsequent complaints;

WHEREAS, as noted above, responses by certain Defendants in the *Dependable* action are due today;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Defendants' response deadlines to the *Dependable* complaint is stayed pending discussion of a schedule for this and other related actions and entry of a Court order establishing such a schedule;

2. In making this stipulation, Defendants do not waive (i) any jurisdictional defenses; (ii) any affirmative defenses; (iii) any statutory or common law defenses; or (iv) any right to seek or oppose any reassignment, transfer or consolidated alternatives with respect to any currently filed or future related actions.  Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the extant complaints or any amended and/or consolidated complaint that may be in any of the currently filed or future related actions.  By stipulating to the [Proposed] Order, Defendants have not made an appearance in any other actions.

Dated: February 5, 2018                             Respectfully submitted,

*/s/ Colin C. West*

Colin C. West, SBN 184095
colin.west@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

J. Clayton Everett, Jr., (*pro hac vice* forthcoming)
clay.everett@morganlewis.com
Scott A. Stempel, (*pro hac vice* forthcoming)
scott.stempel@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel.: (202)739-3000
Fax: (202) 739-3001

*Attorneys for Defendant TDK U.S.A. Corporation*

/s/ *Lesley E. Weaver*

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Dependable Component Supply Corp.*

*/s/ Abram Ellis*

Abram Ellis, (*pro hac vice* forthcoming)
aellis@stblaw.com
John Terzaken, (*pro hac vice* forthcoming)
john.terzaken@stblaw.com
SIMPSON THACHER LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

Noritaka Kumamoto, (*pro hac vice* forthcoming)
nkumamoto@stblaw.com
SIMPSON THACHER LLP
41st Floor 9-10, Roppongi 1-Chome
Ark Hills Sengokuyama Mori Tower
Minato-Ku, Tokyo 106-0032 Japan
Tel: +81-3-5562-6200
Fax: +81-3-5562-6202

*Attorneys for Defendant Murata Electronics North America, Inc.*

*/s/ Daniel G. Swanson*

Daniel G. Swanson, SBN 116656
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com

Scott Hammond, (*pro hac vice* forthcoming)
Cynthia Richman, (appearance *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendant Panasonic Corporation of North America;*

JOINT STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 5:18-CV-00198-EJD

4

*/s/ Marguerite Sullivan*

Marguerite Sullivan, (*pro hac vice* forthcoming)
marguerite.sullivan@lw.com
LATHAM & WATKINS LLP
555 Eleventh St., NW
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorney for Defendant Sumida America Components, Inc.*


*/s/ Adam Hemlock*

Adam Hemlock, (*pro hac vice* forthcoming)
adam.hemlock@weil.com
Steven Reiss, (*pro hac vice* forthcoming)
steven.reiss@weil.com
Lara Trager, (*pro hac vice* forthcoming)
lara.trager@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Taiyo Yuden (U.S.A.) Inc.*

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3  Dated: February 6, 2018

                                                Honorable Edward J. Davila

                                                UNITED STATES DISTRICT JUDGE

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 5, 2018         */s/ Colin C. West*
                                                               Colin C. West, SBN 184095
                                                               colin.west@morganlewis.com
                                                               MORGAN, LEWIS & BOCKIUS LLP
                                                               One Market, Spear Street Tower
                                                               San Francisco, CA 94105
                                                               Tel: (415) 442-1000
                                                               Fax: (415) 442-1001

                                                               *Attorney for Defendant TDK U.S.A. Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, a true and correct copy of the foregoing was e-filed and e-served via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

Dated: February 5, 2018         */s/ Colin C. West*
                                                               Colin C. West, SBN 184095
                                                               colin.west@morganlewis.com
                                                               MORGAN, LEWIS & BOCKIUS LLP
                                                               One Market, Spear Street Tower
                                                               San Francisco, CA 94105
                                                               Tel: (415) 442-1000
                                                               Fax: (415) 442-1001

                                                               *Attorney for Defendant TDK U.S.A. Corporation*