Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP.,<br>Plaintiff(s),<br>v.<br>MURATA MANUFACTURING CO., LTD.; ET AL.,<br>Defendant(s). | Case No: 5:18-cv-00198<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Scott D. Hammond, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation of North America in the above-entitled action. My local co-counsel in this case is Daniel G. Swanson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | 333 S Grand Avenue<br>Los Angeles, CA 90071-3197 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415) 393-8200 | (213) 229-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| shammond@gibsondunn.com | dswanson@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 488229.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/06/18                                                         Scott D. Hammond
                                                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott D. Hammond is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/7/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012