Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP.<br><br>Plaintiff(s),<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; ET AL.,<br><br>Defendant(s). | Case No: 5:18-cv-00198-EJD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, John Clayton Everett, Jr., an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TDK U.S.A. Corporation in the above-entitled action. My local co-counsel in this case is Colin C. West, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1111 Pennsylvania Ave., NW<br>Washington, DC  20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 739-5860 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-1121 |
| MY EMAIL ADDRESS OF RECORD:<br>scott.stempel@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>colin.west@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 469652.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/05/18

John Clayton Everett, Jr.
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Clayton Everett, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/7/2018

UNITED STATES DISTRICT JUDGE