Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., | ) ) Case No: 18-cv-00198-EJD |
| Plaintiff(s), | ) ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| MURATA MANUFACTURING CO., LTD.; et al., | ) **PRO HAC VICE** ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) ) |

I, Adam C. Hemlock, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Taiyo Yuden Co. Ltd. & Taiyo Yuden (USA) Inc. in the above-entitled action. My local co-counsel in this case is David R. Singh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD:<br>(212) 310-8281 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 802-3010 |
| MY EMAIL ADDRESS OF RECORD:<br>adam.hemlock@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>david.singh@weil.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2829679.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 8, 2018

Adam C. Hemlock
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Adam C. Hemlock is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2018

UNITED STATES DISTRICT JUDGE