Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> MURATA MANUFACTURING CO., LTD.; et al., <br><br> Defendant(s). | Case No: 18-cv-00198-EJD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Lara E. Veblen Trager**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Taiyo Yuden Co. Ltd. & Taiyo Yuden (USA) Inc.** in the above-entitled action. My local co-counsel in this case is **David R. Singh**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Weil, Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, NY 10153 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Weil, Gotshal & Manges LLP <br> 201 Redwood Shores Parkway, 6th Floor <br> Redwood Shores, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (212) 310-8967 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (650) 802-3010 |
| MY EMAIL ADDRESS OF RECORD: <br> lara.trager@weil.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> david.singh@weil.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **4566048**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: February 8, 2018                                     Lara E. Veblen Trager
                                                                                       APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Lara E. Veblen Trager** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2018

UNITED STATES DISTRICT JUDGE