Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DEPENDABLE COMPONENT SUPPLY CORP.,

          Plaintiff(s),

v.

MURATA MANUFACTURING CO., LTD.; et al.,

          Defendant(s).

Case No: 18-cv-00198-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven A. Reiss, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Taiyo Yuden Co. Ltd. & Taiyo Yuden (USA) Inc. in the above-entitled action. My local co-counsel in this case is David R. Singh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065 |
| My Telephone # of Record:<br>(212) 301-8174 | Local Co-Counsel's Telephone # of Record:<br>(650) 802-3010 |
| My Email Address of Record:<br>steven.reiss@weil.com | Local Co-Counsel's Email Address of Record:<br>david.singh@weil.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2167864.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 8, 2018

                                                       Steven A. Reiss
                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Steven A. Reiss is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2018

                                                 UNITED STATES DISTRICT JUDGE