Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP.<br><br>Plaintiff(s),<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; ET AL.,<br><br>Defendant(s). | Case No: 5:18-cv-00198-EJD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Scott Alan Stempel, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TDK U.S.A. Corporation in the above-entitled action. My local co-counsel in this case is Colin C. West, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1111 Pennsylvania Ave., NW<br>Washington, DC  20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 739-5211 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-1121 |
| MY EMAIL ADDRESS OF RECORD:<br>scott.stempel@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>colin.west@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 367284.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/05/18

Scott Alan Stempel
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott Alan Stempel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2018

UNITED STATES DISTRICT JUDGE