Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Jessica Moy (SBN 272941)
Sarah Khorasanee McGrath (SBN 263935)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email:  jtabacco@bermantabacco.com
            tseaver@bermantabacco.com
            mpearson@bermantabacco.com
            jmoy@bermantabacco.com
            smcgrath@bermantabacco.com

*Attorneys for Cambridge Capital Corporation*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; and TDK U.S.A. CORPORATION,<br><br>Defendants. | Case No. 5:18-cv-00198-EJD<br><br>**PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S RESPONSE TO MOTION TO APPOINT CO-LEAD INTERIM COUNSEL FILED BY PLAINTIFFS DEPENDABLE COMPONENT SUPPLY ET AL.** |

|  |  |
|---|---|
| POWERWEB, INC. AND POWERWEB ENERGY, INC., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA; TDK U.S.A. CORPORATION,<br><br>Defendants. | Case No. 5:18-cv-00349-EJD<br><br>RELATED ACTION |
| LIFETIME SERVICE CENTER, INC., on behalf of itself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | Case No. 5:18-cv-00511-EJD<br><br>RELATED ACTION |

| | |
|---|---|
| Defendants. | |
| CAMBRIDGE CAPITAL CORPORATION, on behalf of themselves and others similarly situated, | Case No. 5:18-cv-00686-EJD |
| | RELATED ACTION |
| Plaintiff, | |
| v. | |
| MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC INDUSTRIAL DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| Defendants. | |

1  Plaintiff Cambridge Capital Corporation ("Cambridge Capital") in Case No. 18-cv-
2  00686-EJD hereby responds to the Motion to Appoint Co-Lead Interim Counsel for Direct
3  Purchaser Plaintiffs filed January 31, 2018 by plaintiffs in *Dependable Component Supply Corp.*
4  *v. Murata Manufacturing Co., Ltd., et al.*, Case No. 18-cv-00198-EJD, and related actions
5  numbered 18-cv-00349-EJD and 18-cv-00511-EJD (*see* No. 18-cv-00198-EJD, ECF No. 21),
6  which seeks an order appointing attorneys from Bleichmar Fonti & Auld LLP and Hausfeld LLP
7  as interim co-lead counsel over a consolidated action (the "Bleichmar/Hausfeld Motion").
8  Cambridge Capital opposes the Bleichmar/Hausfeld Motion. Instead, for the reasons set
9  forth in Cambridge Capital's accompanying motion (*see* 18-cv-00198-EJD, ECF No. 55),
10 Berman Tabacco meets the requirements of Fed. R. Civ. P. 23(g) and respectfully submits it
11 should be appointed as Interim Lead Counsel for the proposed single, consolidated Inductors
12 action.
13 Alternatively, if the Court determines that a joint leadership structure should be drawn
14 from across the several Inductors plaintiffs' firms that have filed complaints, Berman Tabacco
15 would not object to being designated as co-lead counsel of a consolidated case in conjunction
16 with other applicants deemed qualified by the Court, should the Court deem a co-lead structure
17 to be in the best interests of the class. Indeed, the firms representing plaintiffs in the above-
18 captioned complaints are themselves experienced in prosecuting complex class action cases, and
19 Berman Tabacco attorneys have worked in the past with nearly all those firms.
20 Berman Tabacco's expertise in leading similar complex antitrust actions—as shown, for
21 example, in its successful leadership as co-lead counsel in *In re Lithium Ion Batteries Antitrust*
22 *Litigation*, 13-md-02420-YGR (N.D. Cal.)—would contribute greatly to the prosecution of this
23 Inductors action.
24 DATED:    February 14, 2018                **BERMAN TABACCO**
25
26                                            By:   */s/ Todd A. Seaver*
27                                                  Todd A. Seaver
28

| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. |
| | Matthew D. Pearson |
| 2 | Jessica Moy |
| | Sarah Khorasanee McGrath |
| 3 | 44 Montgomery Street, Suite 650 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 433-3200 |
| | Facsimile: (415) 433-6382 |
| 5 | Email: jtabacco@bermantabacco.com |
| | tseaver@bermantabacco.com |
| 6 | mpearson@bermantabacc.com |
| | jmoy@bermantabacco.com |
| 7 | smcgrath@bermantabacco.com |

Marc Greenspon (*pro hac vice* to be filed)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: mgreenspon@bermantabacco.com

Vincent Briganti (*pro hac vice* to be filed)
Barbara Hart (*pro hac vice* to be filed)
**LOWEY DANNENBERG P.C**.
White Plains Plaza
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
Email: vbriganti@lowey.com
bhart@lowey.com

Brian Murray (*pro hac vice* to be filed)
Lee Albert (*pro hac vice* to be filed)
**GLANCY PRONGAY & MURRAY**
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: bmurray@glancylaw.com
lalbert@glancylaw.com

*Attorneys for Cambridge Capital Corporation*