Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Dependable Component Supply Corp.*

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiffs Powerweb, Inc. and Powerweb Energy, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA | Case No. 5:18-cv-00198-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINES** |

|   |   |
|---|---|
| ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| Defendants. | |
| POWERWEB, INC. AND POWERWEB ENERGY, INC., on behalf of themselves and others similarly situated, | Case No. 5:18-cv-00349-EJD  Related Action |
| Plaintiffs, | |
| v. | |
| MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| Defendants. | |
| LIFETIME SERVICE CENTER, INC., on behalf of itself and others similarly situated, | Case No. 5:18-cv-00511-EJD  Related Action |
| Plaintiff, | |
| v. | |
| MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., | |

1
2
3
4

LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION,

        Defendants.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JOINT STIPULATION

THIS STIPULATION is hereby entered into by and between Plaintiffs in *Dependable Component Supply Corp. v. Murata Manufacturing Co. Ltd. et al.*, No. 5:18-cv-00189-EJD (N.D. Cal.) ("*Dependable*"), *Powerweb, Inc. et al. v. Murata Manufacturing Co. Ltd. et al.*, No. 5:18-cv-00349-EJD (N.D. Cal.) ("*Powerweb*"), and *Lifetime Service Center, Inc. v. Murata Manufacturing Co. Ltd. et al.*, No. 5:18-cv-00511-EJD (N.D. Cal.) ("*Lifetime*"), (collectively, "Direct Purchaser Plaintiffs") and Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components, Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; and TDK U.S.A. Corporation (collectively, "Defendants").

WHEREAS, the *Dependable* action was filed on January 9, 2018; the *Powerweb* action was filed on January 16, 2018; and the *Lifetime* action was filed on January 23, 2018;

WHEREAS, Defendants agree to waive service of process for the *Dependable*, *Powerweb*, and *Lifetime* complaints;

WHEREAS, Direct Purchaser Plaintiffs agree that within thirty (30) days of entry of this stipulation, Direct Purchaser Plaintiffs will provide to undersigned counsel for Defendants Japanese translations of the *Dependable*, *Powerweb*, and *Lifetime* complaints;

WHEREAS, this stipulation is entered into on behalf of Direct Purchaser Plaintiffs by each of their undersigned counsel and on behalf of Defendants by each of their undersigned counsel, but shall be for the benefit of all current and future plaintiffs and defendants, both named and unnamed;

WHEREAS, Direct Purchaser Plaintiffs anticipate filing a consolidated complaint on behalf of Direct Purchaser Plaintiffs once the Court appoints Interim Class Counsel;

WHEREAS, Direct Purchaser Plaintiffs and Defendants agree that it is inefficient and a waste of judicial resources for there to be piecemeal and *seriatim* responses to the *Dependable*, *Powerweb*, and *Lifetime* complaints;

WHEREAS, Direct Purchaser Plaintiffs and Defendants agree that no responses to the *Dependable*, *Powerweb*, and *Lifetime* complaints should be filed until after Interim Class Counsel are appointed and an operative consolidated complaint is filed or designated;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The time periods for responding to the *Dependable*, *Powerweb*, and *Lifetime* complaints are stayed until the appointment of Interim Class Counsel;
2. If the Court grants the pending motion to consolidate the *Dependable*, *Powerweb*, and *Lifetime* cases, the following schedule shall apply:
   a. Within sixty (60) days after the appointment of Interim Class Counsel, Interim Class Counsel shall file a Direct Purchaser consolidated complaint;
   b. Within sixty (60) days after the filing of a Direct Purchaser consolidated complaint, Defendants shall respond to that consolidated complaint;
   c. If Defendants file any motion(s) to dismiss claims made in the consolidated complaint, within sixty (60) days after such motion(s) is filed, Interim Class Counsel shall file any brief(s) in opposition;
   d. Within thirty (30) days after Interim Class Counsel file any brief(s) in opposition, Defendants shall file any reply brief(s) in response to Interim Class Counsel's opposition brief(s);
3. If the Court denies the pending motion to consolidate the *Dependable*, *Powerweb*, and *Lifetime* cases, then the parties will jointly propose a briefing schedule for responding to the complaints in those actions;
4. If these actions are referred to the Judicial Panel on Multidistrict Litigation ("JPML"), the schedule reflected herein shall be tolled pending a decision by the

1   JPML.  If a Motion to Transfer is granted, the briefing schedule in Paragraph 2 is
2   triggered by Defendants' receipt of written notice from Direct Purchaser Plaintiffs
3   after the JPML's order granting the Motion to Transfer, stating that they do not
4   intend to file a consolidated or amended complaint, unless the transferee court sets
5   a different schedule.  If a Motion to Transfer is ultimately denied, the Defendants'
6   time to answer, file motions, or otherwise respond to Direct Purchaser Plaintiffs'
7   Complaint shall be the later of sixty (60) days after (i) Direct Purchaser Plaintiffs'
8   filing of a consolidated or amended complaint following an order denying the
9   Motion to Transfer, or (ii) written notice from Direct Purchaser Plaintiffs after the
10  JPML's order denying the Motion to Transfer stating that they do not intend to file
11  a consolidated or amended complaint;

12  5. In making this stipulation, Defendants do not waive (i) any jurisdictional defenses;
13  (ii) any affirmative defenses; (iii) any other statutory or common law defenses; or
14  (iv) any right to seek or oppose any reassignment, transfer, or consolidated
15  alternatives with respect to any of the currently filed or future related actions;
16  Defendants expressly reserve their rights to raise any such defenses (or any other
17  defense) in response to either the extant complaints or any amended and/or
18  consolidated complaint that may be in any of the currently filed or future related
19  actions.  By stipulating to the [Proposed] Order, Defendants have not made an
20  appearance in any other actions;

21  6. Defendants agree that upon issuance of the [Proposed] Order, Defendants shall,
22  pursuant to Federal Rule of Civil Procedure 4, waive the requirement that the
23  consolidated complaint be served upon Defendants;

24  7. Direct Purchaser Plaintiffs agree that within seven days after the filing of the
25  Direct Purchaser consolidated complaint, Direct Purchaser Plaintiffs will provide

to undersigned counsel for Defendants a Japanese translation of the consolidated complaint.

