Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIFETIME SERVICE CENTER, INC.,

Plaintiff(s),

v.

MURATA MANUFACTURING CO.,

Defendant(s).

Case No: 5:18-cv-00198-E

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, R. Anthony Rupp III, Esq., an active member in good standing of the bar of U.S.D.C. Western D. of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Lifetime Service Center, Inc. in the above-entitled action. My local co-counsel in this case is Allan Steyer, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1600 Liberty Building, Buffalo, NY  14202 | One California Street, Suite 300, San Francisco, CA  94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (716) 854-3400 | (415) 421-3400 |
| My email address of record: | Local co-counsel's email address of record: |
| rupp@ruppbaase.com | asteyer@steyerlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2526846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/16/18

R. Anthony Rupp III, Esq.
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of R. Anthony Rupp III, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/16/2018

UNITED STATES DISTRICT JUDGE