Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LIFETIME SERVICE CENTER, INC., )
                              )  Case No: 5:18-cv-00198-E
                    Plaintiff(s), )
                              )  **APPLICATION FOR**
        v.                    )  **ADMISSION OF ATTORNEY**
                              )  **PRO HAC VICE**
MURATA MANUFACTURING CO.,     )  (CIVIL LOCAL RULE 11-3)
                              )
                    Defendant(s). )
                              )

I, Marco Cercone, Esq. , an active member in good standing of the bar of U.S.D.C. Western D. of NY , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Lifetime Service Center, Inc. in the above-entitled action. My local co-counsel in this case is Allan Steyer, Esq. , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1600 Liberty Building, Buffalo, NY  14202 | One California Street, Suite 300, San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (716) 854-3400 | (415) 421-3400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cercone@ruppbaase.com | asteyer@steyerlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4099396 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  02/16/18

Marco Cercone, Esq.
APPLICANT

===

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marco Cercone, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/16/2018

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*