Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Dependable Component Supply Corp.*

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiffs Powerweb, Inc. and Powerweb Energy, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>                    Plaintiff,<br>           v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA | Case No. 3:18-cv-00198-EJD<br><br>**REQUEST FOR ENTRY OF ORDER ON JOINT MOTION TO CONSOLIDATE AND ENTER CASE MANAGEMENT ORDER** |

| | |
|---|---|
| 1  ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| Defendants. | |
| POWERWEB, INC. AND POWERWEB ENERGY, INC., on behalf of themselves and others similarly situated, | Case No. 3:18-cv-00349-EJD  Related Action |
| Plaintiffs, | |
| v. | |
| MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| Defendants. | |
| LIFETIME SERVICE CENTER, INC., on behalf of itself and others similarly situated, | Case No. 3:18-cv-00511-EJD  Related Action |
| Plaintiff, | |
| v. | |
| MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., | |

REQUEST FOR ENTRY OF ORDER RE JOINT MOTION TO CONSOLIDATE THE RELATED ACTIONS
CASE NO. 3:18-CV-00198-EJD

| | |
|---|---|
| 1 | LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, |
| 2 | |
| 3 | |
| 4 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 31, 2018, after conferring with opposing counsel regarding a hearing date, counsel for Plaintiffs in the above-captioned actions jointly moved for entry of an interim case management order ("Proposed CMO"). ECF No. 18. Pursuant to Local Rule 7-3(a) and (b), opposition or notice of non-opposition to this motion was due on February 13, 2018. No response has been filed. Because the Proposed CMO addresses various scheduling issues that would otherwise require additional stipulation of the parties and separate orders—consolidating the cases, streamlining the proceedings, and providing for other necessary early case management matters such as providing for a common docket, service on parties, and the preservation of evidence—Plaintiffs respectfully request that this Court enter their Proposed CMO.

Dated: February 20, 2018

Respectfully submitted,

/s/ Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Dependable Component Supply Corp.*

/s/ Michael P. Lehmann

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908

Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

Marc H. Edelson (admitted *pro hac vice*)
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
medelson@edelson-law.com

Joshua H. Grabar (admitted *pro hac vice*)
GRABAR LAW OFFICE
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel.: (267) 507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiffs Powerweb, Inc. and Powerweb Energy, Inc.*


/s/ Allan Steyer

Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Tel.: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
smacrae@bamlawca.com

Arthur N. Bailey (*pro hac vice* forthcoming)
R. Anthony Rupp, III (*pro hac vice* forthcoming)
Marco Cercone (*pro hac vice* forthcoming)
RUPP BASE PFALZGRAF
CUNNINGHAM, LLC
424 Main Street, 1600 Liberty Building
Buffalo, New York 14202
Tel.: (716) 854-3400

1  
2  
bailey@ruppbaase.com  
rupp@ruppbaase.com  
cercone@ruppbaase.com  

3  
4  
*Attorneys for Plaintiff Lifetime Service Center, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document. I have on file records to support this concurrence for subsequent production for the court if so order or for inspection upon request.

Dated: February 20, 2018                    /s/ Lesley E. Weaver
                                            Lesley E. Weaver
                                            *Attorney for Plaintiff Dependable Component Supply Corp.*