UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIVE RIVERS ELECTRONIC INNOVATIONS, LLC,

    Plaintiff,

v.

KEMET CORPORATION, et al.,

    Defendants.

Case No. 18-cv-00851-JSW

**SUA SPONTE REFERRAL ORDER**

Pursuant to Northern District Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Edward J. Davila to determine if this case is related to: *Dependable Component Supply Corp. v. Murata Manufacturing Co., Ltd., et al.*, 18-cv-00198-EJD.

**IT IS SO ORDERED.**

Dated: March 14, 2018

_____
JEFFREY S. WHITE
United States District Judge

Cc:    Judge Edward J. Davila