Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
Matthew D. Pearson (SBN 235339)
Jessica Moy (SBN 272941)
Sarah Khorasanee McGrath (SBN 263935)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
       tseaver@bermantabacco.com
       mpearson@bermantabacco.com
       jmoy@bermantabacco.com
       smcgrath@bermantabacco.com

*Attorneys for Plaintiff Cambridge Capital Corporation*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., <br><br> Plaintiff, <br><br> v. <br><br> MURATA MANUFACTURING CO., LTD., et al., <br><br> Defendants. | Case No. 5:18-cv-00198-EJD <br><br> **PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S RESPONSE IN SUPPORT OF RELATING *FIVE RIVERS* ACTION** |
| CAMBRIDGE CAPITAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MURATA MANUFACTURING CO., LTD., et al., <br><br> Defendants. | Case No. 5:18-cv-00686-EJD <br><br> RELATED ACTION |

| | |
|---|---|
| FIVE RIVERS ELECTRONIC INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KEMET CORPORATION, et al.,<br><br>    Defendants. | Case No. 4:18-cv-00851-JSW |

Pursuant to Civil Local Rules 3-12(c) and (e), Plaintiff Cambridge Capital Corporation ("Cambridge Capital") submits this response in support of relating *Five Rivers Electronic Innovations, LLC v. Kemet Corporation, et al.*, No. 4:18-cv-00851-JSW (N.D. Cal.) ("*Five Rivers*") to the first-filed Inductors action, *Dependable Component Supply Corp. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:18-cv-00198-EJD (N.D. Cal.) ("*Dependable*"). By sua sponte order of the Honorable Jeffrey S. White, the matter of whether *Five Rivers* is related to *Dependable* has been referred to this Court.

I.  **INTRODUCTION**

Presently pending before this Court are five actions alleging price-fixing in the market for inductors that have been deemed related:

- *Dependable*;
- *Powerweb, Inc., et al. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:18-cv-00349-EJD ("*Powerweb*");
- *Lifetime Service Center, Inc. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:18-cv-00511-EJD ("*Lifetime*");
- *Cambridge Capital Corp. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:18-cv-00686-EJD ("*Cambridge*"); and
- *Arch Electronics, Inc. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:18-cv-01128 ("*Arch*") (N.D. Cal.) (together, the "Related Inductors Actions").

The Related Inductors Actions were all brought on behalf of direct purchasers of inductors against the same or similar defendants.

A sixth action, *Five Rivers*, was filed February 8, 2018 and is presently assigned to the Honorable Jeffrey S. White. The plaintiff in *Five Rivers* sought to have its action related to *In re Capacitors Antitrust Litigation*, No. 3:14-cv-03264-JD (N.D. Cal.), but the Honorable James Donato denied the motion. *See* Related Case Order, Mar. 14, 2018, ECF No. 76.[1] Thereafter, on

---

[1] All references to "ECF No. __" are to documents on the *Dependable* docket.

1  March 14, 2018, Judge White sua sponte referred to this Court the matter of whether *Five Rivers*
2  is related to *Dependable*. *See* Sua Sponte Referral Order, Mar. 14, 2018, ECF No. 77.
3      For the reasons set forth below, *Five Rivers* should be related to *Dependable*.
4  **II.     ARGUMENT**
5      An action is related to another when: "(1) The actions concern substantially the same
6  parties, property, transaction or event; and (2) It appears likely that there will be an unduly
7  burdensome duplication of labor and expense or conflicting results if the cases are conducted
8  before different Judges." Civil L.R. 3-12(a).
9      *Five Rivers* concerns substantially the same parties, property, transactions and events as
10 *Dependable*. Like the other Related Inductors Actions, *Five Rivers*:

- alleges a conspiracy to fix the price of inductors (*see, e.g., Dependable* Compl. ¶ 1; *Five Rivers* Compl. ¶ 1)[2];
- involves many of the same defendants, including Murata Manufacturing Co., Ltd., Murata Electronics North America, Inc., Panasonic Corporation, Panasonic Corporation of North America, Panasonic Electrical Devices Co. Ltd., Panasonic Industrial Devices Sales Company of America, Sumida America Components, Inc., Sumida Corporation, Sumida Electronic Co., Ltd., Taiyo Yuden Co., Ltd., Taiyo Yuden (U.S.A.) Inc., TDK Corporation, TDK-EPC Corporation, and TDK U.S.A. Corporation (*see, e.g., Dependable* Compl. ¶¶ 18, 20-29; *Five Rivers* Compl. ¶¶ 20-21, 28-31, 37-39, 42-43, 47-49; *Cambridge* Compl. ¶¶ 24, 26)[3];
- is brought on behalf of direct purchasers of inductors (*see, e.g., Dependable* Compl. ¶¶ 32-33; *Five Rivers* Compl. ¶¶ 64-65);
- alleges a similar, overlapping class period (*see, e.g., Dependable* Compl. ¶¶ 32-33; *Five Rivers* Compl. ¶¶ 64-65); and
- is based on similar facts, including allegations that the Department of Justice has

---

[2] The *Five Rivers* complaint appears on the *Dependable* docket at ECF No. 78-2.

