Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Attorneys for Defendants,
MURATA ELECTRONICS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD., et al.<br><br>Defendants. | CASE NO. 5:18-CV-00198-EJD<br><br>Hon. Edward Davila<br><br>**MURATA ELECTRONICS NORTH AMERICA, INC. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |

Subject to the approval by the Court, notice is hereby given that Defendants, MURATA ELECTRONICS NORTH AMERICA, INC. substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Simpson Thacher & Bartlett LLP in the above captioned matter.

1  All future pleading and correspondence related to the above-captioned matter should be
2  served upon Kirkland & Ellis LLP at the addresses indicated below:

>Eliot A. Adelson (State Bar No. 205284)
>Margaret A. Webb (State Bar No. 319269)
>KIRKLAND & ELLIS LLP
>555 California Street, 27th Floor
>San Francisco, CA  94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>Email: eadelson@kirkland.com
>Email: margaret.webb@kirkland.com
>
>Tammy A. Tsoumas (State Bar No. 250487)
>Heather F. Canner (State Bar No. 292837)
>KIRKLAND & ELLIS LLP
>333 South Hope Street
>Los Angeles, CA  90071
>Telephone: (213) 680-8400
>Facsimile: (213) 680-8500
>Email: ttsoumas@kirkland.com
>Email: heather.canner@kirkland.com
>
>James H. Mutchnik, P.C. (*pro hac vice forthcoming*)
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>Email: jmutchnik@kirkland.com

Accordingly, MURATA ELECTRONICS NORTH AMERICA, INC. respectfully request that Simpson Thacher & Bartlett LLP be allowed to withdraw as counsel for Murata Electronics North America, Inc. and that the following Simpson Thacher & Bartlett LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matters:

>Harrison J. Frahn, IV
>SIMPSON THACHER & BARTLETT LLP
>2475 Hanover Street
>Palo Alto, CA 94304
>Tel:  (650) 251-5025
>Fax: (650) 251-5002
>Email: hfrahn@stblaw.com

```
Abram J. Ellis
John F. Terzaken
Jonathan D. Porter
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
Email: aellis@stblaw.com
       john.terzaken@stblaw.com
       jporter@stblaw.com
```

Defendant Murata Electronics North America, Inc. consents to this substitution.

DATED: 03/27/2018

_____
Ken Matsuda

MURATA ELECTRONICS NORTH AMERICA, INC.

Simpson Thacher & Bartlett LLP consents to being substituted.

DATED:

_____
Harrison J. Frahn, IV

Simpson Thacher & Bartlett LLP
Former Attorneys for MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; TOKO INC.

Kirkland & Ellis LLP consents to this substitution.

DATED:

/s/ Eliot A. Adelson
_____
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants, MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; TOKO INC.

### Civil L.R. 5.1(i)(3) Attestation:

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

1  Abram J. Ellis
2  John F. Terzaken
   Jonathan D. Porter
3  SIMPSON THACHER & BARTLETT LLP
   900 G Street, N.W.
4  Washington, D.C. 20001
   Tel:  (202) 636-5500
5  Fax: (202) 636-5502
   Email:  aellis@stblaw.com
6          john.terzaken@stblaw.com
7          jporter@stblaw.com

8  Defendant Murata Electronics North America, Inc. consents to this substitution.

10  DATED:

                                            Ken Matsuda

12                                          MURATA ELECTRONICS NORTH
                                            AMERICA, INC.

14  Simpson Thacher & Bartlett LLP consents to being substituted.

15  DATED: March 27, 2018
                                            */s/ Harrison J. Frahn, IV*
16                                          Harrison J. Frahn, IV

17                                          Simpson Thacher & Bartlett LLP
                                            Former Attorneys for MURATA
18                                          MANUFACTURING CO., LTD.; MURATA
                                            ELECTRONICS NORTH AMERICA, INC.;
19                                          TOKO INC.

20  Kirkland & Ellis LLP consents to this substitution.

21  DATED:  March 27, 2018                  */s/ Eliot A. Adelson*
                                            Eliot A. Adelson
22

23                                          Kirkland & Ellis LLP
                                            Attorneys for Defendants, MURATA
24                                          MANUFACTURING CO., LTD.; MURATA
                                            ELECTRONICS NORTH AMERICA, INC.;
25                                          TOKO INC.

26                      **Civil L.R. 5.1(i)(3) Attestation:**

27     The filer of this document attests that the concurrence of the other signatories thereto

28  has been obtained.

# [PROPOSED] ORDER

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendant Murata Electronics North America, Inc., Case No. 5:18-cv-00198-EJD in place of the law firm of Simpson Thacher & Bartlett LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　Honorable Edward Davila
　　　　　　　　　　　　　　　　　　United States District Court Judge