Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
Email: smacrae@steyerlaw.com

Arthur N. Bailey (Pro Hac Vice)
R. Anthony Rupp, III (Pro Hac Vice)
Marco Cercone (Pro Hac Vice)
RUPP BASE PFALZGRAF CUNNINGHAM, LLC
424 Main Street, 1600 Liberty Building
Buffalo, New York 14202
Tel: (716) 854-3400
Email: bailey@ruppbaase.com
Email: rupp@ruppbaase.com
Email: cercone@ruppbaase.com

*Attorneys for Plaintiff Lifetime Service Center, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of themselves and others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; and TDK U.S.A. CORPORATION,<br><br>          Defendants. | Case No. 5:18-cv-00198-EJD<br><br>**CLASS ACTION**<br><br>**LIFETIME SERVICE CENTER, INC.'S, OPPOSITION TO THE MOTION TO BE APPOINTED SOLE INTERIM LEAD COUNSEL FILED BY THE JOSEPH L. SAVERI LAW FIRM** |

| | |
|---|---|
| POWERWEB, INC. AND POWERWEB ENERGY, INC., on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA; TDK U.S.A. CORPORATION,<br><br>        Defendants. | Case No. 5:18-cv-00349-EJD<br><br>RELATED ACTION |
| LIFETIME SERVICE CENTER, INC., on behalf of itself and others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION,<br><br>        Defendants. | Case No. 5:18-cv-00511-EJD<br><br>RELATED ACTION |

| | | |
|---|---|---|
| 1 | CAMBRIDGE CAPITAL CORPORATION, on behalf of themselves and others similarly situated, | Case No. 5:18-cv-00686-EJD |
| 2 | | RELATED ACTION |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC INDUSTRIAL DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| | Defendants. | |
| | FIVE RIVERS ELECTRONIC INNOVATIONS LLC, on behalf of itself and others similarly situated, | Case No. 4:18-cv-00851-EJD |
| | | RELATED ACTION |
| | Plaintiff, | |
| | v. | |
| | MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, | |
| | Defendants. | |

LIFETIME SERVICE CENTER, INC.'S, OPPOSITION TO THE MOTION TO BE APPOINTED SOLE INTERIM LEAD COUNSEL FILED BY THE JOSEPH L. SAVERI LAW FIRM    Case No. 5:18-cv-00198-EJD

| | |
|---|---|
| ARCH ELECTRONICS, INC., on behalf of itself and others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA; TDK U.S.A. CORPORATION; and JAPANESE ELECTRONICS AND INFORMATION TECHNOLOGY INDUSTRIES ASSOCIATION,<br><br>            Defendants. | Case No. 5:18-cv-01128-EJD<br><br>RELATED ACTION |

Plaintiff in *Lifetime Service Center, Inc. v. Murata Manufacturing Co. Ltd., et al.*, No. 18-cv-00511-JCS (N.D. Cal. Jan. 23, 2018) ("*Lifetime*") opposes the motion by the Joseph Saveri Law Firm ("JSLF"), counsel in the *Five Rivers* case,[1] to appoint Joseph Saveri as sole lead in the *Inductors* cases. This Court should deny JSLF's motion because Bleichmar, Fonti & Auld ("BFA") and Hausfeld LLP ("Hausfeld"), counsel in *Dependable* and *Powerweb*, the first and second-filed cases[2], are "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2).

"When more than one choice of counsel satisfies these requirements for adequacy, Rule 23(g)(2) provides that the court 'must appoint the applicant best able to represent the interests of' the plaintiffs.'" *In re Mun. Derivatives Antitrust Litig.*, 252 F.R.D. at 186 (quoting Fed. R. Civ. P. 23(g)(2)). In this case, while BFA and Hausfeld and JSLF all have impressive experience in handling antitrust class actions and knowledge of the applicable law, BFA and Hausfeld have done significantly more in investigating and developing the claims in this action and moving plaintiffs' claims forward in these related proceedings.

BFA and Hausfeld are supported by four of the six plaintiffs who have filed related actions. The Plaintiffs in *Five Rivers* and *Cambridge Capital*, respectively the fifth and fourth filed cases, on the other hand, each request appointment of their attorneys as sole lead counsel. BFA and Hausfeld's support by the majority of the plaintiffs demonstrates their "ability to work cooperatively with the plaintiffs and attorneys involved in this case in the best interests of the class" *Benkle v. Ford Motor Co.*, No. SACV161569DOCJCGX, 2017 WL 8220707, at *5 (C.D. Cal. Apr. 28, 2017) (appointing counsel supported by the plaintiffs in three out of the four actions); *In re Lenovo Adware Litig.,* 15-MD-02624, 2015 WL 10890657 at *2 (N.D. Cal. July 27, 2015) (finding that support of majority of plaintiffs and counsel is "indicative of their

---

[1] *Five Rivers Electronic Innovations LLC v. Kemet Corp., et al.*, No. 4:18-cv-00851-EJD (N.D. Cal.).

[2] *Dependable Component Supply Corp. v. Murata Manufacturing Co. Ltd. et al.*, No. 18-cv-198-EJD (N.D. Cal., Jan. 9, 2018) and *Powerweb, Inc. et al. v. Murata Manufacturing Co. Ltd. et al.*, No. 18-cv-00349-EJD (N.D. Cal.) (N.D. Cal. Jan. 16, 2018).

ability to work cooperatively on behalf" of the plaintiffs). JSLF is supported only by the seven other firms listed on the *Five Rivers* complaint, all of whom represent the same plaintiff.

