| | |
|---|---|
| 1 | Eliot A. Adelson (State Bar No. 205284) |
| | Margaret A. Webb (State Bar No. 319269) |
| 2 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 3 | San Francisco, CA  94104 |
| | Telephone: (415) 439-1400 |
| 4 | Facsimile: (415) 439-1500 |
| | Email: eadelson@kirkland.com |
| 5 | Email: margaret.webb@kirkland.com |
| 6 | Tammy A. Tsoumas (State Bar No. 250487) |
| | Heather F. Canner (State Bar No. 292837) |
| 7 | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| 8 | Los Angeles, CA  90071 |
| | Telephone: (213) 680-8400 |
| 9 | Facsimile: (213) 680-8500 |
| | Email: ttsoumas@kirkland.com |
| 10 | Email: heather.canner@kirkland.com |
| 11 | James H. Mutchnik, P.C. (*pro hac vice forthcoming*) |
| | KIRKLAND & ELLIS LLP |
| 12 | 300 North LaSalle |
| | Chicago, Illinois  60654 |
| 13 | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| 14 | Email: jmutchnik@kirkland.com |
| | Attorneys for Defendants, |
| 15 | MURATA ELECTRONICS NORTH AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated, | CASE NO. 5:18-CV-00198-EJD |
| Plaintiff, | Hon. Edward Davila |
| v. | **MURATA ELECTRONICS NORTH AMERICA, INC. NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |
| MURATA MANUFACTURING CO., LTD., et al. | |
| Defendants. | |

Subject to the approval by the Court, notice is hereby given that Defendants, MURATA ELECTRONICS NORTH AMERICA, INC. substitutes the law firm of Kirkland & Ellis LLP, as attorneys of record in place of the law firm of Simpson Thacher & Bartlett LLP in the above captioned matter.

All future pleading and correspondence related to the above-captioned matter should be served upon Kirkland & Ellis LLP at the addresses indicated below:

>Eliot A. Adelson (State Bar No. 205284)
>Margaret A. Webb (State Bar No. 319269)
>KIRKLAND & ELLIS LLP
>555 California Street, 27th Floor
>San Francisco, CA  94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>Email: eadelson@kirkland.com
>Email: margaret.webb@kirkland.com
>
>Tammy A. Tsoumas (State Bar No. 250487)
>Heather F. Canner (State Bar No. 292837)
>KIRKLAND & ELLIS LLP
>333 South Hope Street
>Los Angeles, CA  90071
>Telephone: (213) 680-8400
>Facsimile: (213) 680-8500
>Email: ttsoumas@kirkland.com
>Email: heather.canner@kirkland.com
>
>James H. Mutchnik, P.C. (*pro hac vice forthcoming*)
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>Email: jmutchnik@kirkland.com

Accordingly, MURATA ELECTRONICS NORTH AMERICA, INC. respectfully request that Simpson Thacher & Bartlett LLP be allowed to withdraw as counsel for Murata Electronics North America, Inc. and that the following Simpson Thacher & Bartlett LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above captioned matters:

>Harrison J. Frahn, IV
>SIMPSON THACHER & BARTLETT LLP
>2475 Hanover Street
>Palo Alto, CA 94304
>Tel:  (650) 251-5025
>Fax: (650) 251-5002
>Email: hfrahn@stblaw.com

```
         Abram J. Ellis
         John F. Terzaken
         Jonathan D. Porter
         SIMPSON THACHER & BARTLETT LLP
         900 G Street, N.W.
         Washington, D.C. 20001
         Tel: (202) 636-5500
         Fax: (202) 636-5502
         Email: aellis@stblaw.com
                john.terzaken@stblaw.com
                jporter@stblaw.com
```

Defendant Murata Electronics North America, Inc. consents to this substitution.

DATED: 03/27/2018

_____
Ken Matsuda

MURATA ELECTRONICS NORTH AMERICA, INC.

Simpson Thacher & Bartlett LLP consents to being substituted.

DATED:

_____
Harrison J. Frahn, IV

Simpson Thacher & Bartlett LLP
Former Attorneys for MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; TOKO INC.

Kirkland & Ellis LLP consents to this substitution.

DATED:

/s/ Eliot A. Adelson
_____
Eliot A. Adelson

Kirkland & Ellis LLP
Attorneys for Defendants, MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; TOKO INC.

### Civil L.R. 5.1(i)(3) Attestation:

The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

|   |   |
|---|---|
| 1 | Abram J. Ellis |
| 2 | John F. Terzaken |
|   | Jonathan D. Porter |
| 3 | SIMPSON THACHER & BARTLETT LLP |
|   | 900 G Street, N.W. |
| 4 | Washington, D.C. 20001 |
|   | Tel: (202) 636-5500 |
| 5 | Fax: (202) 636-5502 |
|   | Email: aellis@stblaw.com |
| 6 | john.terzaken@stblaw.com |
| 7 | jporter@stblaw.com |

8   Defendant Murata Electronics North America, Inc. consents to this substitution.

10  DATED: _____
                                     Ken Matsuda

12                                   MURATA ELECTRONICS NORTH
                                     AMERICA, INC.

14   Simpson Thacher & Bartlett LLP consents to being substituted.

15  DATED: March 27, 2018
                                     */s/ Harrison J. Frahn, IV*
16                                   Harrison J. Frahn, IV

17                                   Simpson Thacher & Bartlett LLP
                                     Former Attorneys for MURATA
18                                   MANUFACTURING CO., LTD.; MURATA
                                     ELECTRONICS NORTH AMERICA, INC.;
19                                   TOKO INC.

20   Kirkland & Ellis LLP consents to this substitution.

21  DATED: March 27, 2018
                                     */s/ Eliot A. Adelson*
                                     Eliot A. Adelson
22

23                                   Kirkland & Ellis LLP
                                     Attorneys for Defendants, MURATA
24                                   MANUFACTURING CO., LTD.; MURATA
                                     ELECTRONICS NORTH AMERICA, INC.;
25                                   TOKO INC.

26                       **Civil L.R. 5.1(i)(3) Attestation:**

27   The filer of this document attests that the concurrence of the other signatories thereto

28  has been obtained.

**[PROPOSED] ORDER**

The proposed substitution of the law firm of Kirkland & Ellis LLP as the attorneys of record for Defendant Murata Electronics North America, Inc., Case No. 5:18-cv-00198-EJD in place of the law firm of Simpson Thacher & Bartlett LLP, is hereby approved.

**IT IS SO ORDERED.**

Dated: 4/12/2018

Honorable Edward Davila
United States District Court Judge