1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>MURATA MANUFACTURING CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:18-cv-00198-EJD<br><br>[~~PROPOSED~~] **ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| POWERWEB, INC. AND POWERWEB ENERGY, INC., on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br>    v.<br><br>MURATA MANUFACTURING CO., LTD., et al.,<br>    Defendants. | Case No. 5:18-cv-00349-EJD<br><br>RELATED ACTION |

| | | |
|---|---|---|
| 1 | LIFETIME SERVICE CENTER, INC., on behalf of itself and others similarly situated, | Case No. 5:18-cv-00511-EJD |
| 2 | | RELATED ACTION |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | MURATA MANUFACTURING CO., LTD., et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | CAMBRIDGE CAPITAL CORPORATION, on behalf of itself and others similarly situated, | Case No. 5:18-cv-00686-EJD |
| 9 | | RELATED ACTION |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | MURATA MANUFACTURING CO., LTD., et al., | |
| 13 | | |
| 14 | Defendants. | |
| 15 | FIVE RIVERS ELECTRONIC INNOVATIONS, LLC, on behalf of itself and others similarly situated, | Case No. 4:18-cv-00851-EJD |
| 16 | | RELATED ACTION |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | KEMET CORPORATION, et al., | |
| 20 | | |
| 21 | Defendants. | |
| 22 | ARCH ELECTRONICS, INC., on behalf of itself and others similarly situated, | Case No. 5:18-cv-01128-EJD |
| 23 | | RELATED ACTION |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | MURATA MANUFACTURING CO., LTD., et al., | |
| 27 | | |
| 28 | Defendants. | |

[Case No. 5:18-cv-00198] [PROPOSED] ORDER CONTINUING THE INITIAL CMC

Pending before the Court is an administrative motion (ECF No. 105) filed by all Defendants in the above-captioned actions (the "Related Actions") seeking to continue the Initial Case Management Conference in each of the Related Actions to July 19, 2018. The Initial Case Management Conferences are currently scheduled for May 3, 2018.

Plaintiff in the *Five Rivers* action does not object to Defendants' motion. Plaintiffs in the *Dependable*, *Powerweb*, *Lifetime*, *Cambridge*, and *Arch Electronics* actions oppose the administrative motion.

The Court, having considered the parties' arguments set forth in their respective papers, hereby **DENIES** Defendants' administrative motion to continue the Initial Case Management Conference to July 19, 2018. However, the Court finds that a shorter continuation of the Initial Case Management Conference for each of the Related Actions is appropriate.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Initial Case Management Conference for each of the above-captioned Related Actions is continued to May 31, 2018 at ~~2:00 p.m.~~ 10:00 a.m.

2. The following deadlines are continued to the dates indicated below:

| Event | Deadline |
|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | **May 10, 2018** |
| Last day to file ADR Certification and either file Stipulation to ADR Process or Notice of Need for ADR Phone Conference | **May 10, 2018** |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | **May 21, 2018** |

1 | **IT IS SO ORDERED.**

3 | DATED:  April 20, 2018

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE