MORGAN, LEWIS & BOCKIUS LLP
Michelle Park Chiu, SBN 248421
michelle.chiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Scott A. Stempel, (*pro hac vice*)
scott.stempel@morganlewis.com
John Clayton Everett, (*pro hac vice*)
clay.everett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, D.C. 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001

*Attorneys for Defendant*
TDK U.S.A. CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION, <br><br> Defendants. | Case No. 5:18-CV-00198-EJD <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT TDK U.S.A. CORPORATION** |

PLEASE TAKE NOTICE that attorney Michelle Park Chiu of the law firm Morgan, Lewis & Bockius LLP, a member of the State Bar of California (248421) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendant TDK U.S.A. Corporation in the above-captioned case.

    Michelle Park Chiu
    michelle.chiu@morganlewis.com
    Morgan, Lewis & Bockius LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Tel:    415.442.1000
    Fax:    415.442.1001

Dated: April 24, 2018                                MORGAN, LEWIS & BOCKIUS LLP

                                                      By: */s/ Michelle Park Chiu*
                                                             Michelle Park Chiu, SBN 248421
                                                              Scott A. Stempel (*pro hac vice*)
                                                               John Clayton Everett (*pro hac vice*)

                                                               *Attorneys for Defendant*
                                                               TDK U.S.A. CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.