Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

**STIPULATION AND [PROPOSED] ORDER**

THIS STIPULATION is hereby entered into by and among Direct Purchaser Plaintiffs ("DPPs" or "Plaintiffs") and Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components, Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; and TDK U.S.A. Corporation (collectively, "Defendants").[1] Pursuant to Local Rule 6-2, this stipulation is accompanied by the Declaration of Lesley E. Weaver, which attests to the facts set forth herein.

WHEREAS, counsel for the DPPs and the Defendants had previously agreed that DPPs' Consolidated Amended Complaint would be due sixty days after appointment of Interim Lead Counsel (ECF No. 57);

WHEREAS, on April 27, 2018, the Court appointed undersigned counsel Interim Co-Lead Counsel on behalf of the DPPs (ECF No. 124);

WHEREAS, the DPPs' Consolidated Amended Complaint is currently due on May 24, 2018;

WHEREAS, the Court has set the case management conference for June 21, 2018;

WHEREAS, certain Defendants are not available on June 21, 2018;

WHEREAS, the DPPs and counsel for Defendants are available on July 12, 2018;

WHEREAS, the Defendants and DPPs have agreed to hold a Rule 26(f) conference in person in San Francisco on May 17, 2018;

WHEREAS, the DPPs and counsel for Defendants agree that, within sixty (60) days after the filing of DPPs' Consolidated Amended Complaint, Defendants shall respond to that Consolidated Amended Complaint, and that Defendants have not waived any defenses with

---

[1] Counsel for DPPs have consulted with counsel for Okaya Electric Industries Co., Ltd., Okaya Electric America Inc., KEMET Corporation, KEMET Electronics Corp., TOKIN Corporation, TOKIN America, Inc., and NEC Corporation, who are named as defendants in *Five Rivers Elec. Innovations LLC v. Kemet Corp.*, No. 4:18-cv-00851-EJD and *Inductors, Inc. v. Kemet Corp.*, No. 18-cv-2175-EJD, but not in complaints filed by Interim Co-Lead Counsel. Counsel for these defendants indicated that they do not object to this stipulation.

respect to any of the currently filed or future related actions, as previously stipulated by DPPs and Defendants (ECF No. 57);

WHEREAS, the parties discussed that DPPs intend to file a Motion to Sequence Discovery ("Motion") that will seek production prior to the filing of the Consolidated Amended Complaint of any documents that have been produced to the United States Department of Justice ("DOJ") with respect to its investigation concerning Inductors;

WHEREAS, the DPPs and Defendants agree on the following proposed briefing schedule on DPPs' Motion: (a) Plaintiffs will file their Motion on May 3, 2018, (b) Defendants will file their opposition to that motion on May 17, 2018, and (c) the Plaintiffs will waive the right to a reply brief;

WHEREAS, the DPPs and Defendants agree to waive the right to a hearing on the Motion, and Plaintiffs will seek by administrative motion to shorten time to have their Motion heard on May 24, 2018, should the Court be inclined to hold a hearing, or at such other time that is convenient to the Court;

WHEREAS, counsel for the DPPs has conferred with the DOJ about its Motion, and the DOJ has informed counsel for DPPs that it has no objection to the briefing schedule proposed herein;

WHEREAS, the foregoing facts constitute good cause to continue the dates for the filing of Plaintiffs' Consolidated Amended Complaint and for the initial case management conference;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The DPPs' Consolidated Amended Complaint shall be filed on July 2, 2018;
2. The Defendants shall respond to that Consolidated Amended Complaint by August 31, 2018;
3. The initial case management conference shall be set for July 12, 2018;
4. The DPPs shall file their Motion on May 3, 2018;
5. The Defendants shall file their opposition(s) to Plaintiffs' Motion on May 17, 2018;
6. The DPPs waive the right to file a reply brief for their Motion;
7. The DPPs and Defendants agree to have the Motion heard without a hearing, or to have a hearing held at the Court's earliest convenience.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 3, 2018                    Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By: /s/ Lesley E. Weaver
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

HAUSFELD LLP

By: /s/ Michael P. Lehmann
    Michael P. Lehmann

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | mlehmann@hausfeld.com |
|     | bsweeney@hausfeld.com |
| 2   | clebsock@hausfeld.com |
|     | sstein@hausfeld.com |

*Interim Co-Lead Counsel for the Direct Purchaser Class*

**KIRKLAND & ELLIS LLP**

By: */s/ Eliot A. Adelson*
        Eliot A. Adelson

Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

*Attorneys for Defendants,
Murata Manufacturing Co., LTD. and
Murata Electronics North America, Inc.*

**GIBSON DUNN & CRUTCHER LLP**

By: */s/ Daniel G. Swanson*
    Daniel G. Swanson

Daniel G. Swanson (SBN 116656)
Frances A. Smithson (SBN 313700)
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com
fsmithson@gibsondunn.com

Scott Hammond (*pro hac vice*)
Cynthia Richman (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendants Panasonic Corporation of North America; and Panasonic Corporation*

**LATHAM & WATKINS LLP**

By: */s/ Marguerite Sullivan*
    Marguerite Sullivan

Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr. (SBN 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
al.pfeiffer@lw.com

*Attorney for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Michael Adam Rubin*
    Michael Adam Rubin

Daniel B. Asimow
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Email:
daniel.asimow@arnoldporter.com

James L. Cooper
Michael Adam Rubin
601 Massachusetts Ave., NW
Washington, DC 20001
Email: James.Cooper@apks.com
Email: michael.rubin@apks.com

*Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.*

**MORGAN LEWIS & BOCKIUS LLP**

By: */s/ J. Clayton Everett, Jr.*
    J. Clayton Everett, Jr.

Colin C. West (SBN 184095)
One Market
Spear Street Tower
San Francisco, California 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
colin.west@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
Scott A. Stempel (*pro hac vice* forthcoming)
Greta L. Burkholder (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com
scott.stempel@morganlewis.com
greta.burkholder@morganlewis.com

*Attorney for Defendants TDK U.S.A. Corporation; TDK Corporation; TDK-EPC Corporation; and TDK Corporation of America*

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____   _____

Hon. Edward J. Davila
United States District Judge