1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

15

16

17

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 18-cv-00198-EJD-NC<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME ON THEIR MOTION REGARDING SEQUENCING OF EARLY DISCOVERY** |

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Direct Purchaser Plaintiffs' Motion to Shorten Time on their

2  Motion Regarding Sequencing of Early Discovery ("Motion to Sequence"), the Court

3  **ORDERS** as follows:

4    (1)  The Motion to Sequence shall be resolved by the Court without a hearing, and on

5        the briefing schedule proposed by the parties at ECF No. 129

6    IT IS SO ORDERED.

7

8  Dated: May 4, 2018

