| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Alfred C. Pfeiffer, Jr. (SBN 120965) |
| 2 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA  94111 |
| 3 | (415) 391-0600 – Tel. |
| | (415) 395-8095 – Fax |
| 4 | al.pfeiffer@lw.com |
| 5 | Marguerite M. Sullivan (*pro hac vice*) |
| | Allyson M. Maltas (*pro hac vice*) |
| 6 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, DC  20004 |
| 7 | (202) 637-2200 – Tel. |
| | (202) 637-2201 – Fax |
| 8 | marguerite.sullivan@lw.com |
| | allyson.maltas@lw.com |
| 9 | |
| | *Attorneys for Defendants* |
| 10 | *Sumida Corporation,* |
| | *Sumida Electric Co. Ltd., and* |
| 11 | *Sumida America Components Inc*. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-198-EJD  **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF SUMIDA CORPORATION AND SUMIDA ELECTRIC CO. LTD.** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendants Sumida Corporation and Sumida Electric Co., Ltd. and respectfully requests that all notices, orders and/or other information transmitted from the Court to the parties be served upon the individual identified below:

Alfred C. Pfeiffer, Jr.
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile: (415) 395-8095
Email: al.pfeiffer@lw.com

.

Dated: May 9, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By:      /s/ Alfred C. Pfeiffer, Jr.
         Alfred C. Pfeiffer, Jr.

Alfred C. Pfeiffer, Jr. (SBN 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com

Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
marguerite.sullivan@lw.com
allyson.maltas@lw.com

*Attorneys for Defendants*
*Sumida Corporation, Sumida Electric Co. Ltd., and Sumida America Components Inc.*