UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-198-EJD-NC <br><br> [PROPOSED] CASE MANAGEMENT ORDER NO. 1 <br><br> Judge: Hon. Edward J. Davila |

On April 27, 2018 this Court appointed Bleichmar Fonti & Auld LLP and Hausfeld LLP as Interim Co-Lead Counsel for the Direct Purchaser Plaintiff ("DPP") Class. ECF No. 124. Pursuant to that Order, the Court now wishes to set specific guidelines and rules for work done and expenses incurred for the common benefit of all plaintiffs in this action. Accordingly, the Court hereby orders the following guidelines for the management of the action, including timekeeping, cost reimbursement and related common benefit issues.

**DUTIES AND RESPONSIBILITIES OF INTERIM CO-LEAD COUNSEL**

Interim Co-Lead Counsel has complete authority to conduct all pretrial and trial work for DPPs. Such work includes the crafting of pleadings, conducting discovery, negotiation of settlements and all other pretrial and trial proceedings. In such tasks, Interim Co-Lead Counsel has the authority to bind all counsel and parties in the DPP class. For the sake of illustration (and not limitation), Interim Co-Lead Counsel is exclusively authorized and responsible for overseeing the following tasks:

1. Directing overall case strategy, scheduling and case management for the DPP class.
2. Determining and presenting (in briefs, oral argument, or any such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the DPPs on all matters;
3. Investigating claims on behalf of the DPPs;
4. Drafting any amended complaints and identifying defendants to be named and claims to be made in such complaints;
5. Entering into tolling agreements with any previously-named defendant not named in any amended complaints;
6. Selecting class representatives and determining which causes of action to bring;
7. Coordinating the initiation of discovery and conducting all discovery either personally or by a designee;

8. Drafting and serving all pleadings and filings, including briefs, legal memoranda, and discovery requests either personally or by a designee;

9. Hiring consultants and professionals, including foreign-language attorneys and translators;

10. Conducting arguments, court hearings and appearances;

11. Communicating with opposing counsel, governmental and regulatory authorities, and the Court;

12. Retaining experts and preparing reports;

13. Assessing common litigation costs and collecting such assessments;

14. Initiating and conducting settlement discussions with any opposing party;

15. Making the allocation of any attorneys' fees awarded by the Court;

16. Preparing and maintaining comprehensive, contemporaneous billing records and expense reports on behalf of all counsel submitting time and expenses in this matter, including recommendations to the Court as to what fees and expenses should be awarded in this matter.  A proposed billing and expense protocol is attached as Exhibit A to this Case Management Order.

Opposing counsel may rely on the conduct and representations of Interim Co-Led Counsel on behalf of the DPP class for any issue in the litigation.

IT IS SO ORDERED.

Dated: __May 16_____, 2018

Hon. Edward J. Davila

[Proposed] Case Management Order                                      Case No. 5:18-cv-00198-EJD