JAMES L. COOPER (admitted *pro hac vice*)
MICHAEL A. RUBIN (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone:    202.942.5000
Facsimile:    202.942.5999
Email: james.cooper@arnoldporter.com
Email: michael.rubin@arnoldporter.com

DANIEL B. ASIMOW (SBN 165661)
MATTHEW H. FINE (SBN 300808)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400
Email: daniel.asimow@arnoldporter.com
Email: matthew.fine@arnoldporter.com

Attorneys for Defendants
TAIYO YUDEN CO. LTD. & TAIYO YUDEN
(USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; and TDK U.S.A. CORPORATION,<br><br>Defendants. | Case No. 5:18-cv-00198-EJD<br><br>**F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT TAIYO YUDEN (USA) INC.** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Taiyo Yuden
2  (USA) Inc. ("TY USA") hereby states that TY USA is a wholly owned subsidiary of Taiyo Yuden
3  Co., Ltd, a publicly held corporation. No publicly held corporation other than Taiyo Yuden Co., Ltd
4  owns more than 10% or more of TY USA's stock.

5  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
6  named parties, there is no such interest to report.[1]

8  DATED:  May 17, 2018                ARNOLD & PORTER KAYE SCHOLER LLP
                                        JAMES L. COOPER
9                                       MICHAEL A. RUBIN
                                        DANIEL B. ASIMOW
10                                      MATTHEW H. FINE

11                                      By      */s/ Matthew H. Fine*
                                                MATTHEW H. FINE

13                                      Attorneys for Defendants
                                        TAIYO YUDEN CO. LTD. & TAIYO YUDEN
                                        (USA) INC.

---

[1] TY USA makes these disclosures without waiving any objections related to jurisdiction or any other defenses.

-1-

# CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of May 2018, I electronically filed the foregoing document(s) using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Matthew H. Fine*
MATTHEW H. FINE
