JAMES L. COOPER (admitted *pro hac vice*)
MICHAEL A. RUBIN (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone:   202.942.5000
Facsimile:    202.942.5999
Email: james.cooper@arnoldporter.com
Email: michael.rubin@arnoldporter.com

DANIEL B. ASIMOW (SBN 165661)
MATTHEW H. FINE (SBN 300808)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400
Email: daniel.asimow@arnoldporter.com
Email: matthew.fine@arnoldporter.com

Attorneys for Defendants
TAIYO YUDEN CO. LTD. & TAIYO YUDEN (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEPENDABLE COMPONENT SUPPLY CORP., on behalf of itself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC ELECTRONIC DEVICES CO. LTD; PANASONIC ELECTRONIC DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; and TDK U.S.A. CORPORATION,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00198-EJD<br><br>**F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT TAIYO YUDEN CO. LTD.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Taiyo Yuden Co., Ltd ("Taiyo Yuden") hereby states that The Master Trust Bank of Japan, Ltd. owns more than 10% of Taiyo Yuden's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.[1]

DATED:  May 17, 2018

ARNOLD & PORTER KAYE SCHOLER LLP
JAMES L. COOPER
MICHAEL A. RUBIN
DANIEL B. ASIMOW
MATTHEW H. FINE

By   */s/ Matthew H. Fine*
         MATTHEW H. FINE

Attorneys for Defendants
TAIYO YUDEN CO. LTD. & TAIYO YUDEN (USA) INC.

---

[1] Taiyo Yuden makes these disclosures without waiving any objections related to jurisdiction or any other defenses.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of May 2018, I electronically filed the foregoing document(s) using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Matthew H. Fine*
MATTHEW H. FINE