# EXHIBIT 5



**U.S. Department of Justice**

Antitrust Division

*450 5th Street, N.W.*
*Washington, DC 20530*

April 18, 2018

Scott Hammond
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
shammond@gibsondunn.com

      Re:    Panasonic Corporation

Dear Mr. Hammond:

      This letter confirms that your client Panasonic Corporation is not currently a subject of any Antitrust Division investigation involving inductors. If the Antitrust Division obtains new or additional information or evidence, we may open an inquiry into your client. Although Panasonic is not currently a subject, it may have documents relevant to such an investigation. Accordingly, we ask that Panasonic and any related entities please take reasonable steps to preserve any such documents or information.

      Sincerely,

      Christina Brown
      Trial Attorney
      Washington Criminal II