DANIEL G. SWANSON, SBN 116656
dswanson@gibsondunn.com
FRANCES A. SMITHSON, SBN 313700
fsmithson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SCOTT D. HAMMOND (*pro hac vice*)
shammond@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Panasonic Corporation;
Panasonic Corporation of North America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PANASONIC CORPORATION**<br><br>U.S. District Judge Edward Davila |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Daniel G. Swanson of the law firm Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (116656) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendant Panasonic Corporation in the above-captioned case.

> Daniel G. Swanson
> GIBSON DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520
> Email: dswanson@gibsondunn.com

Dated: May 17, 2018

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Daniel G. Swanson

Daniel G. Swanson
Scott D. Hammond
Cynthia E. Richman
Frances A. Smithson

*Attorneys for Defendants Panasonic Corporation; Panasonic Corporation of North America*