1  DANIEL SWANSON, SBN 116656
   dswanson@gibsondunn.com
2  FRANCES A. SMITHSON, SBN 313700
   fsmithson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  SCOTT HAMMOND (*pro hac vice*)
   shammond@gibsondunn.com
7  CYNTHIA E. RICHMAN (*pro hac vice*)
   crichman@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
9  Washington, DC 20036-5306
   Telephone: 415.393.8200
10 Facsimile: 415.393.8306

11 *Attorneys for Defendants Panasonic Corporation;*
   *Panasonic Corporation of North America*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD |
|---|---|
| | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PANASONIC CORPORATION** |
| | U.S. District Judge Edward Davila |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Frances A. Smithson of the law firm Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (313700) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendant Panasonic Corporation in the above-captioned case.

Frances A. Smithson
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Email: fsmithson@gibsondunn.com

Dated: May 17, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Frances A. Smithson

Daniel G. Swanson
Scott D. Hammond
Cynthia E. Richman
Frances A. Smithson

*Attorneys for Defendants Panasonic Corporation; Panasonic Corporation of North America*