UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dependable Component Supply Corp<br><br>Plaintiff(s)<br><br>v.<br><br>Panasonic Corporation<br><br>Defendant(s) | Case No. C 5:18-cv-00198-EJD<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: May 7, 2018      Signed: *Hiroko Kitatani*, General Manager, Legal Affairs Center, Automotive & Industrial Systems Company, Panasonic Corporation
                                                    Party

Date: May 4, 2018      Signed: /s/ Daniel G. Swanson
                                                    Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*