UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dependable Component Supply Corp.

    Plaintiff(s)

v.

Panasonic Corporation of North America

    Defendant(s)

Case No. C 5:18-cv-00198-EJD

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: May 9, 2018    Signed: *Damien Atkins*
                               Party

Date: May 4, 2018    Signed: /s/ Daniel G. Swanson
                               Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016