1
2
3
4
5
6

DANIEL G. SWANSON (SBN 116656)
dswanson@gibsondunn.com
FRANCES A. SMITHSON (SBN 313700)
fsmithson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

7
8
9
10
11

SCOTT D. HAMMOND (*pro hac vice*)
shammond@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 415.393.8200
Facsimile: 415.393.8306

12
13

*Attorneys for Defendants Panasonic Corporation;
Panasonic Corporation of North America*

14

15

## UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**DEFENDANT PANASONIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>U.S. District Judge Edward Davila |

26
27
28

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1(a), Panasonic Corporation certifies that no parent corporation or publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  May 17, 2018                         GIBSON, DUNN & CRUTCHER LLP


                                             By:  _____ /s/ *Daniel Swanson.* _____
                                                         Daniel Swanson

                                             *Attorneys for Defendants Panasonic Corporation;*
                                             *Panasonic Corporation of North America*

1

DEFENDANT PANASONIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2018, I electronically filed with the Clerk of Court via the CM/ECF system the following document:

**DEFENDANT PANASONIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15.**

Notice of this filing will be sent by email to all parties with an email address of record by operation of the Court's electronic filing system.  Parties may access the filing through the Court's CM/ECF system.

Dated: May 17, 2018                     GIBSON, DUNN & CRUTCHER LLP


By:      /s/ *Daniel G. Swanson*
              Daniel G. Swanson

*Attorneys for Defendant Panasonic Corporation*

Gibson, Dunn & Crutcher LLP