DANIEL SWANSON (SBN 116656)
dswanson@gibsondunn.com
FRANCES A. SMITHSON (SBN 313700)
fsmithson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SCOTT HAMMOND (*pro hac vice*)
shammond@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Panasonic Corporation;
Panasonic Corporation of North America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>U.S. District Judge Edward Davila |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Panasonic Corporation of North America discloses that its parent corporation Panasonic Corporation owns 10% or more of its stock.  No publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  May 17, 2018                    GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Daniel Swanson.*
                Daniel Swanson

*Attorneys for Defendants Panasonic Corporation; Panasonic Corporation of North America*

1

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I electronically filed with the Clerk of Court via the CM/ECF system the following document:

**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15.**

Notice of this filing will be sent by email to all parties with an email address of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF system.

Dated: May 17, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Daniel G. Swanson*
Daniel G. Swanson

*Attorneys for Defendant Panasonic Corporation of North America*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD