LATHAM & WATKINS LLP
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer, Jr. (SBN 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com

*Attorneys for Defendants*
*Sumida Corporation,*
*Sumida Electric Co., Ltd., and*
*Sumida America Components Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 18-cv-198-EJD<br><br>**SUMIDA AMERICA COMPONENTS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 18-CV-198-EJD

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Sumida America Components Inc.'s parent corporation is Sumida Corporation. No other publicly held corporation owns more than ten percent of Sumida America Components Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned counsel certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 17, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred C. Pfeiffer, Jr. (SBN 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 – Tel.
(415) 395-8095 – Fax
al.pfeiffer@lw.com

*Attorneys for Defendants*
*Sumida Corporation,*
*Sumida Electric Co., Ltd., and*
*Sumida America Components Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 18-CV-198-EJD