UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>INDUCTORS ANTITRUST LITIGATION | Case No.  5:18-cv-00198-EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 159, 160 |

Pursuant to Civil Local Rule 72-1, the Motion to Intervene (Dkt. No. 159) and the corresponding Administrative Motion to File Under Seal (Dkt. No. 160) are hereby REFERRED to Magistrate Judge Nathanael Cousins for resolution.

The hearing on the Motion to Intervene scheduled before the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated:  May 18, 2018

EDWARD J. DAVILA
United States District Judge