CHRISTINA J. BROWN (CSBN 242130)
MICHAEL T. KOENIG (WiSBN 1053523)
United States Department of Justice
Antitrust Division
450 5th Street, NW
Room 11446
Washington, DC 20530
Telephone: (202) 598-8839
Facsimile: (202) 598-2428
christina.brown@usdoj.gov
michael.koenig@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO INTERVENE<br><br>Date: July 12, 2018<br>Time: 9:00 a.m.<br>Judge: Honorable Edward J. Davila |

The Court has considered the United States' Motion to Intervene under Federal Rule of Civil Procedure 24(b)(1)(B). The Court finds that there are common questions of law and fact between the civil actions and ongoing criminal grand jury investigation, and that the government's motion is timely. The Court further finds that it should exercise its discretion in permitting intervention, as intervention will not unduly delay or prejudice the adjudication of the original parties' rights.

Accordingly, IT IS ORDERED that the motion is GRANTED. The United States of America, through the Antitrust Division of the United States Department of Justice, is

permitted to intervene in this matter for the purpose of seeking a stay of discovery in the above-captioned civil actions.

Date: \_\_\_\_\_May 18\_\_\_\_\_, 2018



_____
United States Magistrate Judge