ADRMOP,CONSOL

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:18-cv-00198-EJD

In Re Inductors Antitrust Litigation
Assigned to: Judge Edward J. Davila
Referred to: Judge Nathanael M. Cousins
Cause: 15:1 Antitrust Litigation

Date Filed: 01/09/2018
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### **Plaintiff**

**Dependable Component Supply
Corp.**
*on behalf of itself and others similarly
situated*

represented by **Lesley Elizabeth Weaver**
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4003
Fax: (415) 445-4020
Email: lweaver@bfalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Catherine Aldridge**
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4013
Fax: (415) 445-4020
Email: ealdridge@bfalaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Sinclair Weiler**
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4011
Fax: (415) 445-4020
Email: mweiler@bfalaw.com
*ATTORNEY TO BE NOTICED*

### **Plaintiff**

**Powerweb, Inc.**
*C18-00349*

represented by **Bonny E. Sweeney**
Hausfeld LLP
600 Montgomery Street, Suite 3200

San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: bsweeney@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
Hausfeld LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
Hausfeld, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: sstein@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: clebsock@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Marc Howard Edelson**
Edelson & Associates, LLC
3 Terry Drive
Suite 205
Newtown, PA 18940
215-867-2399
Fax: 267-685-0676
Email: medelson@edelson-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Powerweb Energy, Inc.**
*C18-00349*

represented by **Bonny E. Sweeney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lifetime Service Center, Inc.**
*18-00511*

represented by **Allan Steyer**
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
415-421-3400
Fax: (415) 421-2234
Email: asteyer@steyerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marco Cercone**
Rupp Baase Pfalzgraf Cunningham
LLC
424 Main Street
1600 Liberty Building
Buffalo, NY 14202
716-854-3400
Fax: 716-332-0336
Email: cercone@ruppbaase.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Anthony Rupp , III**

Rupp Baase Pfalzgraf Cunningham
LLC
424 Main Street
1600 Liberty Bulding
Buffalo, NY 14202
United Sta
716-854-3400
Fax: 716-332-0336
Email: cercone@ruppbaase.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald Scott Macrae**
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street
Third Floor
San Francisco, CA 94111
415-421-3400
Email: smacrae@steyerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cambridge Capital Corporation**          represented by   **Joseph J. Tabacco , Jr.**
*18-00686*                                                   Berman Tabacco
44 Montgomery Street, Suite 650
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
Email: jtabacco@bermantabacco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian P. Murray**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 530
New York, NY 10169
212- 682-5340
Fax: 212-884-0988
Email: bmurray@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Jessica Moy**
Berman Tabacco
44 Montgomery Street

Suite 650
San Francisco, CA 94104
(415) 433-3200
Fax: (415) 433-6382
Email: jmoy@bermantabacco.com
*ATTORNEY TO BE NOTICED*

**Lee Albert**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 530
New York, NY 10169
(212) 682-5340
Fax: (212) 884-0988
Email: lalbert@glancylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew David-Craig Pearson**
Berman Tabacco
44 Montgomery Street
Suite 650
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
Email:
mpearson@bermantabacco.com
*ATTORNEY TO BE NOTICED*

**Sarah Khorasanee McGrath**
Berman Tabacco
44 Montgomery Street
Suite 650
San Francisco, CA 94104
415-433-3200
Email:
SKMcGrath@bermantabacco.com
*ATTORNEY TO BE NOTICED*

**Todd Anthony Seaver**
Berman Tabacco
44 Montgomery Street, Suite 650
San Francisco, CA 94104
415-433-3200
Email: tseaver@bermantabacco.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Five Rivers Electronic Innovations
LLC**
*18-00851*

represented by   **Demetrius Xavier Lambrinos**
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email:
dlambrinos@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Gerard Beebe Dallal**
Joseph Saveri Law Firm
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500-6800
Fax: (415) 395-9940
Email: jdallal@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V Chai Oliver Prentice**
Joseph Saveri Law Firm
555 Montgomery St
Ste. 1210
San Francisco, CA 94111
415-500-6800
Email: vprentice@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Candice J. Enders**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
800-424-6690
Fax: 215-875-4604
Email: cenders@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

215-875-3000
Fax: 215-875-4604
Email: ecramer@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jiamin Chen**
Joseph Saveri Law Firm
601 California Street Suite 1000
San Francisco, CA 94108
415-500-6800
Fax: 4153959940
Email: jchen@saverilawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Nicomedes Sy Herrera**
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: NHerrera@Saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Ruthanne Gordon**
Berger & Montague PC
1622 Locust St.
Philadelphia, PA 19103
215-875-3000
Fax: 215-875-4604
Email: rgordon@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arch Electronics, Inc**          represented by   **Bonny E. Sweeney**
*18-1128*                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio R. Zirpoli**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: cadio@saveri.com
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: guido@saveri.com
*ATTORNEY TO BE NOTICED*

**Joshua H. Grabar**
Grabar Law Office
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(267) 507-6085
Email: jgrabar@grabarlaw.com
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111

415-217-6810
Fax: 415-217-6813
Email: rick@saveri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Inductors, Inc.**                                represented by   **Jason Scott Hartley**
Stueve Siegel Hanson, LLP
550 West C Street
Suite 1750
San Diego, CA 92101
(619) 400-5822
Fax: (619) 400-5832
Email: hartley@stuevesiegel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Direct Purchaser Plaintiffs**                    represented by   **Lesley Elizabeth Weaver**
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
415-445-4003
Fax: 415-445-4020
Email: lweaver@bfalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Murata Manufacturing Co., Ltd.**

**Defendant**

**Murata Electronics North America,**             represented by   **Eliot A. Adelson**
**Inc.**                                                           Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
415-439-1413
Fax: 415-439-1500
Email: eadelson@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harrison J. Frahn , IV**
Simpson Thacher & Bartlett

2475 Hanover Street
Palo Alto, CA 94304
(650)251-5025
Fax: 650-251-5002
Email: hfrahn@stblaw.com
*TERMINATED: 04/12/2018*
*LEAD ATTORNEY*

**Heather F. Canner**
Kirkland Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8400
Fax: 213-680-8500
Email: heather.canner@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Mutchnik**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email:
james.mutchnik@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Anne Brammer Webb**
Kirkland Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1933
Email: margaret.webb@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tammy Ann Tsoumas**
Kirkland and Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8400
Fax: 213-860-8500
Email: tammy.tsoumas@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abram J. Ellis**
1155 F St NW
Washington, DC 20004
202-636-5579
Email: aellis@stblaw.com
*TERMINATED: 04/12/2018*

**John Francis Terzaken , III**
Simpson Thacher and Bartlett LLP
900 G Street, NW
9th Fl.
Washington, DC 20001
202-636-5858
Email: john.terzaken@stblaw.com
*TERMINATED: 04/12/2018*

**Jonathan David Porter**
Simpson Thacher Bartlett LLP
900 G Street NW
Washington, DC 20001
202-636-5500
Email: jporter@stblaw.com
*TERMINATED: 04/12/2018*
*PRO HAC VICE*

**Defendant**

**Panasonic Corporation**                represented by **Cynthia Richman**
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036
202-955-8234
Email: crichman@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Suite 5028
Los Angeles, CA 90071
(213) 229-7340
Email: dswanson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Frances Annika Smithson**
Gibson, Dunn and Crutcher LLP
333 S Grand Avenue

Suite 44
Los Angeles, CA 90071-3197
213-229-7914
Email: fsmithson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Scott Doulgas Hammond**
Gibson, Dunn and Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-955-8500
Fax: 202-467-0539
Email: shammond@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Corporation of North America**      represented by **Cynthia Richman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frances Annika Smithson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Doulgas Hammond**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Electronic Devices Co. Ltd.**

**Defendant**

**Panasonic Electronic Devices Corporation of America**

**Defendant**

**Sumida Corporation**      represented by **Alfred Carroll Pfeiffer , Jr.**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600

Fax: 415-395-8095
Email: Al.Pfeiffer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson M. Maltas**
Latham & Watkins LLP
555 - 11th Street, N.W.
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: allyson.maltas@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite M. Sullivan**
Latham and Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: marguerite.sullivan@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sumida Electric Co., Ltd.**                represented by   **Alfred Carroll Pfeiffer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson M. Maltas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite M. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sumida America Components, Inc.**          represented by   **Alfred Carroll Pfeiffer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson M. Maltas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite M. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taiyo Yuden Co., Ltd.**          represented by   **Adam C. Hemlock**
Weil Gotshal and Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
212-310-8000
Email: adam.hemlock@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel B. Asimow**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th
Floor
San Francisco, CA 94111-4024
415-471-3100
Fax: 415-471-3700
Email:
daniel.asimow@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L Cooper**
Arnold and Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
Email: James.Cooper@aporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara E. Veblen Trager**
Weil Gotshal and Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8967
Email: lara.trager@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
Weil, Gotshal & Mangesl LLP
767 Fifth Avenue
New York, NY 10153
212-310-8174
Fax: 212-310-8007
Email: steven.reiss@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Harrison Fine**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
415-471-3120
Email:
Matthew.Fine@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Michael Adam Rubin**
Arnold and Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-6171
Email: michael.rubin@apks.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taiyo Yuden (USA) Inc.**                 represented by   **Adam C. Hemlock**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel B. Asimow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L Cooper**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lara E. Veblen Trager**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Harrison Fine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Adam Rubin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TDK Corporation**

