MORGAN, LEWIS & BOCKIUS LLP
Michelle Park Chiu (SBN 248421)
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: 415-442-1000
Fax: 415-442-1001
michelle.chiu@morganlewis.com

Scott A. Stempel, *pro hac vice*
J. Clayton Everett, Jr., *pro hac vice*
Greta L. Burkholder, *pro hac vice*
Cindy Seunghee Hong, *pro hac vice*
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
greta.burkholder@morganlewis.com
cindy.hong@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   +1.202.739.3000
Fax:   +1.202.739.3001

*Attorneys for TDK Corporation, TDK-EPC Corporation, and TDK U.S.A. Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION, | Case No. 5:18-CV-00198-EJD-NC<br><br>**DEFENDANTS TDK CORPORATION, TDK-EPC CORPORATION, AND TDK U.S.A. CORPORATION'S F.R.C.P. 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Edward J. Davila |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant TDK Corporation ("TDK"), hereby states that (i) TDK is a publicly-held corporation; (ii) TDK does not have a parent corporation; and (iii) no publicly held company owns more than 10% of TDK's stock.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

TDK DEFENDANTS' DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 5:18-CV-00198-EJD-NC

Each of defendants TDK-EPC Corporation, and TDK U.S.A. Corporation, are wholly-owned direct or indirect subsidiaries of TDK.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 21, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ J. Clayton Everett, Jr.*

J. Clayton Everett, Jr. (*pro hac vice*)
Scott A. Stempel (*pro hac vice*)
Greta L. Burkholder (*pro hac vice*)
Cindy Seunghee Hong (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com
scott.stempel@morganlewis.com
greta.burkholder@morganlewis.com
cindy.hong@morganlewis.com

Michelle Park Chiu (SBN 248421)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, California 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
michelle.chiu@morganlewis.com

*Attorneys for TDK Corporation, TDK-EPC Corporation, and TDK U.S.A. Corporation*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2

TDK DEFENDANTS' DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 5:18-CV-00198-EJD-NC