CHRISTINA J. BROWN (CSBN 242130)
MICHAEL T. KOENIG (WiSBN 1053523)
United States Department of Justice
Antitrust Division
450 5th Street, NW
Room 11714
Washington, DC 20530
Telephone: (202) 598-8839
Facsimile: (202) 598-2428
christina.brown@usdoj.gov
michael.koenig@usdoj.gov

Attorneys for the United States

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER BY UNITED STATES AND DIRECT PURCHASER PLAINTIFFS REGARDING DISCOVERY**<br><br>Judge: Honorable Nathanael Cousins |

# STIPULATION AND [PROPOSED] ORDER

This stipulation is hereby entered into by Direct Purchaser Plaintiffs ("Plaintiffs") and Intervenor the United States of America, through the United States Department of Justice, Antitrust Division.[1]

WHEREAS these consolidated civil cases arise from alleged violations of the Sherman Act, 15 U.S.C. §§ 1 and 3, in the inductors industry;

WHEREAS there is an ongoing criminal grand jury investigation of potential violations of the Sherman Act, 15 U.S.C. § 1, in the inductors industry;

WHEREAS the Court has granted the United States' motion to intervene for the purpose of seeking a stay of discovery (ECF No. 163);

WHEREAS the Court directed the United States to confer with the parties and file a stipulation or response to Plaintiffs' motion regarding sequencing of early discovery (ECF No. 161);

WHEREAS the United States has conferred with counsel for Plaintiffs and Defendants in an attempt to reach a stipulated discovery stay;

WHEREAS the United States understands that certain Defendants oppose any discovery proceeding at this time;

WHEREAS the United States and Plaintiffs have reached an agreement to stay merits discovery for six months and allow certain non-merits discovery to begin;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties:

1.  Plaintiffs will withdraw their Motion Regarding Sequencing of Early Discovery (ECF No. 130).

2.  During the six-month period following entry of this Stipulation and [Proposed] Order by the Court (the "discovery stay period"), no discovery under the Federal Rules of Civil Procedure shall be conducted in the civil cases (including, without limitation, document requests, interrogatories, requests for admissions, or depositions) that reflects, refers to, or relates to any understandings, agreements, contacts, meetings, or communications between or

---

[1] Defendants are not party to this stipulation.

among any manufacturers of inductors or inductors products relating to the sale, pricing, production, volume, market share, customers, capacity, or distribution of inductors or inductors products.

3. During the discovery stay period, no discovery under the Federal Rules of Civil Procedure shall be conducted in the civil cases (including, without limitation, document requests, interrogatories, requests for admissions, or depositions) that reflects, refers to, or relates to any grand jury proceedings concerning inductors or inductors products, including any party's or witness's communications with the United States or with the grand jury investigating inductors or inductors products, except by the order of the Court upon good cause shown and consistent with governing law.

4. To the extent consistent with the above, the United States does not object to the following discovery taking place during the discovery stay period:

    a. Document discovery from third party organizations, including trade associations, that collect market information about inductors or inductors products, limited to the subjects set forth in this paragraph 4;

    b. Discovery of documents concerning purchases and/or sales of inductors or inductors products in the United States by Defendants from or to third parties, from or to other Defendants, or by or between a Defendant's subsidiaries, joint ventures, or affiliates, and documents sufficient to show, or written answers disclosing, the identity of Defendants' customers and/or distributors of inductors or inductors products in the United States;

    c. Discovery of documents, including all transactional and statistical data, reflecting Defendants' sales of inductors or inductors products in the United States to putative class members;

    d. Discovery of Defendants' (including their subsidiaries, joint ventures, and affiliates) production capacity, capacity utilization, production costs, inventory levels, sales volumes, product lines, profitability, competitive position, market share, sales terms and conditions, costs, process, and shipments for inductors or inductors products;

2
STIPULATION AND [PROPOSED] ORDER

1    e. Discovery of documents sufficient to show, or written answers disclosing, the identities of persons in positions of management or control of Defendants' respective inductors operations, including any directors, officers, managing agents, and employees, and the names, positions, dates of employment, tenure, and addresses for each person identified;

f. Discovery of documents sufficient to show, or written answers disclosing, the storage, location, retention, destruction, or identity of Defendants' relevant corporate records; and

g. Discovery relating to the issue of personal jurisdiction over any Defendant.

5. All formal discovery requests shall be served on the United States at least three weeks before the discovery is due to be produced. The United States may object to requested discovery on the basis that it seeks information or documents prohibited by this Stipulation and [Proposed] Order.

6. The parties reserve their rights to seek or oppose an extension or modification of this Stipulation and [Proposed] Order following the expiration of the discovery stay period.

Respectfully submitted,

/s/ Christina J. Brown
Christina J. Brown
Michael T. Koenig
Trial Attorneys
United States Department of Justice
Antitrust Division

/s/ Lesley E. Weaver
Lesley E. Weaver (CSBN 191305)
Matthew S. Weiler (CSBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

| | |
|---|---|
| 1 | /s/ Michael P. Lehmann |
| 2 | Michael P. Lehmann (CSBN 77152) |
| | Bonny E. Sweeney (CSBN 176174) |
| 3 | Christopher L. Lebsock (CSBN 184546) |
| 4 | Samantha Stein (CSBN 302034) |
| | HAUSFELD LLP |
| 5 | 600 Montgomery Street, Suite 3200 |
| | San Francisco, CA 94111 |
| 6 | Tel: (415) 633-1908 |
| | Fax: (415) 358-4980 |
| 7 | mlehmann@hausfeld.com |
| 8 | bsweeney@hausfeld.com |
| | clebsock@hausfeld.com |
| 9 | sstein@hausfeld.com |

STIPULATION AND [PROPOSED] ORDER

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: May 23, 2018                          /s/ Christina J. Brown
                                            Christina J. Brown

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Date: _____, 2018

                                                            _____
Honorable Nathanael Cousins
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER