| | |
|---|---|
| 1 | Eliot A. Adelson (State Bar No. 205284) |
| 2 | Margaret A. Webb (State Bar No. 319269) |
|   | KIRKLAND & ELLIS LLP |
| 3 | 555 California Street |
|   | San Francisco, CA  94104 |
| 4 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 5 | Email: eadelson@kirkland.com |
|   | Email: margaret.webb@kirkland.com |

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

Attorneys for Defendants,
MURATA MANUFACTURING CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | CASE NO. 5:18-CV-00198-EJD |
| | Hon. Edward J. Davila |
| This Document Relates To: | **MURATA MANUFACTURING CO., LTD.'S NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

1    PLEASE TAKE NOTICE THAT James H. Mutchnik, P.C., Eliot A. Adelson,
2  Tammy A. Tsoumas, Heather F. Canner and Margaret A. Webb of Kirkland and Ellis LLP, appear in
3  this action as counsel on behalf of Defendants, MURATA MANUFACTURING CO., LTD.

4    All future pleading and correspondence related to the above-captioned matter should be
5  served upon Kirkland & Ellis LLP at the addresses indicated below:

Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

DATED:  May 25, 2018

*/s/ Eliot A. Adelson*
Eliot A. Adelson

Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104

MURATA MANUFACTURING CO., LTD.'S NOTICE OF APPEARANCE    1    CASE NO.: 5:18-cv-00198-EJD

Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

Attorneys for Defendants,
MURATA MANUFACTURING CO., LTD.