Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
Heather F. Canner (State Bar No. 292837)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

Attorneys for Defendants,
MURATA MANUFACTURING CO., LTD. and
MURATA ELECTRONICS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | CASE NO. 5:18-CV-00198-EJD |
| | Hon. Edward Davila |
| This Document Relates To:<br><br>ALL ACTIONS | **MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT (FRCP RULE 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |

MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

CASE NO.: 5:18-cv-00198-EJD

1    Defendants MURATA MANUFACTURING CO., LTD. (MMC) and MURATA
2    ELECTRONICS NORTH AMERICA, INC. (MENA) (collectively "Murata") file this Corporate
3    Disclosure Statement in compliance with the provisions of Federal Rule of Civil Procedure 7.1, which
4    requires a nongovernmental corporate party to an action in a district court to file a statement that
5    identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock
6    or state that there is no such corporation.

7    Murata Manufacturing Co., Ltd. is a publicly held corporation and has no parent corporation.
8    No publicly held corporation owns 10% or more of Murata Manufacturing Co., Ltd.'s stock.

9    Murata Electronics North America, Inc. is a wholly owned subsidiary of Murata
10   Manufacturing Co., Ltd.  No publicly held corporation, other than MMC, owns 10% or more of Murata
11   Electronics North America, Inc.'s stock.

12   Pursuant to Civil L.R. 3-15 regarding non-party interested entities or persons, the undersigned
13   certifies that as of this date, other than as set forth in the preceding paragraph, there is no such interest
14   to report.  Murata reserves its right to supplement this Certificate subject to the discovery of any
15   applicable additional information as this case proceeds.

16,  A supplemental disclosure statement will be filed upon any change in the information provided
17   herein.

18   DATED: May 25, 2018         */s/ Eliot A. Adelson*

19                               Eliot A. Adelson (State Bar No. 205284)
                                 Margaret A. Webb (State Bar No. 319269)
20                               KIRKLAND & ELLIS LLP
                                 555 California Street, 27th Floor
21                               San Francisco, CA  94104
                                 Telephone: (415) 439-1400
22                               Facsimile: (415) 439-1500
                                 Email: eadelson@kirkland.com
23                               Email: margaret.webb@kirkland.com

24                               Tammy A. Tsoumas (State Bar No. 250487)
                                 Heather F. Canner (State Bar No. 292837)
25                               KIRKLAND & ELLIS LLP
                                 333 South Hope Street
26                               Los Angeles, CA  90071
                                 Telephone: (213) 680-8400
27                               Facsimile: (213) 680-8500

28   MURATA MANUFACTURING CO., LTD. AND MURATA           2           CASE NO.: 5:18-cv-00198-EJD
     ELECTRONICS NORTH AMERICA, INC.'S CORPORATE
     DISCLOSURE STATEMENT AND CERTIFICATION OF
     INTERESTED ENTITIES OR PERSONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16,
17
18
19
20
21
22
23
24
25
26
27
28

Email: ttsoumas@kirkland.com
Email: heather.canner@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com

Attorneys for Defendants,
MURATA MANUFACTURING CO., LTD. and
MURATA ELECTRONICS NORTH AMERICA, INC.

MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3

CASE NO.: 5:18-cv-00198-EJD