CHRISTINA J. BROWN (CSBN 242130)
MICHAEL T. KOENIG (WiSBN 1053523)
United States Department of Justice
Antitrust Division
450 5th Street, NW
Room 11446
Washington, DC 20530
Telephone: (202) 598-8839
Facsimile:  (202) 598-2428
christina.brown@usdoj.gov
michael.koenig@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE DECLARATION OF CHRISTINA BROWN REGARDING GRAND JURY INVESTIGATION UNDER SEAL<br><br>Judge: Honorable Edward J. Davila |

The Court has considered the United States' Administrative Motion to File Declaration of Christina Brown Regarding Grand Jury Investigation Under Seal.  The Court finds that the Brown Declaration Regarding Grand Jury Investigation discloses matters occurring before the grand jury that, if made public at this time, would reveal the nature and scope, and compromise the secrecy and integrity, of the grand jury's investigation.  The Court further finds that the contents of the Brown Declaration Regarding Grand Jury Investigation are within the scope of Federal Rule of Criminal Procedure 6(e)'s secrecy protection.  *See United States v. Index Newspapers LLC*, 766 F.3d 1072, 1086 (9th Cir. 2014).

1

[PROPOSED] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE BROWN DECLARATION REGARDING GRAND JURY INVESTIGATION UNDER SEAL

1  Upon balancing the interests of the public in access to judicial documents and the
2  government's interest in grand jury secrecy, IT IS ORDERED that the United States'
3  Administrative Motion to File Declaration of Christina Brown Regarding Grand Jury
4  Investigation Under Seal is GRANTED.  The Clerk of Court shall file under seal the following
5  document:

| Document | Portion to Be Sealed |
|---|---|
| Declaration of Christina Brown Regarding Grand Jury Investigation | To be sealed in its entirety |

Date:  \_\_\_May 29\_\_\_, 2018



Judge Nathanael M. Cousins