# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DEPENDABLE COMPONENT
SUPPLY CORP., et al.,

         Plaintiff(s)

v.

MURATA MANUFACTURING
CO., LTD., et al.,

         Defendant(s)

Case No. C 18-cv-00198-EJD

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or
she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
        California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private
        entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution
        options.

Date: **25. Apr 2018**

Signed: _____
                           Party

Date: **30 May 2018**

Signed: _____
                       Attorney

*Important!* E-file this form in ECF using event name: *"ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*