United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO REMOVE LITIGATION FROM ADR MULTI-OPTION PROGRAM**<br><br>Re: Dkt. No. 174 |

The parties have filed an administrative motion requesting that this action be removed from this District's Alternative Dispute Resolution ("ADR") Multi-Option Program because they believe that private mediation is most likely to offer the most efficient ADR option for the needs of this case. Dkt. No. 74. However, because private ADR (including mediation) is one of the options available under the Multi-Option Program, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 6, 2018

_____
EDWARD J. DAVILA
United States District Judge