Jason S. Hartley (CA Bar No. 192514)
Jason M. Lindner (CA Bar No. 211451)
HARTLEY LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
*hartley@hartleyllp.com*
*lindner@hartleyllp.com*

*Attorneys for Plaintiff Inductors, Inc. and Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | CASE NO. 18-cv-198 EJD<br><br>NOTICE OF CHANGE IN FIRM AFFILIATION |

PLEASE TAKE NOTICE that Jason S. Hartley and Jason M. Lindner, counsel for Plaintiff Inductors, Inc. and Direct Purchaser Plaintiffs, have changed their firm affiliation. Mr. Hartley and Mr. Lindner are no longer associated with the law firm of Stueve Siegel Hanson LLP and are now associated with the law firm of Hartley LLP. Mr. Hartley's and Mr. Lindner's office address remain the same, however, they request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon them at: *hartley@hartleyllp.com* (for Jason Hartley) and *lindner@hartleyllp.com* (for Jason Lindner).

Dated:  June 14, 2018                               HARTLEY LLP

                                                              By:  /s/ Jason S. Hartley
                                                                     Jason S. Hartley
                                                                     Jason Lindner
                                                                     550 W. C Street, Suite 1750
                                                                     San Diego, CA 92101
                                                                     Tel:  619-400-5822
                                                                     Fax:  619-400-5832
                                                                     *hartley@hartleyllp.com*
                                                                     *lindner@hartleyllp.com*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 14, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and the ECF will send a notice of the electronic filing to all attorneys presently enrolled in the matter.

Dated:  June 14, 2018　　　　　　　　　　　　HARTLEY LLP

　　　　　　　　　　　　　　　　　　By:  s/Jason S. Hartley
　　　　　　　　　　　　　　　　　　　　　Jason S. Hartley
　　　　　　　　　　　　　　　　　　　　　550 W. C Street, Suite 1750
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　Tel:  619-400-5822
　　　                                 Fax:  619-400-5832
　　　　　　　　　　　　　　　　　　　　　*hartley@hartleyllp.com*