DANIEL G. SWANSON (SBN 116656)
dswanson@gibsondunn.com
FRANCES A. SMITHSON (SBN 313700)
fsmithson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SCOTT D. HAMMOND (*pro hac vice*)
shammond@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Panasonic Corporation;
Panasonic Corporation of North America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>U.S. District Judge Edward Davila |

Gibson, Dunn & Crutcher LLP

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S AMENDED CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD

Defendant Panasonic Corporation of North America ("PNA") hereby files its Amended Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-15.

Pursuant to Federal Rule of Civil Procedure 7.1(a), PNA states that: (i) Panasonic Holding (Netherlands) B.V. is the parent corporation of PNA; and (ii) Panasonic Holding (Netherlands) B.V. is a privately-owned corporation that owns more than 10% of PNA's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 15, 2018                     GIBSON, DUNN & CRUTCHER LLP

                                          By:      /s/ *Daniel G. Swanson*
                                                   Daniel G. Swanson

                                          *Attorneys for Defendants Panasonic Corporation;*
                                          *Panasonic Corporation of North America*

Gibson, Dunn & Crutcher LLP

1

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed with the Clerk of Court via the CM/ECF system the following document:

**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15.**

Notice of this filing will be sent by email to all parties with an email address of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF system.

Dated: June 15, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Daniel G. Swanson*
        Daniel G. Swanson

*Attorneys for Defendants Panasonic Corporation; Panasonic Corporation of North America*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00198-EJD