UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re INDUCTORS ANTITRUST LITIGATION

Case No. 18-cv-00198 EJD (NC)

**ORDER GRANTING STIPULATION RE: PARTIAL STAY OF DISCOVERY**

Re: ECF 168

In this civil antitrust case with a parallel federal criminal investigation, the civil plaintiffs and the United States agreed to stay merits discovery for six months and to allow certain non-merits discovery to begin. The stipulation is filed at ECF 168. Certain defendants later filed a response to the stipulation. ECF 176. The defendants did not oppose the proposed merits stay, but sought clarification that the stipulation did not address any objections that they might raise to any discovery permitted outside the stay.

For good cause shown, the Court GRANTS the stipulation at ECF 168. The stipulation stays merits discovery for six months from this order and allows certain non-merits discovery to begin. The stipulation does not preclude defendants from asserting objections to any discovery.

**IT IS SO ORDERED.**

Dated: June 29, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 18-cv-00198 EJD (NC)