UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 182 |

Having reviewed the parties' stipulation at Dkt. No. 182, the Court CONTINUES the initial case management conference to **September 13, 2018 at 10:00 a.m.** The parties shall file a joint case management statement no later than **September 3, 2018**.

**IT IS SO ORDERED.**

Dated: July 2, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-00198-EJD
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
1