# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Inductors Antitrust Litigation

This Document Relates To:
ALL DIRECT PURCHASER PLAINTIFFS

[See Attachment A for Party Information]

Civil Action No. 5:18-cv-00198-EJD-NC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lesley E. Weaver
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint/amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 7/3/2018

*Cindy Hernandez*
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**ATTACHMENT A TO SUMMONS**

Arch Electronics, Inc., Cambridge Capital Corporation, Dependable Component Supply Corporation, Lifetime Service Center, Inc., Powerweb, Inc. and Powerweb Energy, Inc.

 *Plaintiffs,*

v.

Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Murata Power Solutions, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Panasonic Electronic Devices Co. Ltd; Panasonic Electronic Devices Corporation of America; Sagami Elec Co., Ltd.; Sagami America, Ltd.; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components, Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of North America; TDK U.S.A. Corporation; Tokin Corporation; and Tokin America, Inc.

 *Defendants.*

**ATTACHMENT B TO SUMMONS**

| No. | Defendant | Address for Service of Process |
|---|---|---|
| 1. | Murata Electronics North America, Inc. | 200 Lake Park Drive SE<br>Smyrna, Georgia 30080-7604<br><br>c/o Corporation Service Company,<br>Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 |
| 2. | Murata Manufacturing Co., Ltd. | 10-1, Higashikotari 1-chome, Nagaokayho-shi, Kyoto 617-8555, Japan |
| 3. | Murata Power Solutions, Inc. | 129 Flanders Road<br>Westborough MA, 01581 |
| 4. | Panasonic Corporation | 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan. |
| 5. | Panasonic Corporation of North America | Two Riverfront Plaza,<br>Newark, New Jersey 07102<br><br>c/o CT Corporation System, 818 West 7th Street, 2nd Floor,<br>Los Angeles, California 90017 |
| 6. | Panasonic Electronic Devices Corporation of America | 5105 South National Drive<br>Knoxville, TN 37914-6527 |
| 7. | Panasonic Industrial Devices Corporation of America | Two Riverfront Plaza, 7th Floor<br>Newark, NJ 07102 |
| 8. | Sagami America, Ltd. | 1854 South Elmhurst Road<br>Mont Prospect, IL 60056 |
| 9. | Sagami Elec Co. Ltd. | 10-30, Ichibashimo-Cho, Tsurumi-ku<br>Yokohama Kanagawa 230-0024, Japan |
| 10. | Sumida America Components Inc. | 1251 N Plum Grove Road, Suite 150<br>Schaumburg, Illinois 60173<br><br>c/o Joji Kagei<br>19191 South Vermont Avenue, Suite 420<br>Torrance, CA 90502 |
| 11. | Sumida Corporation | Harumi Island Triton Square Office Tower X<br>14/F, 1-8-10 Harumi, Chuo-Ku<br> Tokyo 104-8547, Japan |
| 12. | Sumida Electric Co. Ltd. | 3-6, 3-Chome, Ningyo-cho, Nihonbashi, Chuo-ku, Tokyo<br>103-8589, Japan |
| 13. | Taiyo Yuden (USA) Inc. | 10 North Martingale Road, Suite 575<br>Schaumburg, Illinois 60173<br>c/o Joji Kagei<br>19191 South Vermont Avenue, Suite 420<br>Torrance, California 90502 |
| 14. | Taiyo Yuden Co., Ltd. | 6-16-20, Ueno, Taito-ku, Tokyo 110-0005, Japan |
| 15. | TDK Corporation | 13-1 Nihonbashi 1-chrome, Chuo-ku 103-8272, Tokyo, Japan |

| | | |
|---|---|---|
| 16. | TDK Corporation of America | 475 Half Day Road<br>Lincolnshire, IL 60069-2934 |
| 17. | TDK U.S.A. Corporation | 525 RXR Plaza, Uniondale, New York 11556<br><br>c/o Corporation Service Company<br>Gateway Oaks Drive, Suite<br>150N Sacramento, California 95833-3505 |
| 18. | TDK-EPC Corporation | Shibaura Renasite Tower, 3-9-1 Shibaura, Minato-ku, Tokyo<br>108-0023, Japan |
| 19. | Tokin America, Inc. | 2560 North First Street, Suite 100<br>San Jose, CA 95131 |
| 20. | Tokin Corporation | 8-1, Nishi-Kanda 3-chome<br>Chiyoda-Ku, Tokyo 101-8362, Japan |