HAL D. CUNNINGHAM
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: hcunningham@scott-scott.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Hon. Edward J. Davila |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that attorney Hal D. Cunningham of Scott+Scott Attorneys at Law LLP, a member of the State Bar of California (243048), and whose contact information appears below, hereby enters an appearance as an attorney of record for Plaintiffs in this action.

**Hal D. Cunningham (CA Bar No. 243048)**
**Scott+Scott Attorneys at Law LLP**
**600 W. Broadway, Suite 3300**
**San Diego, CA 92101**
**Telephone: 619-233-4565**
**Facsimile: 619-233-0508**
**Email: hcunningham@scott-scott.com**

Dated: July 12, 2018                               SCOTT+SCOTT ATTORNEYS AT LAW LLP

*s*/ Hal D. Cunningham
Hal D. Cunningham
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

          *s/* Hal D. Cunningham
          HAL D. CUNNINGHAM