Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Co-Lead Interim Class Counsel*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**CERTIFICATE OF SERVICE ON SAGAMI AMERICA, LTD.** |

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sagami America, Ltd.__
was received by me on *(date)* __07.07.18__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Hitome Horibe__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Sagami America, Ltd.__ on *(date)* __07.13.18   11:42 A.M.__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __07.13.18__

_____
Server's signature

__Jim Joyce, Process Server__
Printed name and title

__1560 Sherman Avenue, Evanston, IL 60201__
Server's address

Additional information regarding attempted service, etc:

No contact with Registered Agent in Chicago despite multiple due diligence attempts during July, 2018.



**SAGAMI AMERICA, LTD.**

07.13.18
11:42 A.M.

1854 S. Elmhurst Rd.
Mt. Prospect, IL. 60056
www.sagami-elec.co.jp

**Hitomi Horibe**
Office Manager/ Accounting Manager

Tel (847) 758-9055 Fax (847) 758-9155
hhoribe@sagami-elec.co.jp
Sales: america@sagami-elec.co.jp