Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**JOINT STIPULATION RE RESPONSE DEADLINES FOR SAGAMI AMERICA, LTD.** |
|---|---|

**STIPULATION AND [PROPOSED] ORDER**

THIS STIPULATION is hereby entered into by and between Direct Purchaser Plaintiffs ("DPPs") and Defendant Sagami America Ltd. ("Sagami America").

WHEREAS, DPPs filed their Consolidated Amended Complaint ("CAC") on July 3, 2018 naming Sagami America and Sagami Elec Co., Ltd. ("Sagami Japan");

WHEREAS, neither Sagami America or Sagami Japan were named as Defendants in any previous complaint concerning antitrust violations in the markets for Inductors;

WHEREAS, Sagami America's response to the CAC is currently due by August 3, 2018;

WHEREAS, Sagami Japan has not been served with process in this action and currently has no deadline to respond;

WHEREAS, DPPs and Sagami America have reached an agreement in principle wherein Sagami America and Sagami Japan will waive service of process of Plaintiffs' CAC in exchange for an extension of time to respond to the CAC and agreement on a revised responsive motion briefing schedule for all Defendants;

WHEREAS, DPPs and Sagami America anticipate entering in a stipulation with all Defendants for the Court's approval to provide for one uniform schedule for briefing responsive motions;

WHEREAS, DPPs and Sagami America agree that the response deadline to Plaintiffs' CAC should be stayed pending finalization of the stipulation with all Defendants;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The time period for Sagami America's response to the CAC is stayed pending agreement by all parties to a briefing schedule for responses to DPPs' CAC and further order of the Court.

2. In making this stipulation, Sagami America does not waive (i) any jurisdictional defenses; (ii) any affirmative defenses; or (iii) any other statutory or common law defenses.  Sagami America expressly reserves its rights to raise any such defenses (or any other defense) in response to either the extant complaints, any amended complaint,

1  or any other complaint that may be filed in this action or any future related actions.  By
2  entering into this stipulation, Sagami America has not made an appearance in this
3  action or any other action.

4  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5  Dated: August 3, 2018                       Respectfully submitted,

6  **BLEICHMAR FONTI & AULD LLP**

7  By: */s/ Lesley E. Weaver*
8  Lesley E. Weaver

9  Lesley E. Weaver (SBN 191305)
   Matthew S. Weiler (SBN 236052)
10 555 12th Street, Suite 1600
   Oakland, CA 94607
11 Tel.: (415) 445-4003
   Fax: (415) 445-4020
12 lweaver@bfalaw.com
13 mweiler@bfalaw.com

14 **HAUSFELD LLP**

15 By: */s/ Michael P. Lehmann*
   Michael P. Lehmann
16

17 Michael P. Lehmann (SBN 77152)
   Bonny E. Sweeney (SBN 176174)
18 Christopher L. Lebsock (SBN 184546)
   Samantha Stein (SBN 302034)
19 600 Montgomery Street, Suite 3200
   San Francisco, CA 94111
20 Tel: (415) 633-1908
   Fax: (415) 358-4980
21 mlehmann@hausfeld.com
   bsweeney@hausfeld.com
22 clebsock@hausfeld.com
23 sstein@hausfeld.com

24 *Interim Co-Lead Counsel for the Direct Purchaser Class*
25

26 **KESSENICK GAMMA & FREE. LLP**

27 By: */s/ J. Maxwell Cooper*
   J. Maxwell Cooper
28

J. Maxwell Cooper (SBN 284054)
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com

*Attorneys for Defendant Sagami America, Ltd.*

.

### ECF ATTESTATION

I, Matthew S. Weiler, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION RE RESPONSE DEADLINES FOR SAGAMI AMERICA, LTD.** In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

DATED: August 3, 2018                     By:      */s/ Matthew S. Weiler*
                                                                    MATTHEW S. WEILER