Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>ORDER GRANTING IN PART AND DENYING IN PART **JOINT STIPULATION** ~~AND [PROPOSED] ORDER~~<br>RE: RESPONSE DEADLINES FOR PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT |
|---|---|

# STIPULATION AND [PROPOSED] ORDER

THIS STIPULATION is hereby entered into by and between Direct Purchaser Plaintiffs ("DPPs") and Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components, Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; TDK U.S.A. Corporation; Tokin Corporation; Tokin America, Inc.; Sagami Elec Co., Ltd.; and Sagami America, Ltd. (collectively, "Defendants"). Pursuant to Local Rule 6-2, this stipulation is accompanied by the Declaration of Matthew S. Weiler, which attests to the facts set forth herein.

WHEREAS, DPPs filed the Consolidated Amended Complaint ("CAC") on July 2, 2018;

WHEREAS, counsel for DPPs and certain Defendants[1] had previously agreed that DPPs' Consolidated Amended Complaint would be due by August 31, 2018 (ECF No. 134);

WHEREAS, the CAC names four Defendants, Tokin Corporation, Tokin America, Inc., Sagami Elec Co., Ltd., and Sagami America, Ltd., that were not previously parties to the parties' case management proceedings;

WHERAS, Tokin Corporation, Tokin America, Inc., Sagami Elec Co., Ltd., and Sagami America, Ltd. have all waived service of process of the CAC in exchange for an extension of time to respond;

WHEREAS, Defendants and DPPs agree that it would be in the interests of efficiency to avoid piecemeal motion practice in response to the CAC;

WHEREAS, Defendants and DPPs have agreed that Defendants' opening briefs to be filed September 28, 2018; Plaintiffs' opposition to be filed by December 19, 2018; Defendants' reply briefs to be filed by January 28, 2019; and a hearing to be scheduled for February 28, 2019 or March 7, 2019 subject to the Court's availability;

---

[1] Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components, Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; and TDK U.S.A. Corporation.

WHEREAS, Defendants and DPPs agree that Defendants may have 30 pages for a brief in support of a common motion and ten pages per Defendant family for each separate brief supporting dismissal; Plaintiffs may file a single omnibus brief commensurate in length to the total number of pages utilized by all Defendants in their common and separate briefs in support of motions to dismiss; and Defendants may file an omnibus reply in support of the common and separate briefs in length not to exceed 25 pages plus 7 pages per separate brief filed;

WHEREAS, counsel for DPPs and Defendants agree that the foregoing facts constitute good cause to continue the dates for responses to the CAC;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Defendants' opening brief ~~s~~ in response to DPPs' CAC is ~~are~~ due September 28, 2018; Plaintiffs' opposition is due December 19, 2018; Defendants' reply brief ~~s~~ is ~~are~~ due January 28, 2019; and a hearing will be scheduled for ~~February 28, 2019 or~~ March 7, 2019 ~~subject to the Court's availability~~;

2. Defendants may have 30 pages for a brief in support of a common motion ~~and ten pages per Defendant family for each separate brief supporting dismissal~~; Plaintiffs may file a single omnibus brief ~~commensurate~~ 30 pages in length ~~to the total number of pages utilized by all Defendants in their common and separate briefs in support of motions to dismiss~~; and Defendants may file an omnibus reply in support of the common ~~and separate~~ brief ~~s~~ in length not to exceed ~~25~~ 20 pages ~~plus 7 pages per separate brief filed~~.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 15, 2018                Respectfully submitted,

                                      BLEICHMAR FONTI & AULD LLP

                                      By: */s/ Lesley E. Weaver*
                                           Lesley E. Weaver

                                      Lesley E. Weaver (SBN 191305)
                                      Matthew S. Weiler (SBN 236052)
                                      555 12th Street, Suite 1600
                                      Oakland, CA 94607

