Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and Attorneys for Dependable Component Supply Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-198-EJD<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1, undersigned counsel hereby certifies that no corporation is the parent corporation of Plaintiff Dependable Component Supply Corp. and no publicly held corporation owns more than ten percent (10%) of Plaintiff Dependable Component Supply Corp.

Pursuant to Civil L.R. 3-15, Plaintiff Dependable Component Supply Corp. certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 31, 2018

BLEICHMAR FONTI & AULD, LLP

By: /s/ Lesley E. Weaver
LESLEY E. WEAVER (191305)
MATTHEW S. WEILER (236052)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020:
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and Attorneys for Dependable Component Supply Corp.*