| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | ROXANE A. POLIDORA (CA Bar No. 135972)<br>roxane.polidora@pillsburylaw.com |
| 3 | JACOB R. SORENSEN (CA Bar No. 209134)<br>jake.sorensen@pillsburylaw.com |
| 4 | Four Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111 |
| 5 | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | Attorneys for Defendants<br>TOKIN CORPORATION and TOKIN AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**NOTICE OF APPEARANCE OF JACOB R. SORENSEN ON BEHALF OF THE TOKIN DEFENDANTS** |

1  TO ALL COUNSEL AND THE COURT:

2  PLEASE TAKE NOTICE THAT Jacob R. Sorensen of Pillsbury Winthrop Shaw

3  Pittman LLP is appearing in the above-referenced matter as counsel for Defendants TOKIN

4  CORPORATION and TOKIN AMERICA, INC. and should be included on the service list

5  for all papers served in the matter.

7  Dated: September 4, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
roxane.polidora@pillsburylaw.com
JACOB R. SORENSEN
jake.sorensen@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111


By:       */s/ Jacob R. Sorensen*
        Jacob R. Sorensen

Attorneys for Defendants TOKIN CORPORATION and TOKIN AMERICA, INC.

- 1 -

NOTICE OF APPEARANCE OF COUNSEL FOR TOKIN
CASE NO. 18-cv-00198-EJD-NC

4815-8707-3137.v1