PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA (CA Bar No. 135972)
roxane.polidora@pillsburylaw.com
JACOB R. SORENSEN (CA Bar No. 209134)
jake.sorensen@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
TOKIN CORPORATION and TOKIN AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**DEFENDANT TOKIN CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**[Fed. R. Civ. P. 7.1 and Civ. L.R. 3-15]** |

| | |
|---|---|
| 1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant TOKIN Corporation discloses and certifies as follows: |
| 2 | |
| 3 | TOKIN Corporation is a wholly-owned subsidiary of KEMET Electronics Corporation, which is a wholly-owned subsidiary of KEMET Corporation, which is a publicly traded company. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant TOKIN Corporation discloses and certifies as follows:

TOKIN Corporation is a wholly-owned subsidiary of KEMET Electronics Corporation, which is a wholly-owned subsidiary of KEMET Corporation, which is a publicly traded company.

Dated: September 4, 2018.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> ROXANE A. POLIDORA
> roxane.polidora@pillsburylaw.com
> JACOB R. SORENSEN
> jake.sorensen@pillsburylaw.com
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94111
>
> By:  */s/ Jacob R. Sorensen*
>         Jacob R. Sorensen
>
> Attorneys for Defendants TOKIN CORPORATION and TOKIN AMERICA, INC.

- 1 -

TOKIN CORPORATION'S CORPORATE DISCLOSURE
STATEMENT & CERT. OF INTERESTED ENTITIES
CASE NO. 18-cv-00198-EJD-NC
4838-7623-1281.v1