1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA (CA Bar No. 135972)
2  roxane.polidora@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
4  Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6

7  Attorneys for Defendants
   TOKIN CORPORATION and TOKIN AMERICA, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13 | IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC
14 | | **DEFENDANT TOKIN AMERICA INC.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**
15 | |
16 | |
17 | | [Fed. R. Civ. P. 7.1 and Civil L.R. 3-15]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant TOKIN America Inc. discloses and certifies as follows:

TOKIN America Inc. is a wholly-owned subsidiary of TOKIN Corporation. TOKIN Corporation is a wholly-owned subsidiary of KEMET Electronics Corporation, which is a wholly-owned subsidiary of KEMET Corporation, which is a publicly traded company.

Dated: September 4, 2018.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
roxane.polidora@pillsburylaw.com
JACOB R. SORENSEN
jake.sorensen@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

By: */s/ Jacob R. Sorensen*
      Jacob R. Sorensen

Attorneys for Defendants TOKIN CORPORATION and TOKIN AMERICA, INC.

- 1 -

TOKIN AMERICA INC.'S CORPORATE DISCLOSURE
STATEMENT & CERT. OF INTERESTED ENTITIES
CASE NO. 18-cv-00198-EJD-NC
4850-5633-8801.v1