1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA (CA Bar No. 135972)
2  roxane.polidora@pillsburylaw.com
   JACOB R. SORENSEN (CA Bar No. 209134)
3  jake.sorensen@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA  94111
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendants
7  TOKIN CORPORATION and TOKIN AMERICA, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**NOTICE OF APPEARANCE OF ROXANE A. POLIDORA ON BEHALF OF THE TOKIN DEFENDANTS** |
|---|---|

1  TO ALL COUNSEL AND THE COURT:

2  PLEASE TAKE NOTICE THAT Roxane A. Polidora of Pillsbury Winthrop Shaw

3  Pittman LLP is appearing in the above-referenced matter as counsel for Defendants TOKIN

4  CORPORATION and TOKIN AMERICA, INC. and should be included on the service list

5  for all papers served in the matter.

6

7  Dated:  September 4, 2018        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    ROXANE A. POLIDORA
8                                   roxane.polidora@pillsburylaw.com
                                    JACOB R. SORENSEN
9                                   jake.sorensen@pillsburylaw.com
                                    Four Embarcadero Center, 22nd Floor
10                                  San Francisco, CA 94111

11

12                                  By:        */s/ Roxane A. Polidora*
                                             Roxane A. Polidora
13

14                                  Attorneys for Defendants TOKIN CORPORATION
                                    and TOKIN AMERICA, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28