J. Maxwell Cooper (SBN 284054)
mcooper@kgf-lawfirm.com
Michael A. Gawley (SBN 294190)
mgawley@kgf-lawfirm.com
Scott C. Kessenick (SBN 295999)
skessenick@kgf-lawfirm.com
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Telephone: (415) 362-9400
Facsimile: (415) 362-9401

Attorneys for Defendants
SAGAMI ELEC CO., LTD. and
SAGAMI AMERICA LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SAGAMI ELEC CO., LTD. AND SAGAMI AMERICA LTD.**<br><br>Hon. Edward J. Davila |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT J. Maxwell Cooper, Michael A. Gawley and Scott C. Kessenick of Kessenick Gamma & Free, LLP hereby appear in this action as counsel on behalf of Defendants SAGAMI ELEC CO., LTD. and SAGAMI AMERICA LTD.

All pleadings and correspondence related to the above-captioned matter should be served upon Kessenick Gamma & Free, LLP at the address indicated below:

>J. Maxwell Cooper (State Bar No. 284054)
>Michael A. Gawley (State Bar No. 294190)
>Scott C. Kessenick (State Bar No. 295999)
>KESSENICK GAMMA & FREE, LLP
>44 Montgomery Street, Suite 3880
>San Francisco, CA 94104
>Telephone: (415) 362-9400
>Facsimile: (415) 362-9401
>Email: mcooper@kgf-lawfirm.com
>Email: mgawley@kgf-lawfirm.com
>Email: skessenick@kgf-lawfirm.com

DATED:  September 4, 2018         KESSENICK GAMMA & FREE, LLP

By:   */s/ J. Maxwell Cooper*
        J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
mcooper@kgf-lawfirm.com
Michael A. Gawley (SBN 294190)
mgawley@kgf-lawfirm.com
Scott C. Kessenick (SBN 295999)
skessenick@kgf-lawfirm.com
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Telephone: (415) 362-9400
Facsimile: (415) 362-9401

Attorneys for Defendants
SAGAMI ELEC CO., LTD. and
SAGAMI AMERICA LTD.

1

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF                    Case No. 5:18-CV-00198-EJD
DEFENDANTS SAGAMI ELEC CO., LTD AND SAGAMI AMERICA LTD.