J. Maxwell Cooper (SBN 284054)
mcooper@kgf-lawfirm.com
Michael A. Gawley (SBN 294190)
mgawley@kgf-lawfirm.com
Scott C. Kessenick (SBN 295999)
skessenick@kgf-lawfirm.com
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Telephone: (415) 362-9400
Facsimile: (415) 362-9401

Attorneys for Defendants
SAGAMI ELEC CO., LTD. and
SAGAMI AMERICA LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**DEFENDANTS SAGAMI ELEC CO., LTD. AND SAGAMI AMERICA LTD.'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)**<br><br>Hon. Edward J. Davila |

Defendants Sagami Elec Co., Ltd. and Sagami America Ltd. file this Corporate Disclosure Statement in compliance with the provisions of Federal Rule of Civil Procedure 7.1, which requires a nongovernmental corporate party to an action in a district court to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

Sagami Elec Co., Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Sagami America Ltd. is a wholly-owned subsidiary of Sagami Elec Co., Ltd., a private corporation.  No publicly held corporation owns any of Sagami America Ltd.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other the named parties, there is no such interest to report.

DATED:  September 4, 2018                KESSENICK GAMMA & FREE, LLP

By:   /s/ J. Maxwell Cooper
      J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
mcooper@kgf-lawfirm.com
Michael A. Gawley (SBN 294190)
mgawley@kgf-lawfirm.com
Scott C. Kessenick (SBN 295999)
skessenick@kgf-lawfirm.com
KESSENICK GAMMA & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Telephone: (415) 362-9400
Facsimile: (415) 362-9401

Attorneys for Defendants
SAGAMI ELEC CO., LTD. and
SAGAMI AMERICA LTD.

1

DEFENDANTS SAGAMI ELEC CO., LTD. AND SAGAMI AMERICA LTD.'s  CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Case No. 5:18-CV-00198-EJD