# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br>INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 211, 212 |

Defendant's motion for relief from nondispositive pretrial order of magistrate judge (Dkt. No. 211) is DENIED. *See* 28 U.S.C. § 636(b)(1)(A) (providing that a district judge may only reconsider the pretrial order of a magistrate judge "where it has been shown that . . . order is clearly erroneous or contrary to law"); *see also United States v. Abonce-Barrera*, 257 F.3d 959, 968 (9th Cir. 2001) ("[T]he text of the Magistrates Act suggests that the magistrate judge's decision in such nondispositive matters is entitled to great deference by the district court.").

**IT IS SO ORDERED.**

Dated: September 17, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-00198-EJD
ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1