Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TOKIN DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>U.S. District Judge Edward J. Davila |

**DECLARATION OF MICHAEL P. LEHMANN**

I, Michael P. Lehmann, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner in the San Francisco office of Hausfeld LLP ("Hausfeld"), Co-Lead Interim Counsel for the Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. This declaration is made in support of Plaintiffs' Opposition to the Tokin Defendants' Administrative Motion to File Separate Briefing in Support of their Motion to Dismiss (ECF No. 218).

2. Jacob Sorensen, one of the counsel for the Tokin Defendants, states in a declaration submitted in support of their Motion that "[o]n May 3, 2018, Plaintiffs' counsel told us [Tokin's counsel] that they did not plan to name the TOKIN entities as defendants in their consolidated amended complaint." ECF No. 215 at ¶ 2. That is inaccurate. No such decision had been made. While Plaintiffs were willing to consider not naming Tokin entities (and their parent Kemet Corporation ("Kemet")) in a Consolidated Amended Complaint ("CAC") in exchange for an appropriate tolling agreement, any decision to do so was contingent on Plaintiffs' counsel conducting their due diligence as to these entities, including Tokin's counsel answering any questions about these entities that Plaintiffs' counsel might have. On June 7, 2018, Matthew Weiler of Bleichmar Fonti & Auld LLP sent an e-mail to Tokin's counsel reiterating this position.

3. In that e-mail, Mr. Weiler asked Tokin's counsel to provide various items of information regarding Tokin and Kemet. On June 19, 2018, in response to a follow-up e-mail by Lesley Weaver of Bleichmar Fonti & Auld LLP, one of Tokin's counsel said that they were still working on this request.

4. In independently conducting their due diligence, Plaintiffs developed a good faith basis to name Tokin entities as defendants in a CAC separately from any information Tokin could have provided. They decided not to sue Kemet.

DECLARATION OF MICHAEL P. LEHMANN                                    CASE NO. 5:18-cv-00198-EJD-NC

1

1    5.   On or about June 22, 2018, Plaintiffs' counsel and Tokin's counsel had a
2 telephone call where the former communicated to the latter that they intended to name Tokin
3 entities as defendants in the CAC, but not name Kemet.
4    6.   Tokin's counsel expressed disappointment and, on June 26, 2018, urged in an
5 e-mail that Plaintiffs' counsel reconsider their decision.  In a response of the same date,
6 Plaintiffs' counsel said that they believed they had a good faith basis to name the Tokin entities
7 in the CAC, which was filed on July 2, 2018.

DATED:  September 17, 2018                     */s/ Michael P. Lehmann*
                                                Michael P. Lehmann