UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE

INDUCTORS ANTITRUST LITIGATION

Case No. 5:18-cv-00198-EJD

**CASE MANAGEMENT ORDER**

Re: Dkt. Nos. 226, 227

On October 4, 2018, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement (Dkt. No. 201), their subsequent proposals (Dkt. Nos. 226, 227), and the discussions held at the conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the court declines to adopt the extended deadline to amend pleadings proposed by Plaintiffs. Instead, the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall complete the exchange of initial disclosures within 30 days of the expiration of the current stay on merits discovery.

IT IS FURTHER ORDERED the court adopts the parties' stipulated modification to the presumptive limitation on the number of permissible interrogatories. No other modifications to the presumptive limitations on discovery are ordered at this time. Absent an additional agreement, any request to modify the presumptive limitations shall be made to this court by administrative motion under Civil Local Rule 7-11.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

IT IS FURTHER ORDERED that the court finds it appropriate to schedule this action for regular Case Management Conferences through the date of the Trial Setting Conference on the following dates:

- December 17, 2018
- April 25, 2019
- August 29, 2019
- December 12, 2019
- April 23, 2020

Each conference is scheduled for 10:00 a.m. The parties shall file updated Joint Case Management Conference Statements no later than nine days before a scheduled conference.

IT IS FURTHER ORDERED following additional schedule through Plaintiff's anticipated Motion for Class Certification shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Parties to File ESI Stipulation, Protective Order, and Expert Stipulation | November 1, 2018 |
| Deadline for Defendants to Complete Substantial Production of Transactional Data | April 1, 2019 |
| Joint Trial Setting Conference Statement | June 16, 2020 |
| Trial Setting Conference | June 25, 2020 at 11:00 a.m. |
| Fact Discovery Cutoff | July 29, 2020 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |

2

Case No.: 5:18-cv-00198-EJD
CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline for Plaintiffs to file Anticipated Motion for Class Certification | August 12, 2020 |
| Deadline to file Opposition to Motion for Class Certification | November 10, 2020 |
| Deadline to file Reply to Opposition to Motion for Class Certification | January 7, 2021 |
| Hearing on Class Certification | February 25, 2021 at 10:00 a.m. |

Additional deadlines will be scheduled in connection with a future Case Management Conference.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint Trial Setting Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: October 18, 2018

_____
EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."