Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ALTERNATIVE DISPUTE RESOLUTION ("ADR") PROCESS** |

# JOINT STIPULATION

Counsel report that they have met and conferred regarding alternative dispute resolution ("ADR") and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in private ADR. The parties request that Court impose a deadline of July 29, 2020 for the parties to engage in private ADR before a mutually-agreed upon mediator.

Dated: October 29, 2018

Respectfully submitted,

/s/ Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

/s/ Michael P. Lehmann

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

**KIRKLAND & ELLIS LLP**
By: */s/ Eliot A. Adelson*
    Eliot A. Adelson

Eliot A. Adelson (SBN 205284)
555 California Street
27th Floor
San Francisco, CA 94104
Email: eadelson@kirkland.com

Tammy A. Tsoumas (SBN 250487)
333 South Hope Street
Los Angeles, CA 90071
Email: ttsoumas@kirkland.com

James Mutchnik (*pro hac vice*)
300 North LaSalle Street
Chicago, IL 60654
Email: james.mutchnik@kirkland.com

*Attorneys for Defendants Murata Electronics North America, Inc. and Murata Manufacturing Co., Ltd.*

**GIBSON DUNN & CRUTCHER LLP**

By: */s/ Daniel G. Swanson*
    Daniel G. Swanson

Daniel G. Swanson (SBN 116656)
Frances A. Smithson (SBN 313700)
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com
fsmithson@gibsondunn.com

Scott Hammond (*pro hac vice*)
Cynthia Richman (*pro hac vice*)
1050 Connecticut Ave., N.W.

Washington, D.C. 20036
Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendants Panasonic Corporation of North America; and Panasonic Corporation*

**LATHAM & WATKINS LLP**

By: */s/ Marguerite Sullivan*
Marguerite Sullivan

Marguerite Sullivan (*pro hac vice*)
555 Eleventh St., NW
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com

Alfred Carroll Pfeiffer, Jr. (SBN 120965)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

*Attorney for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ James L. Cooper*
       James L. Cooper

Daniel B. Asimow (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Email:
daniel.asimow@arnoldporter.com

James L. Cooper (*pro hac vice*)

JOINT STIPULATION AND [PROPOSED] ORDER                                                      CASE NO. 5:18-CV-00198-EJD

3

|   |   |
|---|---|
| 1 | Michael Adam Rubin (*pro hac vice*) |
|   | 601 Massachusetts Ave., NW |
| 2 | Washington, DC 20001 |
|   | Email: James.Cooper@apks.com |
| 3 | Email: michael.rubin@apks.com |
| 4 |   |
| 5 | *Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.* |
| 6 |   |
| 7 |   |
| 8 | **MORGAN LEWIS & BOCKIUS LLP** |
| 9 | By:  */s/ J. Clayton Everett, Jr.* |
|   |         J. Clayton Everett, Jr. |
| 10 |   |
| 11 | Colin C. West (SBN 184095) |
|   | Michelle Park Chiu (SBN 248421) |
| 12 | One Market |
|   | Spear Street Tower |
| 13 | San Francisco, California 94105-1596 |
|   | Tel: (415) 442-1000 |
| 14 | Fax: (415) 442-1001 |
|   | colin.west@morganlewis.com |
| 15 |   |
| 16 | J. Clayton Everett, Jr. (*pro hac vice*) |
|   | Scott A. Stempel (*pro hac vice*) |
| 17 | Greta L. Burkholder (*pro hac vice*) |
|   | 1111 Pennsylvania Avenue, N.W. |
| 18 | Washington, D.C. 20004 |
|   | San Francisco, California |
| 19 | Tel: (202) 739-3000 |
|   | Fax: (202) 739-3001 |
| 20 | clay.everett@morganlewis.com |
|   | scott.stempel@morganlewis.com |
| 21 | greta.burkholder@morganlewis.com |
| 22 |   |
| 23 | *Attorney for Defendants TDK U.S.A. Corporation; TDK Corporation; TDK-EPC Corporation; and TDK Corporation of America* |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 28 |   |

| JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER | CASE NO. 5:18-CV-00198-EJD |
|---|---|

4

By: /s/ Roxane A. Polidora
    Roxane A. Polidora

Roxane A. Polidora (SBN 135972)
Jacob R. Sorensen (SBN 209134)
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-5998USA
Tel: (415) 983-1000
Fax: (415) 983-1200
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Attorneys for Defendants Tokin Corporation and Tokin America, Inc.*

**KESSENICK GAMMA & FREE. LLP**

By: /s/ J. Maxwell Cooper
    J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
Email: mcooper@kgf-lawfirm.com

*Attorneys for Defendant Sagami Elec Co., Ltd. and Sagami America, Ltd.*

    Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: October 29, 2018

/s/ Matthew S. Weiler
Matthew S. Weiler

JOINT STIPULATION AND [PROPOSED] ORDER      CASE NO. 5:18-cv-00198-EJD

5

1   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3   Dated:  October 30, 2018

            _____
            Honorable Edward J. Davila
            UNITED STATES DISTRICT JUDGE