1  Marguerite M. Sullivan (*pro hac vice*)
   Allyson M. Maltas (*pro hac vice*)
2  LATHAM & WATKINS LLP
   555 Eleventh St., NW, Suite 1000
3  Washington, D.C. 20004
   Tel: (202) 637-2200
4  Fax: (202) 637-2201
   marguerite.sullivan@lw.com
5  allyson.maltas@lw.com

6  Alfred Carroll Pfeiffer, Jr.
   LATHAM & WATKINS LLP
7  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
8  Tel: (415) 395-8898
   Fax: (415) 391-0600
9  al.pfeiffer@lw.com

10
   *Attorneys for Defendants Sumida America Components, Inc.;*
11 *Sumida Corporation; and Sumida Electric Co., Ltd.*

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                                              Case No. 5:18-cv-00198-EJD
15
                                              **ADMINISTRATIVE MOTION TO**
16                                            **APPEAR TELEPHONICALLY AT THE**
                                              **NOVEMBER 14, 2018 HEARING**
17
18  IN RE INDUCTORS ANTITRUST
    LITIGATION                                Hon. Nathanael M. Cousins
19                                            *[Proposed] Order Filed Concurrently Herewith*

20

Pursuant to Local Rule 7-11, Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd. ("Sumida") respectfully request that Allyson M. Maltas, counsel of record for Sumida, be allowed to telephonically participate in the Hearing currently scheduled for 1:00 p.m. on November 14, 2018 before the Honorable Nathanael M. Cousins in the above-entitled case. Sumida makes this request for good cause, as Ms. Maltas is based in Washington, D.C. A telephonic appearance would limit the expenses that Sumida would incur if counsel were to appear in person. This telephonic appearance will not prejudice either party or affect the efficiency of the proceedings. Additionally, counsel for a co-Defendant in this matter will appear in person to argue the issues on behalf of all Defendants.

Dated: November 8, 2018

Respectfully Submitted,

 /s/ Allyson M. Maltas
Allyson M. Maltas

Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: marguerite.sullivan@lw.com
Email: allyson.maltas@lw.com

Alfred C. Pfeiffer, Jr. (SBN 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: al.pfeiffer@lw.com

*Attorneys for Defendants*
SUMIDA AMERICA COMPONENTS, INC.,
SUMIDA CORPORATION, AND SUMIDA
ELECTRIC CO., LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed with the Clerk of Court via the CM/ECF system the following documents:

**ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 14, 2018 HEARING; [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 14, 2018 HEARING.**

Notice of this filing will be sent by email to all parties with an email address of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF system.

Dated: November 8, 2018                     /s/ *Allyson M. Maltas*
                                            Allyson M. Maltas