Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr.
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898
Fax: (415) 391-0600
al.pfeiffer@lw.com

*Attorneys for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 14, 2018 HEARING** |

1  FOR GOOD CAUSE SHOWN, Sumida's Administrative Motion to Appear
2  Telephonically at the November 14, 2018 Hearing is hereby GRANTED.  Allyson M. Maltas,
3  counsel of record for Sumida, may telephonically attend the Hearing in this matter that is
4  presently scheduled for November 14, 2018 at 1:00 p.m.

6  IT IS SO ORDERED.

Dated: _____, 2018

The Honorable Nathanael M. Cousins
United States Magistrate Judge