CHRISTINA J. BROWN (CSBN 242130)
MICHAEL T. KOENIG (WiSBN 1053523)
United States Department of Justice
Antitrust Division
450 5th Street, NW
Room 11714
Washington, DC 20530
Telephone: (202) 598-8839
Facsimile:  (202) 598-2428
christina.brown@usdoj.gov
michael.koenig@usdoj.gov

Attorneys for the United States

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER BY UNITED STATES AND DIRECT PURCHASER PLAINTIFFS REGARDING DISCOVERY**<br><br>Judge: Honorable Nathanael Cousins |

STIPULATION AND [PROPOSED] ORDER

**STIPULATION AND [PROPOSED] ORDER**

This stipulation is hereby entered into by Intervenor the United States of America, through the United States Department of Justice, Antitrust Division, and Direct Purchaser Plaintiffs ("Plaintiffs").

WHEREAS these consolidated civil cases arise from alleged violations of the Sherman Act, 15 U.S.C. §§ 1 and 3, in the inductors industry;

WHEREAS there is an ongoing criminal grand jury investigation of potential violations of the Sherman Act, 15 U.S.C. § 1, in the inductors industry;

WHEREAS the Court granted the prior stipulation of the United States and Plaintiffs to stay merits discovery for six months and allow certain non-merits discovery to begin (ECF No. 181);

WHEREAS this prior stay of merits discovery will expire on December 29, 2018;

WHEREAS the Court has scheduled a further Case Management Conference for December 17, 2018;

WHEREAS the United States has conferred with counsel for Plaintiffs and Defendants regarding the scope of a further, limited discovery stay;

WHEREAS the United States does not object to the beginning of merits discovery except for depositions and any discovery concerning grand jury proceedings;

WHEREAS the United States and Plaintiffs have reached an agreement to further stay depositions, except for Federal Rule of Civil Procedure 30(b)(6) depositions concerning certain matters, and any discovery concerning grand jury proceedings, as set forth below;[1]

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties:

1. During the six-month period following entry of this Stipulation and [Proposed] Order by the Court (the "further discovery stay period"), no depositions shall be noticed or taken that reflect, refer to, or relate to any understandings, agreements, contacts, meetings, or communications between or among any manufacturers of inductors or inductors products relating to the sale, pricing, production, volume, market share, customers, capacity, or

---

[1] Defendants are not party to this stipulation.

1 | distribution of inductors or inductors products.  The United States does not object to the taking
2 | of Federal Rule of Civil Procedure 30(b)(6) depositions concerning Defendants' sales data,
3 | including transactional or statistical data, reflecting their sales of inductors or inductors
4 | products or Defendants' retention or collection of relevant documents.

5 |     2.    During the further discovery stay period, no discovery shall be conducted
6 | (including, without limitation, document requests, interrogatories, requests for admissions, or
7 | depositions) that reflects, refers to, or relates to any grand jury proceedings concerning
8 | inductors or inductors products, including any party's or witness's communications with the
9 | United States or with the grand jury investigating inductors or inductors products, except by
10 | order of the Court upon good cause shown and consistent with governing law.

11 |     3.    All formal discovery requests shall be served on the United States at or before
12 | the time of service on any other party.  The United States may object to requested discovery on
13 | the basis that it seeks information or documents prohibited by this Stipulation and [Proposed]
14 | Order.  Upon objection by the United States, the parties will meet and confer and must seek an
15 | order from the Court to proceed if unable to reach a resolution.

16 |     4.    The parties reserve their rights to seek or oppose an extension or modification
17 | of this Stipulation and [Proposed] Order following the expiration of the further discovery stay
18 | period.  Nothing in this Order is intended to foreclose any party or the United States from
19 | seeking an additional stay of discovery or from objecting to discovery that is otherwise
20 | permitted by this Order.

Respectfully submitted,

/s/ Christina J. Brown
Christina J. Brown
Michael T. Koenig
Trial Attorneys
United States Department of Justice
Antitrust Division

/s/ Lesley E. Weaver
Lesley E. Weaver (CSBN 191305)
Matthew S. Weiler (CSBN 236052)
BLEICHMAR FONTI & AULD LLP

555 12th Street, Suite 1600
Oakland, CA 94607
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

/s/ Michael P. Lehmann
Michael P. Lehmann (CSBN 77152)
Bonny E. Sweeney (CSBN 176174)
Christopher L. Lebsock (CSBN 184546)
Samantha Stein (CSBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

1 |      Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document
2 | has been obtained from each of the other signatories above.
3 |
4 | Date: December 10, 2018            /s/ Christina J. Brown
5 |                                           Christina J. Brown

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Date: _____, 2018

_____
Honorable Nathanael Cousins
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER