Eliot A. Adelson (State Bar No. 205284)
Margaret A. Webb (State Bar No. 319269)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: 415.439.1400
Facsimile: 415.439.1500
Email: eadelson@kirkland.com
Email: margaret.webb@kirkland.com

Tammy A. Tsoumas (State Bar No. 250487)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500
Email: ttsoumas@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200
Email: jmutchnik@kirkland.com

*Attorneys for Defendants Murata Manufacturing Co., Ltd.;*
*Murata Electronics North America, Inc.; and*
*Murata Power Solutions, Inc.\**

\*Additional Defendants and Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Inductors Antitrust Litigation* | Case No. 5:18-cv-00198-EJD |
| This document relates to: | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| *Flextronics International USA, Inc. v. Murata Manufacturing Co. Ltd., et al.*, Case No. 5:19-cv-00078-NC | |

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL L.R. 3-12 AND 7-11

CASE NO. 5:18-cv-00198-EJD

1    Pursuant to Local Rule 7-3(b), Defendants Murata Manufacturing Co., Ltd., Murata

2  Electronics North America, Inc., Murata Power Solutions, Inc., Panasonic Corporation, Panasonic

3  Corporation of North America, Taiyo Yuden Co. Ltd., Taiyo Yuden (USA) Inc., TDK Corporation;

4  TDK-EPC Corporation; TDK (USA) Corporation, TDK Corporation of America, TOKIN

5  Corporation, TOKIN America Inc., Sagami Elec Co., Ltd., Sagami America Ltd., Sumida

6  Corporation, Sumida Electric Co., Ltd., and Sumida America Components Inc. (collectively,

7  "Defendants"), by and through their undersigned counsel, hereby submit this statement of non-

8  opposition to Plaintiff Flextronics International USA, Inc.'s Administrative Motion to Consider

9  Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11 filed on January 8, 2019.

10  (ECF No. 217.)  For the avoidance of doubt, while Defendants do not oppose Plaintiff's request, by

11  filing this statement of non-opposition, Defendants do not in any way concede or admit that the

12  allegations in Plaintiff's Complaint have any merit or waive any defenses including as to personal

13  jurisdiction and service of process.

14   DATED:  January 14, 2019                    Respectfully submitted,
                                                KIRKLAND & ELLIS LLP
15

16                                              /s/ Eliot Adelson
                                                Eliot A. Adelson (State Bar No. 205284)
17                                              Margaret A. Webb (State Bar No. 319269)
                                                KIRKLAND & ELLIS LLP
18                                              555 California Street, 27th Floor
                                                San Francisco, CA 94104
19                                              Telephone: 415.439.1400
                                                Facsimile: 415.439.1500
20                                              Email: eadelson@kirkland.com
                                                Email: margaret.webb@kirkland.com
21

22                                              Tammy A. Tsoumas (State Bar No. 250487)
                                                KIRKLAND & ELLIS LLP
23                                              333 South Hope Street
                                                Los Angeles, CA 90071
24                                              Telephone: 213.680.8400
                                                Facsimile: 213.680.8500
25                                              Email: ttsoumas@kirkland.com

26

27

28                                              1

Defendants' Statement of Non-Opposition to Plaintiff's Administrative
Motion to Consider Whether Cases Should be Related
Pursuant to Civil L.R. 3-12 and 7-11                                CASE NO. 5:18-cv-00198-EJD

James H. Mutchnik, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200
Email: jmutchnik@kirkland.com

*Attorneys for Defendants*
*MURATA MANUFACTURING CO., LTD.;*
*MURATA ELECTRONICS NORTH*
*AMERICA, INC. AND MURATA POWER*
*SOLUTIONS, INC.*

GIBSON, DUNN & CRUTCHER LLP

/s/ *Daniel G. Swanson*
Daniel G. Swanson (State Bar No. 116656)
Frances A. Smithson (State Bar No. 313700)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Email: dswanson@gibsondunn.com
Email: fsmithson@gibsondunn.com

