Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br>Case No. 5:19-cv-00078-EJD |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS<br><br>*Flextronics International USA, Inc. v. Murata Manufacturing Co., Ltd. et al.*, 5:19-cv-00078-EJD | **JOINT STATEMENT ON CASE MANAGEMENT CONFERENCE STATEMENT SCHEDULED FOR MARCH 21, 2019**<br><br>Date: March 21, 2019<br>Time: 10:00 A.M.<br><br>Hon. Edward J. Davila |

JOINT STATEMENT                           CASE NOS. 5:18-CV-00198-EJD-NC
                                                    5:19-CV-00078-EJD

On February 7, 2019, this Court issued a Minute Order setting a Case Management Conference for March 21, 2019 "IF THE PARTIES REQUIRE A HEARING." ECF No. 283. The Direct Purchaser Plaintiffs, Flextronics International USA, Inc.,[1] and Defendants believe it is unnecessary for the Case Management Conference scheduled for March 21, 2019 to proceed. Accordingly, the parties respectfully request that the Case Management Conference Scheduled for March 21, 2019 be taken off calendar.

Dated: March 11, 2019

                                                    Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

**HAUSFELD LLP**

By: */s/ Michael P. Lehmann*
     Michael P. Lehmann

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908

---

[1] Plaintiff in *Flextronics International USA, Inc. v. Murata Manufacturing Co., Ltd. et al.*, 5:19-cv-00078-EJD (N.D. Cal.).

Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

**WILLIAMS MONTGOMERY & JOHN LTD.**

By: */s/ Charles E. Tompkins*
    Charles E. Tompkins

Charles E. Tompkins (*pro hac vice*)
1200 18th Street NW, Suite 325
Washington D.C. 20036
Telephone: (202) 791-9951
Facsimile: (312) 630-8586
cet@willmont.com

Eric R. Lifvendahl (*pro hac vice*)
233 S. Wacker Drive, Suite 6800
Chicago, IL 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
erl@willmont.com

*Counsel for Flextronics International USA, Inc. in Case No. 5:19-cv-00078-EJD (N.D. Cal.).*

**KIRKLAND & ELLIS LLP**

By: */s/ Eliot A. Adelson*
    Eliot A. Adelson

Eliot A. Adelson (SBN 205284)
Margaret A. Webb (SBN 319269)
555 California Street
27th Floor
San Francisco, CA 94104
eadelson@kirkland.com
margaret.webb@kirkland.com

Tammy A. Tsoumas (SBN 250487)
John C. Korevec (SBN 310157)
333 South Hope Street
Los Angeles, CA 90071
ttsoumas@kirkland.com
john.korevec@kirkland.com

James Mutchnik (*pro hac vice*)
300 North LaSalle Street
Chicago, IL 60654
james.mutchnik@kirkland.com

*Attorneys for Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.*


**GIBSON DUNN & CRUTCHER LLP**


By:  */s/ Daniel G. Swanson*
       Daniel G. Swanson

Daniel G. Swanson (SBN 116656)
Frances A. Smithson (SBN 313700)
333 South Grand Avenue
Los Angeles, California 90071
Tel: (213) 229-7000
Fax: (213) 229-7520
dswanson@gibsondunn.com
fsmithson@gibsondunn.com

Scott Hammond (*pro hac vice*)
Cynthia Richman (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

---

Tel: (415) 393-8200
Fax: (415) 393-8306
shammond@gibsondunn.com
crichman@gibsondunn.com

*Attorneys for Defendants Panasonic Corporation of North America; and Panasonic Corporation*

**LATHAM & WATKINS LLP**

By: */s/ Marguerite Sullivan*
    Marguerite Sullivan

Marguerite Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr.
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898
Fax: (415) 391-0600
al.pfeiffer@lw.com

*Attorneys for Defendants Sumida America Components, Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Michael A. Rubin*
    James L. Cooper

Daniel B. Asimow
Ben Halbig

---

JOINT STATEMENT          CASE NOS. 5:18-CV-00198-EJD-NC
                                            5:19-CV-00078-EJD

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
daniel.asimow@arnoldporter.com
ben.halbig@arnoldporter.com

James L. Cooper
Michael A. Rubin
601 Massachusetts Ave., NW
Washington, DC 20001
james.cooper@ arnoldporter.com
michael.rubin@ arnoldporter.com
*Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.*

**MORGAN LEWIS & BOCKIUS LLP**

By: */s/ Michelle Park Chiu*
      Michelle Park Chiu

Michelle Park Chiu (SBN 248421)
One Market
Spear Street Tower
San Francisco, California 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
Scott A. Stempel (*pro hac vice*)
Greta L. Burkholder (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
San Francisco, California
Tel: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com
scott.stempel@morganlewis.com
greta.burkholder@morganlewis.com

*Attorneys for Defendants TDK U.S.A. Corporation; TDK Corporation; TDK-EPC Corporation; and TDK Corporation of America*

---

JOINT STATEMENT                                          CASE NOS. 5:18-CV-00198-EJD-NC
                                                                    5:19-CV-00078-EJD

5

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Roxane A. Polidora*
    Roxane A. Polidora

Roxane A. Polidora (SBN 135972)
Jacob R. Sorensen (SBN 209134)
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-5998USA
Tel: (415) 983-1000
Fax: (415) 983-1200
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com

*Attorneys for Defendants Tokin Corporation and Tokin America, Inc.*

**KESSENICK GAMMA & FREE, LLP**

By: */s/ J. Maxwell Cooper*
    J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
44 Montgomery Street, Suite 3880
San Francisco, CA 94104
Tel: 415-362-9400
Fax: 415-362-9401
mcooper@kgf-lawfirm.com
mgawley@kgf-lawfirm.com

*Attorneys for Defendant Sagami Elec Co., Ltd. and Sagami America Ltd.*

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: March 11, 2019

                */s/ Matthew S. Weiler*
                Matthew S. Weiler