CHRISTINA J. BROWN (CSBN 242130)
MICHAEL T. KOENIG (WiSBN 1053523)
United States Department of Justice
Antitrust Division
450 5th Street, NW
Room 11300
Washington, DC 20530
Telephone: (202) 598-8839
Facsimile:  (202) 598-2428
christina.brown@usdoj.gov
michael.koenig@usdoj.gov

Attorneys for the United States

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER BY UNITED STATES AND DIRECT PURCHASER PLAINTIFFS REGARDING DISCOVERY**<br><br>Judge: Honorable Edward J. Davila |

**STIPULATION AND [PROPOSED] ORDER**

This stipulation is hereby entered into by Intervenor the United States of America, through the United States Department of Justice, Antitrust Division, and Direct Purchaser Plaintiffs ("Plaintiffs").

WHEREAS these consolidated civil cases arise from alleged violations of the Sherman Act, 15 U.S.C. §§ 1 and 3, in the inductors industry;

WHEREAS there is an ongoing criminal grand jury investigation of potential violations of the Sherman Act, 15 U.S.C. § 1, in the inductors industry;

WHEREAS the Court granted the prior two stipulations of the United States and Plaintiffs to stay certain discovery and allow other discovery to proceed, including certain non-merits discovery (ECF No. 181) and merits discovery except for depositions and any discovery concerning grand jury proceedings (ECF No. 260);

WHEREAS the current limited stay of discovery will expire on June 18, 2019;

WHEREAS the United States and Plaintiffs have conferred and reached an agreement to extend the limited discovery stay for another six months;[1]

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties:

1. During the six-month period following entry of this Stipulation and [Proposed] Order by the Court (the "further discovery stay period"), no depositions shall be noticed or taken that reflect, refer to, or relate to any understandings, agreements, contacts, meetings, or communications between or among any manufacturers of inductors or inductors products relating to the sale, pricing, production, volume, market share, customers, capacity, or distribution of inductors or inductors products.  The United States does not object to the taking of Federal Rule of Civil Procedure 30(b)(6) depositions concerning Defendants' sales data, including transactional or statistical data, reflecting their sales of inductors or inductors products or Defendants' retention or collection of relevant documents.

---

[1] As with the prior stipulations regarding a limited discovery stay, Defendants are not party to this stipulation.

1     2. During the further discovery stay period, no discovery shall be conducted (including, without limitation, document requests, interrogatories, requests for admissions, or depositions) that reflects, refers to, or relates to any grand jury proceedings concerning inductors or inductors products, including any party's or witness's communications with the United States or with the grand jury investigating inductors or inductors products, except by order of the Court upon good cause shown and consistent with governing law.

    3. All formal discovery requests shall be served on the United States at or before the time of service on any other party. The United States may object to requested discovery on the basis that it seeks information or documents prohibited by this Stipulation and [~~Proposed~~] Order. Upon objection by the United States, the parties will meet and confer and must seek an order from the Court to proceed if unable to reach a resolution.

    4. The parties reserve their rights to seek or oppose an extension or modification of this Stipulation and [~~Proposed~~] Order following the expiration of the further discovery stay period. Nothing in this Order is intended to foreclose any party or the United States from seeking an additional stay of discovery or from objecting to discovery that is otherwise permitted by this Order.

Respectfully submitted,

/s/ Christina J. Brown
Christina J. Brown
Michael T. Koenig
Trial Attorneys
United States Department of Justice
Antitrust Division

/s/ Lesley E. Weaver
Lesley E. Weaver (CSBN 191305)
Matthew S. Weiler (CSBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   | /s/ Michael P. Lehmann                                       |
| 2   | Michael P. Lehmann (CSBN 77152)<br>Bonny E. Sweeney (CSBN 176174) |
| 3   | Christopher L. Lebsock (CSBN 184546)                         |
| 4   | Samantha Stein (CSBN 302034)<br>HAUSFELD LLP                 |
| 5   | 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111 |
| 6   | Tel: (415) 633-1908                                          |
| 7   | Fax: (415) 358-4980<br>mlehmann@hausfeld.com                 |
| 8   | bsweeney@hausfeld.com<br>clebsock@hausfeld.com               |
| 9   | sstein@hausfeld.com                                          |

3

STIPULATION AND [PROPOSED] ORDER

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: June 14, 2019                         /s/ Christina J. Brown
                                            Christina J. Brown

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Date:  June  14 , 2019

_____
Honorable Edward J. Davila
United States District Judge