UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No.  5:18-cv-00198-EJD<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 324 |

Plaintiffs' Motion For Relief From Nondispositive Pretrial Order of Magistrate Judge is DENIED.

**IT IS SO ORDERED.**

Dated:  July 5, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-00198-EJD
ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1