Dated: February 9, 2018                              Respectfully submitted,

*/s/ Lesley E. Weaver*

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Dependable Component Supply Corp.*


*/s/ Michael P. Lehmann*

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

Marc H. Edelson (admitted *pro hac vice*)
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
medelson@edelson-law.com

JOINT STIPULATION AND [PROPOSED] ORDER                                   CASE NO. 5:18-CV-00198-EJD

Joshua H. Grabar (admitted *pro hac vice*)
GRABAR LAW OFFICE
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel.: (267) 507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiffs Powerweb, Inc. and Powerweb Energy, Inc.*

/s/ Allan Steyer

Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Tel.: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
smacrae@bamlawca.com

Arthur N. Bailey (*pro hac vice* forthcoming)
R. Anthony Rupp, III (*pro hac vice* forthcoming)
Marco Cercone (*pro hac vice* forthcoming)
RUPP BASE PFALZGRAF CUNNINGHAM, LLC
424 Main Street, 1600 Liberty Building
Buffalo, New York 14202
Tel.: (716) 854-3400
bailey@ruppbaase.com
rupp@ruppbaase.com
cercone@ruppbaase.com

*Attorneys for Plaintiff Lifetime Service Center, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER          CASE NO. 5:18-CV-00198-EJD

|   |   |
|---|---|
| 1 | */s/ Harrison J. Frahn, IV* |
| 2 | Harrison J. Frahn, IV (SBN 206822) |
|   | SIMPSON THACHER & BARTLETT LLP |
| 3 | 2475 Hanover Street |
|   | Palo Alto, California 94304 |
| 4 | Tel: (650) 251-5025 |
|   | Fax: (650) 251-5002 |
| 5 | hfrahn@stblaw.com |

John Terzaken (*pro hac vice*)
Abram Ellis (*pro hac vice)*
Jonathan D. Porter (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
john.terzaken@stblaw.com
aellis@stblaw.com
jporter@stblaw.com

Noritaka Kumamoto (*pro hac vice* forthcoming)
SIMPSON THACHER LLP
41st Floor 9-10, Roppongi 1-Chome
Ark Hills Sengokuyama Mori Tower
Minato-Ku, Tokyo 106-0032 Japan
Tel: +81-3-5562-6200
Fax: +81-3-5562-6202
nkumamoto@stblaw.com

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*


*/s/ Daniel G. Swanson*
Daniel G. Swanson (SBN 116656)
Frances A. Smithson (SBN 313700)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com
fsmithson@gibsondunn.com

JOINT STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 5:18-CV-00198-EJD

Scott Hammond (*pro hac vice*)
Cynthia Richman (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendants Panasonic Corporation of North America; and Panasonic Corporation*

*/s/ Marguerite Sullivan*

Marguerite Sullivan (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh St., NW
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
*Attorney for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

*/s/ Steven A. Reiss*

Steven A. Reiss (*pro hac vice* forthcoming)
Adam C. Hemlock (*pro hac vice* forthcoming)
Lara E. Veblen Trager (*pro hac vice* forthcoming)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
*Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.*

JOINT STIPULATION AND [PROPOSED] ORDER          CASE NO. 5:18-CV-00198-EJD

7

1
2  /s/ Colin C. West
3  Colin C. West (SBN 184095)
   MORGAN LEWIS & BOCKIUS LLP
4  One Market
   Spear Street Tower
5  San Francisco, California 94105-1596
   Tel: (415) 442-1000
6  Fax: (415) 442-1001
   colin.west@morganlewis.com
7
8  J. Clayton Everett, Jr. (*pro hac vice*)
   Scott A. Stempel (*pro hac vice* forthcoming)
9  Greta L. Burkholder (*pro hac vice*)
   MORGAN LEWIS & BOCKIUS LLP
10 1111 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
11 San Francisco, California
   Tel: (202) 739-3000
12 Fax: (202) 739-3001
13 clay.everett@morganlewis.com
   scott.stempel@morganlewis.com
14 greta.burkholder@morganlewis.com
15
   *Attorney for Defendants TDK U.S.A.*
16 *Corporation; TDK Corporation; TDK-EPC*
   *Corporation; and TDK Corporation of*
17 *America*
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 5:18-CV-00198-EJD

8

1   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3   Dated: February 12, 2018                    _____

                                                Honorable Edward J. Davila

                                                UNITED STATES DISTRICT JUDGE

   The duplicative stipulation filed in Case No. 5:18-cv-00198-EJD at Dkt. No. 51 is TERMINATED AS MOOT.

**ECF ATTESTATION**

I, Lesley E. Weaver, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINES**.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for Defendants have concurred in this filing.

DATED: February 9, 2018

By: */s/ Lesley E. Weaver*
Lesley E. Weaver