[3] The *Cambridge* complaint appears on the *Dependable* docket at ECF No. 29-1, Ex. A.

1    subpoenaed several inductors manufacturers, that the defendants have colluded at
2    and through certain trade associations, and that the market for inductors is
3    conducive to, and exhibits characteristics of, collusion (*see, e.g., Dependable*
4    Compl. ¶¶ 6, 10, 79-82, 95-120; *Five Rivers* Compl. ¶¶ 13-14, 63, 94-104).

5    Because of these overlapping allegations, unduly burdensome duplication of efforts is
6 likely and will waste the Court's and the parties' time and resources. Judicial efficiency and
7 consistency will better be served by having the *Five Rivers* action related and assigned to this
8 Court.

9 **III.    CONCLUSION**

10    For the reasons set forth above, the Court should relate *Five Rivers* to *Dependable*.

11 DATED: March 19, 2018                              **BERMAN TABACCO**

12                                                    By:  */s/ Todd A. Seaver*
13                                                           Todd A. Seaver

14                                                    Joseph J. Tabacco, Jr**.**
                                                      Matthew D. Pearson
15                                                    Jessica Moy
                                                      Sarah Khorasanee McGrath
16                                                    44 Montgomery Street, Suite 650
                                                      San Francisco, CA  94104
17                                                    Telephone: (415) 433-3200
                                                      Facsimile:  (415) 433-6382
18                                                    Email: jtabacco@bermantabacco.com
                                                              tseaver@bermantabacco.com
19                                                            mpearson@bermantabacco.com
                                                              jmoy@bermantabacco.com
20                                                            smcgrath@bermantabacco.com

21                                                    Marc Greenspon (*pro hac vice* to be filed)
                                                      One Liberty Square
22                                                    Boston, MA 02109
                                                      Telephone: (617) 542-8300
23                                                    Facsimile:  (617) 542-1194
                                                      Email: mgreenspon@bermantabacco.com
24

25

26

27

28

|   |   |
|---|---|
| 1 | Vincent Briganti (*pro hac vice* to be filed) |
|   | Barbara Hart (*pro hac vice* to be filed) |
| 2 | **LOWEY DANNENBERG P.C**. |
|   | White Plains Plaza |
| 3 | 44 South Broadway, Suite 1100 |
|   | White Plains, NY 10601 |
| 4 | Telephone: (914) 997-0500 |
|   | Facsimile:  (914) 997-0035 |
| 5 | Email:  vbriganti@lowey.com |
|   | bhart@lowey.com |
| 6 | Brian Murray (*pro hac vice* to be filed) |
|   | Lee Albert (*pro hac vice* to be filed) |
| 7 | **GLANCY PRONGAY & MURRAY** |
|   | 230 Park Avenue, Suite 530 |
| 8 | New York, NY 10169 |
|   | Telephone: (212) 682-5340 |
| 9 | Facsimile:  (212) 884-0988 |
|   | Email:  bmurray@glancylaw.com |
| 10 | lalbert@glancylaw.com |

*Attorneys for Plaintiff Cambridge Capital Corporation*

## **CERTIFICATE OF SERVICE**

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman Tabacco, 44 Montgomery Street, Suite 650, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On March 19, 2018, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Todd A. Seaver, and at his direction, I filed and served true and correct copies of the document(s) described as follows:

**PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S
RESPONSE IN SUPPORT OF RELATING *FIVE RIVERS* ACTION**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on March 19, 2018, I served true and correct copies of the document(s) listed above to the following parties, which are not presently on the list to receive notices from the ECF System in the *Dependable* action,

__X__ by placing the documents listed above enclosed in sealed envelopes, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman Tabacco's ordinary business practices addressed as set forth below:

__X__ by transmitting a true and correct Portable Document Format (PDF) copy via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below:

Darrell Prescott
Meghan E. Hausler
Christina M. Wong
**BAKER & MCKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626-4476
Fax: (212) 310-1637
Darrell.Prescott@bakermckenzie.com
Meghan.Hausler@bakermckenzie.com
Christina.Wong@bakermckenzie.com

*Attorneys for Defendants Okaya Electric Industries Co.,
Ltd. and Okaya Electric America, Inc.
in Five Rivers Electronic Innovations, LLC v. Kemet Corporation, et al.*

Roxane A. Polidora
Jacob R. Sorensen
Laura C. Hurtado
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: (415) 983-1000
Fax: (415) 983-1200
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
laura.hurtado@pillsburylaw.com

*Attorneys for Defendants KEMET Corporation,
KEMET Electronics Corporation, TOKIN Corporation,
and TOKIN America, Inc.
in Five Rivers Electronic Innovations, LLC v. Kemet Corporation, et al.*

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on March 19, 2018.

/s/ Leslie R. Cuesta
Leslie R. Cuesta