While it has become increasingly rare for all plaintiffs to unanimously agree on leadership, courts favor leadership resulting from cooperative private ordering rather than by those attorneys who insist on sole leadership. *In re Cmty. Bank of N. Va. Mortg. Lending Practices Litig.*, No. 1674, 2011 U.S. Dist. LEXlS 107366, at *22 (W.D. Pa. Sep. 20, 2011) ("[T]he private ordering method of selecting interim lead counsel has long been the preferred" and "well-established approach."); REPORT: THIRD CIRCUIT TASK FORCE REPORT ON SELECTION OF CLASS COUNSEL, 74 Temp. L. Rev. 689, 769 ("Case law and experience indicates that the dominant scenario for appointing class counsel is deference to private ordering.").

The Court followed this approach in *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-MD-2420 YGR (N.D. Cal.) ("*LIB*"), where JSLF opposed the formation of a three-firm direct purchaser leadership structure, telling the Court "my firm and me in particular do not come in second to any of these firms." *LIB* ECF No. 146 at 30.  The Court nonetheless appointed the three firms who had agreed to a co-leadership structure, which was supported by a majority of the plaintiffs in that case, and gave no position to JSLF.

The work done by BFA and Hausfeld in these actions, including, *inter alia*, investigating these claims, proprietary analysis by economic consultants, drafting the first complaints, moving to relate and consolidate these actions, making ACPERA cooperation demands, seeking early production of documents, initiating service on foreign defendants, and proposing an initial case management order, has provided substantial benefit to the class members in these related actions.  The work by JSLF, by contrast, has been mostly duplicative of work already done by BFA and Hausfeld.

In selecting lead class counsel, courts have become justifiably concerned with avoiding duplication of efforts and promoting the economic use of legal resources on behalf of the class. See *In re New Jersey Tax Sales Certificates Antitrust Litig.*, No. 12-1893 MAS TJB, 2012 WL

2

5214598, at *2 (D.N.J. Oct. 22, 2012) (appointing leadership that "will help 'facilitate cooperation [between the various plaintiffs] and [accentuate the] economic use of judicial resources.'") (quoting *Allen v. Stewart Title Guar.*, 246 F.R.D. 218, 219 (E.D.Pa.2007)); *White v. TransUnion, LLC*, 239 F.R.D. 681, 683 (C.D. Cal. 2006) ("Instances in which interim class counsel is appointed are those in which overlapping, duplicative, or competing class suits are pending before a court, so that appointment of interim counsel is necessary to protect the interests of class members.").[3]

JSLF seeks to further its bid for sole leadership by accusing Hausfeld of a conflict of interest. According to JSLF, Hausfeld represents plaintiffs with divergent legal theories and damage models because Powerweb bought inductors as a stand-alone product, while Arch Electronics ("Arch") purchased finished products incorporating inductors. Because both Arch and Powerweb purchased directly from a defendant, however, both have the same Sherman Act damage claims. See *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 1917, 2016 WL 7805628, at *19–20 (N.D. Cal. Aug. 4, 2016) (collecting cases); *In re Lithium Ion Batteries Antitrust Litig.*, 13-MD-2420 YGR, 2014 WL 4955377, at *25 (N.D. Cal. Oct. 2, 2014); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 2011 WL 5357906, at *2 (N.D. Cal. Nov. 7, 2011) (denying motion to dismiss direct purchasers' claims under *Illinois Brick* where plaintiffs had purchased computers with price-fixed screens from defendant). Accordingly, there is no conflict.

For the foregoing reasons, and those stated in the *Dependable* and *Powerweb* opposition, the *Lifetime* Plaintiff respectfully submits that JSFL's motion to be appointed sole interim lead counsel should be denied.

Dated: April 5, 2018                    Respectfully submitted,

By: /s/ D. Scott Macrae
Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP

---

[3] The importance of efficient efforts and billing by class action counsel was also addressed in *In re High-Tech Employee Antitrust Litig.*, No. 5-11-CV02509 (N.D. Cal.) ("*High-Tech*"). See *High-Tech*, ECF No. 1112 at 9.

3
LIFETIME SERVICE CENTER, INC.'S, OPPOSITION TO THE MOTION TO BE APPOINTED SOLE INTERIM LEAD COUNSEL FILED BY THE JOSEPH L. SAVERI LAW FIRM                    Case No. 5:18-cv-00198-EJD

One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
Email: smacrae@steyerlaw.com

Arthur N. Bailey (Pro Hac Vice)
R. Anthony Rupp, III (Pro Hac Vice)
Marco Cercone (Pro Hac Vice)
RUPP BASE PFALZGRAF CUNNINGHAM, LLC
424 Main Street, 1600 Liberty Building
Buffalo, New York 14202
Tel: (716) 854-3400
Email: bailey@ruppbaase.com
Email: rupp@ruppbaase.com
Email: cercone@ruppbaase.com

*Attorneys for Lifetime Service Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I electronically filed the foregoing **LIFETIME SERVICE CENTER, INC.'S, OPPOSITION TO THE MOTION TO BE APPOINTED SOLE INTERIM LEAD COUNSEL FILED BY THE JOSEPH L. SAVERI LAW FIRM** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

    /s/ Linda Rorem
Linda Rorem