**Defendant**

**TDK-EPC Corporation**

**<u>Defendant</u>**

**TDK U.S.A. Corporation**                     represented by **Colin C. West**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
1 415 442 1000
Fax: 1 415 442 1177
Email: colin.west@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower, 5th
Floor
San Francisco, CA 94105-1126
415-442-1000
Fax: 415-442-1001
Email:
michelle.chiu@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Seunghee Hong**
Morgan Lewis and Bockius LLP
Antitrust
1111 pennsylvania ave nw
Washington, DC 20004
United Sta
202-739-5359
Email: cindy.hong@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greta Louise Burkholder**
1111 Pennsylvania Ave, NW
Washington, DC 20004
United Sta
202-739-5894
Email:
gburkholder@morganlewis.com
*ATTORNEY TO BE NOTICED*

**John Clayton Everett , Jr.**

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
202-739-3000
Email:
clay.everett@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A. Stempel**
Morgan, Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-739-3000
Fax: 202-739-3001
Email: sstempel@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Intervenor</u>**

**United States of America**              represented by **Christina Joanne Brown**
U.S. Department of Justice
Antitrust Division
450 5th Street NW
Washington, DC 20530
202-598-8839
Fax: 202-598-2428
Email: christina.brown@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2018 | <u>1</u> | CLASS ACTION COMPLAINT; Jury Trial Demanded against All Defendants (Filing fee $ 400.00, receipt number 0971-12010514.). Filed by Dependable Component Supply Corp.. (Attachments: # <u>1</u> Civil Cover Sheet) (Weaver, Lesley) (Filed on 1/9/2018) Modified on 1/11/2018 (gbaS, COURT STAFF). (Entered: 01/09/2018) |
| 01/10/2018 | 2 | Case assigned to Magistrate Judge Joseph C. Spero. |
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 1/24/2018. (srnS, COURT STAFF) (Filed on 1/10/2018) (Entered: 01/10/2018) |
| 01/10/2018 | 3 | Proposed Summons. (Attachments: # 1 Exhibit Exhibit A to Summons) (Weaver, Lesley) (Filed on 1/10/2018) (Entered: 01/10/2018) |
| 01/11/2018 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/20/2018. Initial Case Management Conference set for 4/27/2018 02:00 PM in Courtroom G, 15th Floor, San Francisco. (gbaS, COURT STAFF) (Filed on 1/11/2018) (Entered: 01/11/2018)** |
| 01/11/2018 | 5 | Summons Issued as to Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Panasonic Corporation, Panasonic Corporation of North America, Sumida America Components, Inc., Sumida Electric Co., Ltd., TDK U.S.A. Corporation, TDK Corporation, TDK-EPC Corporation, Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (gbaS, COURT STAFF) (Filed on 1/11/2018) (Entered: 01/11/2018) |
| 01/11/2018 | 6 | ADMINISTRATIVE MOTION To Consider Whether Case In re Resistors Antitrust Litigation, Case No. 3:15-cv-03820-JD Should Be Related filed by Dependable Component Supply Corp.. Responses due by 1/16/2018. (Attachments: # 1 Declaration of Matthew S. Weiler, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order)(Weaver, Lesley) (Filed on 1/11/2018) Modified on 1/22/2018 (cv, COURT STAFF). (Entered: 01/11/2018) |
| 01/16/2018 | 7 | NOTICE of Appearance by Daniel Glen Swanson (Swanson, Daniel) (Filed on 1/16/2018) (Entered: 01/16/2018) |
| 01/16/2018 | 8 | OPPOSITION/RESPONSE (re 6 ADMINISTRATIVE MOTION To Consider Whether Cases Should Be Related ) filed byPanasonic Corporation of North America. (Attachments: # 1 Exhibit to Opposition to Administrative Motion to Consider Whether Cases Should be Related, # 2 Proposed Order Denying Administrative Motion to Relate Cases) (Swanson, Daniel) (Filed on 1/16/2018) (Entered: 01/16/2018) |
| 01/18/2018 | 9 | CLERK'S NOTICE RE: Motion to Relate Cases. (lrcS, COURT STAFF) (Filed on 1/18/2018) (Entered: 01/18/2018) |
| 01/18/2018 | 10 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Dependable Component Supply Corp... (Weaver, Lesley) (Filed on 1/18/2018) (Entered: 01/18/2018) |
| 01/18/2018 | 11 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 1/18/2018) (Entered: 01/18/2018) |

| | | |
|---|---|---|
| 01/19/2018 | 12 | **ORDER REASSIGNING CASE. Case reassigned to Judge Edward J. Davila for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by Executive Committee on 1/19/18. (Attachments: # 1 Notice of Eligibility for Video Recording)(as, COURT STAFF) (Filed on 1/19/2018) (Entered: 01/19/2018)** |
| 01/19/2018 | 13 | (Text Only) CLERKS NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT. Joint Case Management Statement due by 4/23/2018. Initial Case Management Conference set for 5/3/2018 10:00 AM in San Jose, Courtroom 4, 5th Floor before Hon. Edward J. Davila. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines. Standing orders can be downloaded from the court's web page at http://cand.uscourts.gov/ejdorders. *This is a text only docket entry, there is no document associated with this notice.* (amkS, COURT STAFF) (Filed on 1/19/2018) (Entered: 01/19/2018) |
| 01/19/2018 | 14 | ADMINISTRATIVE MOTION to Relate Case Powerweb, Inc. et al. v. Murata Manufacturing Co. Ltd. et al., No. 18-cv-349 JCS filed by Powerweb, Inc., Powerweb Energy, Inc.. Responses due by 1/23/2018. (Attachments: # 1 Declaration of Samantha Stein, # 2 Exhibit A (Powerweb Compl.), # 3 Exhibit B (Dependable Compl.), # 4 Proposed Order, # 5 Certificate/Proof of Service)(Lebsock, Christopher) (Filed on 1/19/2018) Modified on 1/22/2018 (cv, COURT STAFF). (Entered: 01/19/2018) |
| 01/24/2018 | 15 | **ORDER RELATING CASE. It is hereby ordered that 5:18-cv-00198-EJD and 3:18-cv-00349-JCS are ordered related AND such case shall be reassigned to Judge Edward J. Davila. Signed by Judge Edward J. Davila on 1/24/2018. (amkS, COURT STAFF) (Filed on 1/24/2018) (Entered: 01/24/2018)** |
| 01/26/2018 | 16 | MOTION to Relate Case filed by Lifetime Service Center, Inc.. (Attachments: # 1 Declaration of Allan Steyer, # 2 Exhibit A (Lifetime Complaint), # 3 Exhibit B (Dependable Complaint), # 4 Proposed Order) (Steyer, Allan) (Filed on 1/26/2018) (Entered: 01/26/2018) |
| 01/30/2018 | 17 | NOTICE of Appearance by Frances Annika Smithson *on behalf of Panasonic Corp. of North America* (Smithson, Frances) (Filed on 1/30/2018) (Entered: 01/30/2018) |
| 01/30/2018 | 18 | Joint MOTION to Consolidate Cases *and to Enter Case Management Order* filed by Dependable Component Supply Corp.. Motion Hearing set for 4/26/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 2/13/2018. Replies due by 2/20/2018. (Attachments: # 1 Declaration Declaration of Matthew S. Weiler, # 2 |