STIPULATION AND [PROPOSED] ORDER               CASE NO. 5:18-cv-00198-EJD
2

| | |
|---|---|
| 1 | Tel.: (415) 445-4003 |
| 2 | Fax: (415) 445-4020 |
|   | lweaver@bfalaw.com |
|   | mweiler@bfalaw.com |
| 3 | |
| 4 | HAUSFELD LLP |
|   | By: */s/ Michael P. Lehmann* |
| 5 |       Michael P. Lehmann |
| 6 | Michael P. Lehmann (SBN 77152) |
| 7 | Bonny E. Sweeney (SBN 176174) |
|   | Christopher L. Lebsock (SBN 184546) |
| 8 | Samantha Stein (SBN 302034) |
|   | 600 Montgomery Street, Suite 3200 |
| 9 | San Francisco, CA 94111 |
|   | Tel: (415) 633-1908 |
| 10 | Fax: (415) 358-4980 |
|    | mlehmann@hausfeld.com |
| 11 | bsweeney@hausfeld.com |
|    | clebsock@hausfeld.com |
| 12 | sstein@hausfeld.com |
| 13 | |
| 14 | *Interim Co-Lead Counsel for the Direct Purchaser Class* |
| 15 | **KIRKLAND & ELLIS LLP** |
| 16 | By: */s/ Eliot A. Adelson* |
|    |       Eliot A. Adelson |
| 17 | |
| 18 | Eliot A. Adelson |
|    | 555 California Street |
| 19 | 27th Floor |
|    | San Francisco, CA 94104 |
| 20 | eadelson@kirkland.com |
| 21 | |
| 22 | James Mutchnik |
|    | 300 North LaSalle Street |
|    | Chicago, IL 60654 |
| 23 | james.mutchnik@kirkland.com |
| 24 | |
| 25 | *Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.* |
| 26 | |
| 27 | **GIBSON DUNN & CRUTCHER LLP** |
| 28 | |

|    |                                                                                                                     |
|----|---------------------------------------------------------------------------------------------------------------------|
| 1  |                                                                                                                     |
| 2  | By: */s/ Daniel G. Swanson*                                                                                         |
|    |     Daniel G. Swanson                                                                           |

By: */s/ Daniel G. Swanson*
   Daniel G. Swanson

Daniel G. Swanson (SBN 116656)
Frances A. Smithson (SBN 313700)
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com
fsmithson@gibsondunn.com

Scott Hammond (*pro hac vice*)
Cynthia Richman (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendants Panasonic Corporation of North America; and Panasonic Corporation*


**LATHAM & WATKINS LLP**

By: */s/ Marguerite Sullivan*
   Marguerite Sullivan

Marguerite Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr.
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898

Fax: (415) 391-0600
al.pfeiffer@lw.com

*Attorneys for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *James L. Cooper*
    James L. Cooper

Daniel B. Asimow
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
daniel.asimow@arnoldporter.com

James L. Cooper
Michael Adam Rubin
601 Massachusetts Ave., NW
Washington, DC 20001
James.Cooper@apks.com
michael.rubin@apks.com

*Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.*

**MORGAN LEWIS & BOCKIUS LLP**

By: /s/ *Colin C. West*
    Colin C. West

Colin C. West (SBN 184095)
One Market
Spear Street Tower
San Francisco, California 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
colin.west@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
Scott A. Stempel (*pro hac vice* forthcoming)
Greta L. Burkholder (*pro hac vice*)

| | |
|---|---|
| 1 | 1111 Pennsylvania Avenue, N.W. |
| 2 | Washington, D.C. 20004 |
| | San Francisco, California |
| 3 | Tel: (202) 739-3000 |
| | Fax: (202) 739-3001 |
| 4 | clay.everett@morganlewis.com |
| 5 | scott.stempel@morganlewis.com |
| | greta.burkholder@morganlewis.com |

*Attorneys for Defendants TDK U.S.A. Corporation; TDK Corporation; TDK-EPC Corporation; and TDK Corporation of America*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Roxane A. Polidora*
    Roxane A. Polidora

Roxane A. Polidora (SBN 135972)
Jacob R. Sorensen (SBN 209134)
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-5998USA
Tel: (415) 983-1000
Fax: (415) 983-1200
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Attorneys for Defendants Tokin Corporation and Tokin America, Inc.*

**KESSENICK GAMMA & FREE. LLP**

By: */s/ J. Maxwell Cooper*
    J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com

*Attorneys for Defendant Sagami Elec Co., Ltd. and Sagami America, Ltd.*

**ECF ATTESTATION**

I, Matthew S. Weiler, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATOIN AND [PROPOSED] ORDER.** In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

DATED: August 20, 2018                By:  ⎯⎯⎯⎯⎯⎯ */s/ Matthew S. Weiler* ⎯⎯⎯⎯⎯⎯
                                                            MATTHEW S. WEILER

PURSUANT TO THE MODIFIED STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: August 21, 2018

_____
Hon. Edward J. Davila
United States District Judge