Scott D. Hammond (*pro hac vice*)
Cynthia E. Richman (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: shammond@gibsondunn.com
Email: crichman@gibsondunn.com

*Attorneys for Defendants*
*PANASONIC CORPORATION &*
*PANASONIC CORPORATION OF NORTH*
*AMERICA*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Michael A. Rubin
James L. Cooper (*pro hac vice*)
Michael A. Rubin (*pro hac vice*)
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202.942.5000
Facsimile: 202.942.4999
Email: james.cooper@arnoldporter.com
Email: michael.rubin@arnoldporter.com

Daniel B. Asimow (State Bar No. 165661)
Matthew H. Fine (State Bar No. 300808)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: daniel.asimow@arnoldporter.com
Email: matthew.fine@arnoldporter.com

*Attorneys for Defendants*
*TAIYO YUDEN CO. LTD. & TAIYO*
*YUDEN (USA) INC.*

MORGAN, LEWIS & BOCKIUS LLP

/s/ Michelle Park Chiu
Michelle Park Chiu (State Bar No. 248421)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001
Email: michelle.chiu@morganlewis.com

Scott A. Stempel (*pro hac vice*)
J. Clayton Everett, Jr. (*pro hac vice*)
Greta L. Burkholder (*pro hac vice*)
Cindy Seunghee Hong (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

3

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL L.R. 3-12 AND 7-11

CASE NO. 5:18-cv-00198-EJD

1   Email: scott.stempel@morganlewis.com
    Email: clay.everett@morganlewis.com
2   Email: greta.burkholder@morganlewis.com
    Email: cindy.hong@morganlewis.com
3

4   *Attorneys for Defendants*
    *TDK CORPORATION; TDK-EPC CORPORATION;*
5   *TDK (USA) CORPORATION, AND TDK*
    *CORPORATION OF AMERICA*
6

7   PILLSBURY WINTHROP SHAW
    PITTMAN LLP
8

9   */s/ Roxane A. Polidora*
    Roxane A. Polidora (State Bar No. 135972)
    Jacob R. Sorensen (State Bar No. 209134)
10  Four Embarcadero Center
    22nd Floor
11  San Francisco, CA 94111-5998
    Telephone: 415.983.1000
12  Facsimile: 415.983.1200
    Email: roxane.polidora@pillsburylaw.com
13  Email: jake.sorensen@pillsburylaw.com

14

15  *Attorneys for Defendants*
    *TOKIN CORPORATION AND TOKIN*
16  *AMERICA INC.*

17  KESSENICK GAMMA & FREE, LLP

18  */s/ J. Maxwell Cooper*
    J. Maxwell Cooper (State Bar No. 284054)
19  Michael A. Gawley (State Bar No. 294190)
    Scott C. Kessenick (State Bar No. 295999)
20  44 Montgomery Street, Suite 3880
    San Francisco, CA 94104
21  Telephone: 415.362.9400
    Facsimile: 415.362.9401
22  Email: mcooper@kgf-lawfirm.com
    Email: mgawley@kgf-lawfirm.com
23  Email: skessenick@kgf-lawfirm.com

24

25  *Attorneys for Defendants*
    *SAGAMI ELEC CO., LTD. AND SAGAMI*
26  *AMERICA LTD.*

27

                                    4

28  DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE        CASE NO. 5:18-cv-00198-EJD
    MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
    PURSUANT TO CIVIL L.R. 3-12 AND 7-11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP


*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr. (State Bar No. 120965)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.395.8898
Facsimile: 415.391.0600
al.pfeiffer@lw.com

*Attorneys for Defendants*
*SUMIDA AMERICA COMPONENTS INC.;*
*SUMIDA CORPORATION; AND SUMIDA*
*ELECTRIC CO., LTD.*

5

Defendants' Statement of Non-Opposition to Plaintiff's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and 7-11

CASE NO. 5:18-cv-00198-EJD