| | | |
|---|---|---|
| | | Exhibit Weiler Dec. Ex. 1, # 3 Exhibit Weiler Dec. Ex. 2, # 4 Exhibit Weiler Dec. Ex. 3, # 5 Exhibit Weiler Dec. Ex. 4, # 6 Proposed Order) (Weaver, Lesley) (Filed on 1/30/2018) (Entered: 01/30/2018) |
| 01/31/2018 | 19 | **ORDER Granting 16 Motion to Relate Case. It is hereby ordered that case 5:18-cv-00198-EJD Dependable Component Supply Corp. v Murata Manufacturing Co., Ltd. is RELATED to 3:18-cv-00511-JSC Lifetime Service Center, Inc. v Murata Manufacturing Co., Ltd. and shall be reassigned to Judge Edward J. Davila. Signed by Judge Edward J. Davila on 1/31/2018. (amkS, COURT STAFF) (Filed on 1/31/2018) (Entered: 01/31/2018)** |
| 01/31/2018 | 20 | MOTION for leave to appear in Pro Hac Vice *by Cynthia E. Richman* ( Filing fee $ 310, receipt number 0971-12073604.) filed by Panasonic Corporation of North America. (Attachments: # 1 Exhibit Certificate of Good Standing)(Richman, Cynthia) (Filed on 1/31/2018) (Entered: 01/31/2018) |
| 01/31/2018 | 21 | MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* filed by Dependable Component Supply Corp., Lifetime Service Center, Inc., Powerweb Energy, Inc., Powerweb, Inc.. (Attachments: # 1 Declaration of Michael Lehmann, # 2 Exhibit A to Lehmann Declaration, # 3 Declaration of Lesley Weaver, # 4 Exhibit 1 to Weaver Declaration, # 5 Exhibit 2 to Weaver Declaration, # 6 Proposed Order Appointing Interim Lead Counsel for Direct Purchaser Class) (Weaver, Lesley) (Filed on 1/31/2018) (Entered: 01/31/2018) |
| 02/01/2018 | 22 | **ORDER Granting 20 Application for Admission of Attorney Pro Hac Vice for Cynthia E. Richman, Counsel for Panasonic Corp. North America. Signed by Judge Edward J. Davila on 2/1/2018. (amkS, COURT STAFF) (Filed on 2/1/2018) (Entered: 02/01/2018)** |
| 02/02/2018 | 23 | CLERK'S NOTICE SETTING MOTION HEARING. Please take NOTICE that Plaintiffs Motion 21 to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* is set for 4/26/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 2/14/2018. Replies due by 2/21/2018. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amkS, COURT STAFF) (Filed on 2/2/2018) (Entered: 02/02/2018) |
| 02/05/2018 | 24 | NOTICE of Appearance by Colin C. West *on behalf of TDK U.S.A. Corporation* (West, Colin) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 25 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation and Proposed Order to Continue Responsive Pleading Deadlines for Domestic Defendants* filed by TDK U.S.A. Corporation. (West, Colin) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 26 | NOTICE of Appearance by Harrison J. Frahn, IV *on behalf of Murata* |

| | | |
|---|---|---|
| | | *Electronics North America, Inc.* (Frahn, Harrison) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 27 | MOTION for leave to appear in Pro Hac Vice *by Abram J. Ellis* ( Filing fee $ 310, receipt number 0971-12085434.) filed by Murata Electronics North America, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Ellis, Abram) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 28 | MOTION for leave to appear in Pro Hac Vice *by Jonathan D. Porter* ( Filing fee $ 310, receipt number 0971-12085501.) filed by Murata Electronics North America, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Porter, Jonathan) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 29 | MOTION to Relate Case filed by Cambridge Capital Corporation. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Seaver, Todd) (Filed on 2/5/2018) (Entered: 02/05/2018) |
| 02/05/2018 | 30 | **ORDER Granting 27 Application for Admission of Attorney Pro Hac Vice for Abram J. Ellis, Counsel for Murata Electronics N.A., Inc. Signed by Judge Edward J. Davila on 2/5/2018. (amkS, COURT STAFF) (Filed on 2/5/2018) (Entered: 02/05/2018)** |
| 02/05/2018 | 31 | **ORDER Granting 28 Application for Admission of Attorney Pro Hac Vice Jonathan D. Porter, Counsel for Murata Electronics N.A., Inc. Signed by Judge Edward J. Davila on 2/5/2018. (amkS, COURT STAFF) (Filed on 2/5/2018) Modified text on 2/5/2018 (amkS, COURT STAFF). (Entered: 02/05/2018)** |
| 02/06/2018 | 32 | MOTION for leave to appear in Pro Hac Vice *by John Terzaken* ( Filing fee $ 310, receipt number 0971-12086680.) filed by Murata Electronics North America, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Terzaken, John) (Filed on 2/6/2018) (Entered: 02/06/2018) |
| 02/06/2018 | 33 | **ORDER GRANTING 25 STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINES FOR DOMESTIC DEFENDANTS. Signed by Judge Edward J. Davila on 2/6/2018. (ejdlc2S, COURT STAFF) (Filed on 2/6/2018) Modified text on 2/6/2018 (amkS, COURT STAFF). (Entered: 02/06/2018)** |
| 02/06/2018 | 34 | MOTION for leave to appear in Pro Hac Vice *by Scott D. Hammond* ( Filing fee $ 310, receipt number 0971-12087206.) filed by Panasonic Corporation of North America. (Attachments: # 1 Exhibit Certificate of Good Standing)(Hammond, Scott) (Filed on 2/6/2018) (Entered: 02/06/2018) |
| 02/06/2018 | 35 | MOTION for leave to appear in Pro Hac Vice *for Greta Louise Burkholder* ( Filing fee $ 310, receipt number 0971-12088529.) filed by TDK U.S.A. Corporation. (Attachments: # 1 Affidavit Certificate of Good Standing) (Burkholder, Greta) (Filed on 2/6/2018) (Entered: 02/06/2018) |

| | | |
|---|---|---|
| 02/06/2018 | 36 | *** **FILED IN ERROR,REFER TO DOCUMENT** 37 *** <br> MOTION for leave to appear in Pro Hac Vice *for John Clayton Everett, Jr.* ( Filing fee $ 310, receipt number 0971-12088589.) filed by TDK U.S.A. Corporation. (Attachments: # 1 Affidavit Certificate of Good Standing) (Burkholder, Greta) (Filed on 2/6/2018) Modified on 2/6/2018 (fff, COURT STAFF). (Entered: 02/06/2018) |
| 02/06/2018 | 37 | MOTION for leave to appear in Pro Hac Vice *John Clayton Everett, Jr.* ( Filing fee $ 310, receipt number 0971-12088589.) Filing fee previously paid on 02/06/2018 filed by TDK U.S.A. Corporation. (Attachments: # 1 Affidavit Certificate of Good Standing)(Everett, John) (Filed on 2/6/2018) (Entered: 02/06/2018) |
| 02/07/2018 | 38 | **ORDER Granting 32 Application for Admission of Attorney Pro Hac Vice for John F. Terzaken, III, Counsel for Defendant, Murata Electronics N.A., Inc. Signed by Judge Edward J. Davila on 2/7/2018. (amkS, COURT STAFF) (Filed on 2/7/2018) (Entered: 02/07/2018)** |
| 02/07/2018 | 39 | **ORDER Granting 34 Application for Admission for Attorney Pro Hac Vice for Scott D. Hammond, Counsel for Panasonic Corporation of North America. Signed by Judge Edward J. Davila on 2/7/2018. (amkS, COURT STAFF) (Filed on 2/7/2018) (Entered: 02/07/2018)** |
| 02/07/2018 | 40 | **ORDER Granting 35 Application for Admission for Attorney Pro Hac Vice for Greta Louise Burkholder, Counsel for TDK U.S.A. Corporation. Signed by Judge Edward J. Davila on 2/7/2018. (amkS, COURT STAFF) (Filed on 2/7/2018) (Entered: 02/07/2018)** |
| 02/07/2018 | 41 | **ORDER Granting 37 Application for Admission of Attorney Pro Hac Vice for John Clayton Everett, Jr., Counsel for TDK U.S.A. Corporation. Signed by Judge Edward J. Davila on 2/7/2018. (amkS, COURT STAFF) (Filed on 2/7/2018) (Entered: 02/07/2018)** |
| 02/08/2018 | 42 | MOTION for leave to appear in Pro Hac Vice *of Adam C. Hemlock* ( Filing fee $ 310, receipt number 0971-12096786.) Filing fee previously paid on 02/18/2018 filed by Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (Hemlock, Adam) (Filed on 2/8/2018) (Entered: 02/08/2018) |
| 02/09/2018 | 43 | MOTION for leave to appear in Pro Hac Vice *of Lara E. Veblen Trager* ( Filing fee $ 310, receipt number 0971-12098412.) filed by Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (Trager, Lara) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 44 | **ORDER Granting 42 Application for Admission of Attorney Pro Hac Vice for Adam C. Hemlock, Counsel for Taiyo Yuden Co. Ltd & Taiyo Yuden(USA), Inc. Signed by Judge Edward J. Davila on 2/9/2018 (amkS, COURT STAFF) (Filed on 2/9/2018) (Entered: 02/09/2018)** |
| 02/09/2018 | 45 | STIPULATION WITH PROPOSED ORDER *To Continue Responsive Pleading Deadlines* filed by Dependable Component Supply Corp.. |

| | | |
|---|---|---|
| | | (Weaver, Lesley) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 46 | **ORDER Granting 43 Application for Admission of Attorney Pro Hac Vice for Lara E. Veblen Trager. Signed by Judge Edward J. Davila on 2/9/2018. (amkS, COURT STAFF) (Filed on 2/9/2018) (Entered: 02/09/2018)** |
| 02/09/2018 | 47 | MOTION for leave to appear in Pro Hac Vice *of Steven A. Reiss* ( Filing fee $ 310, receipt number 0971-12098780.) filed by Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (Reiss, Steven) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 48 | **ORDER Granting 47 Application for Admission of Attorney Pro Hac Vice for Steven A. Reiss. Signed by Judge Edward J. Davila on 2/9/2018. (amkS, COURT STAFF) (Filed on 2/9/2018) (Entered: 02/09/2018)** |
| 02/09/2018 | 49 | MOTION for leave to appear in Pro Hac Vice *for Scott Alan Stempel* ( Filing fee $ 310, receipt number 0971-12099103.) filed by TDK U.S.A. Corporation. (Attachments: # 1 Affidavit Certificate of Good Standing) (Stempel, Scott) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 50 | **ORDER Granting 49 Application for Admission of Attorney Pro Hac Vice for Scott Alan Stempel, Counsel for TDK U.S.A. Corporation. Signed by Judge Edward J. Davila on 2/9/2018 (amkS, COURT STAFF) (Filed on 2/9/2018) (Entered: 02/09/2018)** |
| 02/09/2018 | 51 | STIPULATION WITH PROPOSED ORDER *to Continue Responsive Pleading Deadlines* filed by Powerweb Energy, Inc., Powerweb, Inc.. (Lehmann, Michael) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/12/2018 | 52 | **ORDER RELATING CASE. It is hereby ordered that case 5:18-cv-00198-EJD Dependable Component Supply Corp. v Murata Manufacturing Co., Ltd. et al. is RELATED to case 3:18-cv-00686-JCS Cambridge Capital Corp. v Murata Manufacturing Co., Ltd. and such case shall be reassigned to Hon. Edward J. Davila. Signed by Judge Edward J. Davila on 2/12/2018. (amkS, COURT STAFF) (Filed on 2/12/2018) (Entered: 02/12/2018)** |
| 02/12/2018 | 53 | **\*\*\*DISREGARD DOCKETED IN ERROR\*\*\* ORDER Granting (45) Joint Stipulation to Continue Responsive Pleading Deadlines; Terminating as MOOT (51) Stipulation in case 5:18-cv-00198-EJD. Signed by Judge Edward J. Davila on 2/12/2018. (amkS, COURT STAFF) (Filed on 2/12/2018) Modified text on 2/15/2018 (amkS, COURT STAFF). (Entered: 02/13/2018)** |
| 02/12/2018 | 57 | **ORDER Granting 45 Joint Stipulation to Continue Responsive Pleading Deadlines; Terminating as MOOT 51 Stipulation in case 5:18-cv-00198-EJD. Signed by Judge Edward J. Davila on 2/12/2018. (amkS, COURT STAFF) (Filed on 2/12/2018) (Entered: 02/15/2018)** |

| 02/14/2018 | 54 | OPPOSITION/RESPONSE (re 21 MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* ) filed byFive Rivers Electronic Innovations LLC. (Herrera, Nicomedes) (Filed on 2/14/2018) (Entered: 02/14/2018) |
| --- | --- | --- |
| 02/14/2018 | 55 | MOTION to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL* filed by Cambridge Capital Corporation. (Attachments: # 1 Declaration Declaration of Todd A. Seaver, # 2 Exhibit Seaver Decl. Ex. A, # 3 Proposed Order)(Seaver, Todd) (Filed on 2/14/2018) (Entered: 02/14/2018) |
| 02/14/2018 | 56 | OPPOSITION/RESPONSE (re 21 MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* ) *PLAINTIFF CAMBRIDGE CAPITAL CORPORATIONS RESPONSE TO MOTION TO APPOINT CO-LEAD INTERIM COUNSEL FILED BY PLAINTIFFS DEPENDABLE COMPONENT SUPPLY ET AL.* filed byCambridge Capital Corporation. (Seaver, Todd) (Filed on 2/14/2018) (Entered: 02/14/2018) |
| 02/14/2018 | | ***Set/Reset Deadlines as to 55 Motion to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL.* Responses due by 2/28/2018. Replies due by 3/7/2018. Motion Hearing set for 4/26/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. (amkS, COURT STAFF) (Filed on 2/14/2018) (Entered: 02/15/2018) |
| 02/16/2018 | 58 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12119301.) filed by Lifetime Service Center, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Rupp, R. Anthony) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 59 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12119336.) filed by Lifetime Service Center, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Cercone, Marco) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 60 | NOTICE of Appearance by Matthew David-Craig Pearson (Pearson, Matthew) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 61 | NOTICE of Appearance by Jessica Moy (Moy, Jessica) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 62 | NOTICE of Appearance by Sarah Khorasanee McGrath (Khorasanee McGrath, Sarah) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 63 | **ORDER Granting 58 Application for Admission of Attorney Pro Hac Vice for R. Anthony Rupp, III, Counsel for Plaintiff Lifetime Service** |

| | | |
|---|---|---|
| | | Center, Inc. Signed by Judge Edward J. Davila on 2/16/2018. (amkS, COURT STAFF) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 64 | **ORDER Granting 59 Application for Admission of Attorney Pro Hac Vice for Marco Cercone, Counsel for Plaintiff Lifetime Service Center, Inc. Signed by Judge Edward J. Davila on 2/18/2018. (amkS, COURT STAFF) (Filed on 2/16/2018) (Entered: 02/16/2018)** |
| 02/20/2018 | 65 | REQUEST for entry of Order on Joint Motion re: 18 MOTION to Consolidate Cases *and to Enter Case Management Order* ) filed by *Dependable Component Supply Corp.. (Weaver, Lesley) (Filed on 2/20/2018) Modified on 2/21/2018 (cv, COURT STAFF). Modified text on 2/23/2018, (to conform with document posted by counsel) (cv, COURT STAFF). (Entered: 02/20/2018)* |
| 02/21/2018 | | Electronic filing error. Incorrect event used. [err101]Corrected by Clerk's Office. No further action is necessary. Re: 65 Reply to Opposition/Response filed by Dependable Component Supply Corp. (cv, COURT STAFF) (Filed on 2/21/2018) (Entered: 02/21/2018) |
| 02/21/2018 | 66 | REPLY (re 21 MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* ) filed byDependable Component Supply Corp.. (Attachments: # 1 Declaration Declaration of Matthew S. Weiler, # 2 Exhibit Ex. 1 to Weiler Declaration)(Weaver, Lesley) (Filed on 2/21/2018) (Entered: 02/21/2018) |
| 02/26/2018 | 67 | ADMINISTRATIVE MOTION to Relate Case Arch Electronics, Inc. v. Murata Manufacturing Co. Ltd., et al., No. 18-cv-1128 filed by Arch Electronics, Inc. Responses due by 3/2/2018. (Attachments: # 1 Declaration of Michael P. Lehmann, # 2 Exhibit A (Arch Compl.), # 3 Exhibit B (Dependable Compl.), # 4 Proposed Order)(Lebsock, Christopher) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 68 | NOTICE of Appearance by Alfred Carroll Pfeiffer, Jr *on behalf of Defendant Sumida America Components, Inc.* (Pfeiffer, Alfred) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 69 | MOTION for leave to appear in Pro Hac Vice *for Attorney Marguerite M. Sullivan* ( Filing fee $ 310, receipt number 0971-12140942.) filed by Sumida America Components, Inc.. (Attachments: # 1 Certificate of Good Standing)(Sullivan, Marguerite) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 70 | MOTION for leave to appear in Pro Hac Vice *for Attorney Allyson M. Maltas* ( Filing fee $ 310, receipt number 0971-12141024.) filed by Sumida America Components, Inc.. (Attachments: # 1 Certificate of Good Standing)(Maltas, Allyson) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/27/2018 | 71 | **ORDER Granting 69 Application for Admission of Attorney Pro Hac Vice for Marguerite M. Sullivan, Counsel for Sumida America** |

| | | |
|---|---|---|
| | | Components, Inc. Signed by Judge Edward J. Davila on 2/27/2018. (amkS, COURT STAFF) (Filed on 2/27/2018) (Entered: 02/27/2018) |
| 02/27/2018 | [72](#) | **ORDER Granting [70](#) Application for Admission of Attorney Pro Hac Vice for Allyson M. Maltas, Counsel for Sumida America Components, Inc. Signed by Judge Edward J. Davila on 2/27/2018. (amkS, COURT STAFF) (Filed on 2/27/2018) (Entered: 02/27/2018)** |
| 02/28/2018 | [73](#) | OPPOSITION/RESPONSE (re [55](#) MOTION to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL* ) filed byDependable Component Supply Corp.. (Weaver, Lesley) (Filed on 2/28/2018) (Entered: 02/28/2018) |
| 03/05/2018 | [74](#) | **ORDER RELATING CASE. It is hereby ordered that case 5:18-00198-EJD Dependable Component Supply Corp. v Murata Manufacturing Co., Ltd. et al. is RELATED to case 3:18-cv-01128-EDL Arch Electronics, Inc. v. Murata Manufacturing Co., Ltd. and such case shall be reassigned to Hon. Edward J. Davila. Signed by Judge Edward J. Davila on 3/5/2018. (ejdlc2S, COURT STAFF) (Filed on 3/5/2018) (Entered: 03/05/2018)** |
| 03/07/2018 | [75](#) | REPLY (re [55](#) MOTION to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL* ) filed byCambridge Capital Corporation. (Attachments: # [1](#) Declaration, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3)(Seaver, Todd) (Filed on 3/7/2018) (Entered: 03/07/2018) |
| 03/14/2018 | [76](#) | CLERK'S NOTICE CASES are Not Related (lrcS, COURT STAFF) (Filed on 3/14/2018) Modified on 3/14/2018 (cv, COURT STAFF). (Entered: 03/14/2018) |
| 03/14/2018 | [77](#) | **SUA SPONTE REFERRAL ORDER. Signed by Judge JEFFREY S. WHITE on 3/14/18. (jjoS, COURT STAFF) (Filed on 3/14/2018) (Entered: 03/14/2018)** |
| 03/14/2018 | [78](#) | RESPONSE to re [77](#) Order *Response in Support of Relation* by Dependable Component Supply Corp.. (Attachments: # [1](#) Declaration Decl. of Matthew S. Weiler, # [2](#) Exhibit Ex. 1 to Weiler Decl., # [3](#) Exhibit Ex. 2 to Weiler Decl.)(Weaver, Lesley) (Filed on 3/14/2018) (Entered: 03/14/2018) |
| 03/19/2018 | [79](#) | RESPONSE to re [77](#) Order *Plaintiff Cambridge Capital Corporation's Response in Support of Relating Five Rivers Action* by Cambridge Capital Corporation. (Seaver, Todd) (Filed on 3/19/2018) (Entered: 03/19/2018) |
| 03/20/2018 | [80](#) | **ORDER RELATING CASE. It is hereby ordered that case 5:18-cv-00198-EJD Dependable Component Supply Corp. v Murata Manufacturing Co., Ltd. et al is related to 4:18-cv-00851-JSW Five** |

| | | |
|---|---|---|
| | | **Rivers Electronic Innovations, LLC v KEMET Corp. and such case shall be reassigned to Judge Edward J. Davila. Signed by Judge Edward J. Davila on 3/20/2018. (amkS, COURT STAFF) (Filed on 3/20/2018) (Entered: 03/21/2018)** |
| 03/22/2018 | 81 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel* filed by Five Rivers Electronic Innovations LLC. Motion Hearing set for 4/26/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 4/5/2018. Replies due by 4/12/2018. (Attachments: # 1 Declaration of Joseph R. Saveri, # 2 Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H) (Saveri, Joseph) (Filed on 3/22/2018) (Entered: 03/22/2018) |
| 03/26/2018 | 82 | MOTION to Consolidate Cases filed by Five Rivers Electronic Innovations LLC. Motion Hearing set for 4/26/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 4/9/2018. Replies due by 4/16/2018. (Attachments: # 1 Proposed Order)(Saveri, Joseph) (Filed on 3/26/2018) (Entered: 03/26/2018) |
| 03/28/2018 | 83 | NOTICE of Appearance by Daniel B. Asimow *and Arnold & Porter Kaye Scholer LLP on behalf of Defendants Taiyo Yuden Co. Ltd. and Taiyo Yuden (USA) Inc.* (Asimow, Daniel) (Filed on 3/28/2018) (Entered: 03/28/2018) |
| 03/28/2018 | 84 | MOTION for leave to appear in Pro Hac Vice *for Michael A. Rubin* ( Filing fee $ 310, receipt number 0971-12228339.) filed by Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (Rubin, Michael) (Filed on 3/28/2018) (Entered: 03/28/2018) |
| 03/28/2018 | 85 | MOTION for leave to appear in Pro Hac Vice *for James L. Cooper* ( Filing fee $ 310, receipt number 0971-12228571.) filed by Taiyo Yuden (USA) Inc., Taiyo Yuden Co., Ltd.. (Cooper, James) (Filed on 3/28/2018) (Entered: 03/28/2018) |
| 03/29/2018 | 86 | **ORDER Granting 85 Application for Admission of Attorney Pro Hac Vice for James L. Cooper, Counsel for Taiyo Yuden Co. Ltd. & Taiyo Yuden (USA) Inc. Signed by Judge Edward J. Davila on 3/29/2018 (amkS, COURT STAFF) (Filed on 3/29/2018) (Entered: 03/29/2018)** |
| 03/29/2018 | 87 | **ORDER Granting 84 Application for Admission of Attorney Pro Hac Vice for Michael A. Rubin, Counsel for Taiyo Yuden Co. Ltd. & Taiyo Yuden(USA) Inc. Signed by Judge Edward J. Davila on 3/29/2018. (amkS, COURT STAFF) (Filed on 3/29/2018) (Entered: 03/29/2018)** |
| 03/29/2018 | 88 | MOTION to Substitute Attorney by Eliot A. Adelson *Murata Electronics North America, Inc.; [Proposed] Order* (Adelson, Eliot) (Filed on 3/29/2018) Modified on 3/29/2018 (cv, COURT STAFF). (Entered: 03/29/2018) |

| 03/29/2018 | 89 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12231040.) filed by Murata Electronics North America, Inc.. (Attachments: # 1 Certificate of Good Standing)(Mutchnik, James) (Filed on 3/29/2018) (Entered: 03/29/2018) |
| --- | --- | --- |
| 03/29/2018 | | Electronic filing error. Incorrect event used. [err101]Corrected by Clerk's Office. No further action is necessary. Re: 88 Notice of Substitution of Counsel filed by Murata Electronics North America, Inc. (cv, COURT STAFF) (Filed on 3/29/2018) (Entered: 03/29/2018) |
| 03/29/2018 | 90 | **ORDER Granting 89 Application for Admission of Attorney Pro Hac Vice for James H. Mutchnik, P.C., Counsel for Murata Electronics North America, Inc. Signed by Judge Edward J. Davila on 3/29/2018. (amkS, COURT STAFF) (Filed on 3/29/2018) (Entered: 03/29/2018)** |
| 04/02/2018 | 91 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12237120.) filed by Cambridge Capital Corporation. (Attachments: # 1 Certificate of Good Standing)(Albert, Lee) (Filed on 4/2/2018) (Entered: 04/02/2018) |
| 04/02/2018 | 92 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12237183.) filed by Cambridge Capital Corporation. (Attachments: # 1 Certificate of Good Standing)(Murray, Brian) (Filed on 4/2/2018) (Entered: 04/02/2018) |
| 04/02/2018 | 93 | **ORDER Granting 91 Application for Admission of Attorney Pro Hac Vice for Lee Albert, Counsel for Cambridge Capital Corporation. Signed by Judge Edward J. Davila on 4/2/2018. (amkS, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018)** |
| 04/02/2018 | 94 | **ORDER Granting 92 Application for Admission of Attorney Pro Hac Vice for Brian P. Murray, Counsel for Cambridge Capital Corporation. Signed by Judge Edward J. Davila on 4/2/2018 (amkS, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018)** |
| 04/03/2018 | 95 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 268QMNPO.) Filing fee previously paid on 04/03/18 filed by Five Rivers Electronic Innovations LLC. (Attachments: # 1 Certificate of Good Standing)(Cramer, Eric) (Filed on 4/3/2018) (Entered: 04/03/2018) |
| 04/03/2018 | 96 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12241282.) filed by Five Rivers Electronic Innovations LLC. (Attachments: # 1 Certificate of Good Standing)(Gordon, Ruthanne) (Filed on 4/3/2018) (Entered: 04/03/2018) |
| 04/03/2018 | 97 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12241291.) filed by Five Rivers Electronic Innovations LLC. (Attachments: # 1 Certificate of Good Standing)(Enders, Candice) (Filed on 4/3/2018) (Entered: 04/03/2018) |
| 04/04/2018 | 98 | **ORDER Granting 97 Application for Admission of Attorney Pro Hac** |

| | | |
|---|---|---|
| | | Vice for Candice J. Enders, Counsel for Fiver Rivers Electronic Innovations LLC. Signed by Judge Edward J. Davila on 4/4/2018. (amkS, COURT STAFF) (Filed on 4/4/2018) (Entered: 04/04/2018) |
| 04/04/2018 | 99 | **ORDER Granting 96 Application for Admission of Attorney Pro Hac Vice for Ruthanne Gordon, Counsel for Five Rivers Electronic Innovations LLC. Signed by Judge Edward J. Davila on 4/4/2018. (amkS, COURT STAFF) (Filed on 4/4/2018) (Entered: 04/04/2018)** |
| 04/04/2018 | 100 | **ORDER Granting 95 Application for Admission of Attorney Pro Hac Vice for Eric L. Cramer, Counsel for Fiver Rivers Electronic Innovations LLC. Signed by Judge Edward J. Davila on 4/4/2018. (amkS, COURT STAFF) (Filed on 4/4/2018) (Entered: 04/04/2018)** |
| 04/05/2018 | 101 | OPPOSITION/RESPONSE (re 81 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel* ) filed byLifetime Service Center, Inc.. (Macrae, Donald) (Filed on 4/5/2018) (Entered: 04/05/2018) |
| 04/05/2018 | 102 | *** POSTED IN ERROR *** Please see 104 OPPOSITION/RESPONSE (re 81 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Dependable Component Supply Corp.. (Attachments: # 1 Declaration of Lesley E. Weaver, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Weaver, Lesley) (Filed on 4/5/2018) Modified on 4/6/2018 (cv, COURT STAFF). (Entered: 04/05/2018) |
| 04/05/2018 | 103 | OPPOSITION/RESPONSE (re 81 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel* ) *Plaintiff Cambridge Capital Corporation's Opposition to Plaintiff Five Rivers Electronic Innovations LLC's Motion to Appoint Joseph Saveri Law Firm, Inc. as Interim Lead Counsel* filed by Cambridge Capital Corporation. (Attachments: # 1 Declaration of Todd A. Seaver, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Seaver, Todd) (Filed on 4/5/2018) Modified on 4/6/2018 (cv, COURT STAFF). (Entered: 04/05/2018) |
| 04/06/2018 | 104 | OPPOSITION/RESPONSE (re 81 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel* ) *CORRECTION OF DOCKET # 102* filed byDependable Component Supply Corp.. (Weaver, Lesley) (Filed on 4/6/2018) (Entered: 04/06/2018) |
| 04/11/2018 | 105 | ADMINISTRATIVE MOTION to Continue Initial Case Management Conference *on behalf of Defendants* filed by Panasonic Corporation of North America. Responses due by 4/16/2018. (Attachments: # 1 Declaration of Daniel G. Swanson)(Swanson, Daniel) (Filed on 4/11/2018) (Entered: 04/11/2018) |
| 04/12/2018 | 106 | **ORDER Granting 88 Defendant Murata Electronics North America,** |

| | | |
|---|---|---|
| | | Inc.'s Motion **Substitution of Attorneys. Attorney Harrison J. Frahn, IV; James Mutchnik; Jonathan David Porter; John Francis Terzaken, III; Eliot A. Adelson and Abram J. Ellis terminated. Signed by Judge Edward J. Davila on 4/12/2018. (amkS, COURT STAFF) (Filed on 4/12/2018) (Entered: 04/12/2018)** |
| 04/12/2018 | 107 | REPLY (re 81 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel* ) filed byFive Rivers Electronic Innovations LLC. (Attachments: # 1 Declaration of Joseph R. Saveri ISO Five Rivers' Reply IFSO Motion to Appoint Interim Lead Counsel, # 2 Exhibit A - Sanmina Corp. Letter of Support, # 3 Exhibit B - Foxconn Letter of Support, # 4 Exhibit C - Bio of Steven N. Williams)(Saveri, Joseph) (Filed on 4/12/2018) (Entered: 04/12/2018) |
| 04/13/2018 | 108 | ADMINISTRATIVE MOTION to Consider Whether Cases Should be Related filed by Inductors, Inc.. Responses due by 4/17/2018. (Attachments: # 1 Declaration of Jason S. Hartley, # 2 Exhibit A - Inductors, Inc. Complaint, # 3 Exhibit B - Dependable Components Complaint, # 4 Proposed Order, # 5 Certificate/Proof of Service)(Hartley, Jason) (Filed on 4/13/2018) (Entered: 04/13/2018) |
| 04/16/2018 | 109 | OPPOSITION/RESPONSE (re 105 ADMINISTRATIVE MOTION to Continue Initial Case Management Conference *on behalf of Defendants* ) filed byArch Electronics, Inc, Cambridge Capital Corporation, Dependable Component Supply Corp., Lifetime Service Center, Inc., Powerweb Energy, Inc., Powerweb, Inc.. (Attachments: # 1 Declaration of Michael Lehmann, # 2 Exhibit 1, # 3 Exhibit 2)(Lehmann, Michael) (Filed on 4/16/2018) (Entered: 04/16/2018) |
| 04/16/2018 | 110 | Declaration of Todd A. Seaver in Support of 109 Opposition/Response to Motion, filed byCambridge Capital Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Related document(s) 109 ) (Seaver, Todd) (Filed on 4/16/2018) (Entered: 04/16/2018) |
| 04/18/2018 | 111 | ADR Clerk's Notice re: Non-Compliance with Court Order (ewhS, COURT STAFF) (Filed on 4/18/2018) (Entered: 04/18/2018) |
| 04/19/2018 | 112 | **ORDER Granting 108 Administrative Motion Relating Cases. It is hereby ordered that case 5:18-cv-00198-EJD Dependable Component Supply Corp. v Murata Manufacturing Co., Ltd. et al. is related to 3:18-cv-02175-JCS Inductors, Inc. v Kemet Corporation and such case shall be reassigned to Hon. Edward J. Davila on 4/19/2018. Signed by Judge Edward J. Davila on 4/19/2018. (amkS, COURT STAFF) (Filed on 4/19/2018) (Entered: 04/19/2018)** |
| 04/19/2018 | 113 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *for Plaintiff Dependable Component Supply Corp.* (Weiler, Matthew) (Filed on 4/19/2018) (Entered: 04/19/2018) |

| 04/20/2018 | 114 | NOTICE of Appearance by Guido Saveri (Saveri, Guido) (Filed on 4/20/2018) (Entered: 04/20/2018) |
|---|---|---|
| 04/20/2018 | 115 | NOTICE of Appearance by Richard Alexander Saveri (Saveri, Richard) (Filed on 4/20/2018) (Entered: 04/20/2018) |
| 04/20/2018 | 116 | NOTICE of Appearance by Cadio R. Zirpoli (Zirpoli, Cadio) (Filed on 4/20/2018) (Entered: 04/20/2018) |
| 04/20/2018 | 117 | **ORDER RE 105 CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE. Signed by Judge Edward J. Davila on 4/20/2018. (ejdlc2S, COURT STAFF) (Filed on 4/20/2018) (Entered: 04/20/2018)** |
| 04/20/2018 | | ***Set Deadlines/Hearings per ECF 117 Order: Joint Case Management Statement due by 5/21/2018. Initial Case Management Conference set for 5/31/2018 10:00 AM in San Jose, Courtroom 4, 5th Floor. Last day Meet and Confer deadline 5/10/2018. Last day to file ADR Certification and either file stipulation to ADR Process Or Notice of Need for ADR Phone Conference 5/10/2018. (amkS, COURT STAFF) (Filed on 4/20/2018) (Entered: 04/23/2018) |
| 04/23/2018 | 118 | OPPOSITION/RESPONSE (re 55 MOTION to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL*, 81 MOTION to Appoint Lead Plaintiff and Lead Counsel *Plaintiff Five Rivers Electronics Innovations LLCs Notice of Motion and Motion to Appoint Interim Lead Counsel*, 21 MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* ) filed byInductors, Inc.. (Attachments: # 1 Declaration of Jason S. Hartley, # 2 Exhibit A to Hartley Declaration, # 3 Exhibit B to Hartley Declaration)(Hartley, Jason) (Filed on 4/23/2018) (Entered: 04/23/2018) |
| 04/23/2018 | 119 | REPLY (re 21 MOTION to Appoint Counsel *Co-Lead Interim Counsel for Direct Purchaser Plaintiffs* ) *Response to Opposition filed by Inductors Inc.* filed byDependable Component Supply Corp.. (Attachments: # 1 Declaration of Lesley E. Weaver, # 2 Exhibit 1 to Weaver Decl., # 3 Exhibit 2 to Weaver Decl.)(Weaver, Lesley) (Filed on 4/23/2018) (Entered: 04/23/2018) |
| 04/24/2018 | 120 | NOTICE of Appearance by Michelle Park Chiu *Notice of Appearance of Counsel for Defendant TDK U.S.A. Corporation* (Chiu, Michelle) (Filed on 4/24/2018) (Entered: 04/24/2018) |
| 04/24/2018 | 121 | *** POSTED IN WRONG CASE NUMBER *** MOTION for leave to appear in Pro Hac Vice *for Jiamin Chen* ( Filing fee $ 310, receipt number 269907QQ.) Filing fee previously paid on 4/24/2018 filed by Five Rivers Electronic Innovations LLC. (Attachments: # 1 Certificate of Good |

| | | |
|---|---|---|
| | | Standing)(Chen, Jiamin) (Filed on 4/24/2018) Modified on 4/25/2018 (cv, COURT STAFF). (Entered: 04/24/2018) |
| 04/24/2018 | 122 | REPLY (re 55 MOTION to Appoint Counsel *PLAINTIFF CAMBRIDGE CAPITAL CORPORATION'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND FOR APPOINTMENT OF INTERIM LEAD COUNSEL* ) *Response to Inductors, Inc.'s Response to Motions to Appoint Interim Lead Counsel* filed byCambridge Capital Corporation. (Seaver, Todd) (Filed on 4/24/2018) (Entered: 04/24/2018) |
| 04/25/2018 | | Electronic filing error. Document filed in wrong case. [err401]This filing will not be processed by the clerks office.Please re-file in its entirety. Re: 121 MOTION for leave to appear in Pro Hac Vice *for Jiamin Chen* ( Filing fee $ 310, receipt number 269907QQ.) Filing fee previously paid on 4/24/2018 filed by Five Rivers Electronic Innovations LLC (cv, COURT STAFF) (Filed on 4/25/2018) (Entered: 04/25/2018) |
| 04/26/2018 | 123 | **Minute Entry for proceedings held before Hon. Edward J. Davila. Motion Hearing (In re: 18 and 82 Motion to Consolidate and 21 , 55 , 81 Motion to Appoint Counsel filed in 5:18-cv-00198-EJD Dependable Component Supply Corp. v. Murata Manufacturing Co., Ltd., et al.) held on 4/26/2018.** <br> **The Court takes matters under submission; written order to be issued. Total Time in Court: 9:04 to 10:28 - 1 hour and 24 minutes.** <br> **Court Reporter: Irene Rodriguez.** <br> **For Plaintiff(s): Todd Seaver, Nicomedes Herrera, Lesley Weaver, Matthew Weiler, Steven Williams, Jiamin Chen, Jason Hartley, Bonny Sweeney, V Chai Oliver Prentice, Allan Steyer, Matthew Pearson, Jessica Moy, Michael Lehmann and Joseph Saveri.** <br> **For Defendant(s): Michelle Chiu, Darrell Prescott, Eliot Adelson, Tammy Tsoumas and Jacob Sorensen.** <br> ***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ofr, COURT STAFF) (Date Filed: 4/26/2018) (Entered: 04/26/2018)** |
| 04/27/2018 | 124 | **ORDER RE 18 21 55 81 82 GRANTING MOTIONS TO CONSOLIDATE; APPOINTING LEAD INTERIM COUNSEL. Signed by Judge Edward J. Davila on 4/27/2018. (ejdlc2S, COURT STAFF) (Filed on 4/27/2018) (Entered: 04/27/2018)** |
| 04/27/2018 | | NOTICE TO ALL COUNSEL - A Master Docket and Master File are hereby established for the Actions. The Master File number shall be 18-cv-198. A Master Docket will be maintained for the Actions with all entries to be docketed under the Master File number. If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the notation in the docket text as to the case numbers to which it pertains. Every pleading filed in the Actions shall hereafter bear the following caption: In re Inductors Antitrust Litigation, Case No. 18-cv- |

| | | 198-EJD. (cv, COURT STAFF) (Filed on 4/27/2018) (Entered: 04/27/2018) |
|---|---|---|
| 04/30/2018 | [125](#) | TRANSCRIPT ORDER for proceedings held on April 26, 2018 before Judge Edward J. Davila by Panasonic Corporation of North America, for Court Reporter Irene Rodriguez. (Smithson, Frances) (Filed on 4/30/2018) (Entered: 04/30/2018) |
| 04/30/2018 | [126](#) | TRANSCRIPT ORDER for proceedings held on April 26, 2018 before Judge Edward J. Davila by Five Rivers Electronic Innovations LLC, for Court Reporter Irene Rodriguez. (Saveri, Joseph) (Filed on 4/30/2018) (Entered: 04/30/2018) |
| 04/30/2018 | [127](#) | TRANSCRIPT ORDER for proceedings held on 4/26/2018 before Judge Edward J. Davila by Cambridge Capital Corporation, for Court Reporter Irene Rodriguez. (Seaver, Todd) (Filed on 4/30/2018) (Entered: 04/30/2018) |
| 05/03/2018 | [128](#) | TRANSCRIPT ORDER for proceedings held on 4/26/2018 before Judge Edward J. Davila by Dependable Component Supply Corp., for Court Reporter Irene Rodriguez. (Weiler, Matthew) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| 05/03/2018 | [129](#) | STIPULATION WITH PROPOSED ORDER *to Extend Dates in Case Schedule* filed by Direct Purchaser Plaintiffs. (Attachments: # [1](#) Declaration of Lesley E. Weaver)(Weaver, Lesley) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| 05/03/2018 | [130](#) | MOTION Sequencing of Early Discovery filed by Direct Purchaser Plaintiffs. Motion Hearing set for 6/13/2018 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Responses due by 5/17/2018. Replies due by 5/24/2018. (Attachments: # [1](#) Declaration of Matthew S. Weiler, # [2](#) Exhibit 1 to Weiler Decl., # [3](#) Exhibit 2 to Weiler Decl., # [4](#) Exhibit 3 to Weiler Decl., # [5](#) Exhibit 4 to Weiler Decl., # [6](#) Exhibit 5 to Weiler Decl., # [7](#) Exhibit 6 to Weiler Decl., # [8](#) Exhibit 7 to Weiler Decl., # [9](#) Exhibit 8 to Weiler Decl., # [10](#) Exhibit 9 to Weiler Decl., # [11](#) Exhibit 10 to Weiler Decl., # [12](#) Exhibit 11 to Weiler Decl., # [13](#) Exhibit 12 to Weiler Decl., # [14](#) Exhibit 13 to Weiler Decl., # [15](#) Exhibit 14 to Weiler Decl., # [16](#) Proposed Order)(Weaver, Lesley) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| 05/03/2018 | [131](#) | MOTION to Shorten Time *on DPPs' Motion Regarding Sequencing of Discovery* filed by Direct Purchaser Plaintiffs. (Attachments: # [1](#) Declaration of Lesley E. Weaver, # [2](#) Proposed Order)(Weaver, Lesley) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| 05/04/2018 | [132](#) | Transcript of Proceedings held on 04/26/2018, before Judge Davila. Court Reporter Irene L. Rodriguez, email address Irene_Rodriguez@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the |

| | | |
|---|---|---|
| | | Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (126 in 5:18-cv-00198-EJD) Transcript Order, (127 in 5:18-cv-00198-EJD) Transcript Order, (125 in 5:18-cv-00198-EJD) Transcript Order, (128 in 5:18-cv-00198-EJD) Transcript Order ) Release of Transcript Restriction set for 8/2/2018. (Rodriguez, Irene) (Filed on 5/4/2018) (Entered: 05/04/2018) |
| 05/04/2018 | 133 | **ORDER GRANTING Motion to Shorten Time on their Motion Regarding Sequencing of Early Discovery 131 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 5/4/2018) (Entered: 05/04/2018) |
| 05/04/2018 | | Reset Deadlines as to Motion to Sequence 130 : Opposition due by 5/17/2018. (lmh, COURT STAFF) (Filed on 5/4/2018) (Entered: 05/04/2018) |
| 05/07/2018 | 134 | **ORDER GRANTING 129 STIPULATION TO EXTEND DATES IN CASE SCHEDULE. Signed by Judge Edward J. Davila on 5/7/2018. (ejdlc2S, COURT STAFF) (Filed on 5/7/2018) (Entered: 05/07/2018)** |
| 05/07/2018 | 135 | NOTICE of Appearance by Marc Howard Edelson (Attachments: # 1 Certificate/Proof of Service)(Edelson, Marc) (Filed on 5/7/2018) (Entered: 05/07/2018) |
| 05/07/2018 | | ***Set Deadlines/Hearings per ECF 134 Order: Consolidated Amended Complaint due by 7/2/2018. Defendants shall respond to the Consolidated Amended Complaint by 8/31/2018. Joint Case Management Statement due by 7/2/2018. Motion to Sequence Discovery due by 5/3/2018. Responses due by 5/17/2018. Plaintiff's waive the right to a reply brief. Initial Case Management Conference set for 7/12/2018 10:00 AM in San Jose, Courtroom 4, 5th Floor. (amkS, COURT STAFF) (Filed on 5/7/2018) (Entered: 05/07/2018) |
| 05/07/2018 | 136 | NOTICE of Appearance by Joshua H. Grabar (Attachments: # 1 Certificate/Proof of Service)(Grabar, Joshua) (Filed on 5/7/2018) (Entered: 05/07/2018) |
| 05/08/2018 | 137 | ADMINISTRATIVE MOTION Entry of Case Management Order No. 1 filed by Direct Purchaser Plaintiffs. Responses due by 5/14/2018. (Attachments: # 1 Declaration of Matthew S. Weiler, # 2 Exhibit 1 to Weiler Decl., # 3 Exhibit 2 to Weiler Decl., # 4 Exhibit 3 to Weiler Decl., # 5 Exhibit 4 to Weiler Decl., # 6 Proposed Order Proposed CMO No. 1, # 7 Exhibit A to Proposed CMO No. 1)(Weaver, Lesley) (Filed on 5/8/2018) (Entered: 05/08/2018) |
| 05/09/2018 | 138 | NOTICE of Appearance by Alfred Carroll Pfeiffer, Jr (Pfeiffer, Alfred) (Filed on 5/9/2018) (Entered: 05/09/2018) |

| | | |
|---|---|---|
| 05/09/2018 | 139 | NOTICE of Appearance by Allyson M. Maltas (Maltas, Allyson) (Filed on 5/9/2018) (Entered: 05/09/2018) |
| 05/09/2018 | 140 | NOTICE of Appearance by Marguerite M. Sullivan (Sullivan, Marguerite) (Filed on 5/9/2018) (Entered: 05/09/2018) |
| 05/16/2018 | 141 | **ORDER RE 137 ENTERING CASE MANAGEMENT ORDER NO. 1. Signed by Judge Edward J. Davila on 5/16/2018. (Attachments: # 1 Exhibit A) (ejdlc2S, COURT STAFF) (Filed on 5/16/2018) (Entered: 05/16/2018)** |
| 05/17/2018 | 142 | MOTION for leave to appear in Pro Hac Vice *for Cindy Seunghee Hong* ( Filing fee $ 310, receipt number 0971-12361752.) filed by TDK U.S.A. Corporation. (Attachments: # 1 Affidavit)(Hong, Cindy Seunghee) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 143 | **ORDER Granting 142 Application for Admission of Attorney Pro Hac Vice for Cindy Seunghee Hong, Counsel for TDK U.S.A. Corporation. Signed by Judge Edward J. Davila on 5/17/2018. (amkS, COURT STAFF) (Filed on 5/17/2018) (Entered: 05/17/2018)** |
| 05/17/2018 | 144 | Certificate of Interested Entities by Taiyo Yuden (USA) Inc. identifying Corporate Parent Taiyo Yuden Co., Ltd. for Taiyo Yuden (USA) Inc.. *and F.R.C.P. 7.1 Corporate Disclosure Statement* (Fine, Matthew) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 145 | Certificate of Interested Entities by Taiyo Yuden Co., Ltd. identifying Other Affiliate The Master Trust Bank of Japan, Ltd. for Taiyo Yuden Co., Ltd.. *and F.R.C.P. 7.1 Corporate Disclosure Statement* (Fine, Matthew) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 146 | OPPOSITION/RESPONSE (re 130 MOTION Sequencing of Early Discovery ) *TDK, MURATA AND TAIYO YUDEN DEFENDANTS OPPOSITION TO DPPS MOTION REGARDING SEQUENCING OF EARLY DISCOVERY* filed byTDK U.S.A. Corporation. (Everett, John) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 147 | OPPOSITION/RESPONSE (re 130 MOTION Sequencing of Early Discovery ) filed byPanasonic Corporation, Panasonic Corporation of North America, Sumida America Components, Inc., Sumida Corporation, Sumida Electric Co., Ltd.. (Attachments: # 1 Declaration of Daniel G. Swanson in Support of Defendants Panasonic Corporation, Panasonic Corporation of North America, Sumida Corporation, Sumida Electric Co. Ltd., and Sumida America Components Inc.'s Opposition to DPPS' Motion Regarding Sequencing of Early Discovery, # 2 Exhibit 1 to the Declaration of Daniel G. Swanson, # 3 Exhibit 2 to the Declaration of Daniel G. Swanson, # 4 Exhibit 3 to the Declaration of Daniel G. Swanson, # 5 Exhibit 4 to the Declaration of Daniel G. Swanson, # 6 Exhibit 5 to the Declaration of Daniel G. Swanson, # 7 Exhibit 6 to the Declaration of Daniel G. Swanson, # 8 Exhibit 7 to the Declaration of Daniel G. |

| | | |
|---|---|---|
| | | Swanson, # 9 Declaration of Marguerite M. Sullivan in Support of Defendants Panasonic Corporation, Panasonic Corporation of North America, Sumida Corporation, Sumida Electric Co. Ltd., and Sumida America Components Inc.'s Opposition to DPPS' Motion Regarding Sequencing of Early Discovery)(Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 148 | NOTICE of Appearance by Daniel Glen Swanson (Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 149 | NOTICE of Appearance by Scott Doulgas Hammond (Hammond, Scott) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 150 | NOTICE of Appearance by Cynthia Richman (Richman, Cynthia) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 151 | NOTICE of Appearance by Frances Annika Smithson (Smithson, Frances) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 152 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 153 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 154 | Certificate of Interested Entities by Sumida Corporation *and Corporate Disclosure Statement* (Sullivan, Marguerite) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 155 | Corporate Disclosure Statement by Panasonic Corporation *Pursuant to FED. R. CIV. P. 7.1 and Certificate of Interested Entities or Persons Pursuant to Civil L.R. 3-15* (Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 156 | Corporate Disclosure Statement by Panasonic Corporation of North America *Pursuant to FED. R. CIV. P. 7.1 and Certificate of Interested Entities or Persons Pursuant to Civil L.R. 3-15* (Swanson, Daniel) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 157 | Certificate of Interested Entities by Sumida America Components, Inc. identifying Corporate Parent Sumida Corporation for Sumida America Components, Inc.. *and Corporate Disclosure Statement* (Sullivan, Marguerite) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/17/2018 | 158 | Certificate of Interested Entities by Sumida Electric Co., Ltd. identifying Corporate Parent Sumida Corporation for Sumida Electric Co., Ltd.. *and Corporate Disclosure Statement* (Sullivan, Marguerite) (Filed on 5/17/2018) (Entered: 05/17/2018) |
| 05/18/2018 | 159 | MOTION to Intervene filed by United States of America. Motion Hearing set for 7/12/2018 09:00 AM in San Jose, Courtroom 4, 5th Floor before |

| | | Judge Edward J. Davila. Responses due by 6/1/2018. Replies due by 6/8/2018. (Attachments: # 1 Declaration, # 2 Proposed Order)(Brown, Christina) (Filed on 5/18/2018) (Entered: 05/18/2018) |
|---|---|---|
| 05/18/2018 | 160 | Administrative Motion to File Under Seal *Brown Declaration* filed by United States of America. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Unredacted Version of Brown Declaration)(Brown, Christina) (Filed on 5/18/2018) (Entered: 05/18/2018) |
| 05/18/2018 | 161 | CLERK'S NOTICE: Proposed intervening party USA must confer with parties and then file stipulation or response to ECF 130 (motion to sequence early discovery) by 5/23. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 5/18/2018) (Entered: 05/18/2018) |
| 05/18/2018 | 162 | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE. The Motion to Intervene 159 and the corresponding Administrative Motion to File Under Seal 160 are hereby REFERRED to Magistrate Judge Nathanael Cousins for resolution. The hearing on the Motion to Intervene scheduled before the undersigned is VACATED. Signed by Judge Edward J. Davila on 5/18/2018. (ejdlc1S, COURT STAFF) (Filed on 5/18/2018) (Entered: 05/18/2018)** |
| 05/18/2018 | 163 | **ORDER GRANTING MOTION to Intervene filed by United States of America 159 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 5/18/2018) (Entered: 05/18/2018) |