Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE INDUCTORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER PLAINTIFFS' ACTION | Case No. 5:18-cv-00198-EJD-NC<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PROPOSED SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Hon. Edward J. Davila |
|---|---|

**DECLARATION OF LESLEY E. WEAVER**

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bleichmar Fonti & Auld LLP ("BFA"), Interim Co-Lead Counsel for the Proposed Direct Purchaser Class ("DPPs") in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them. This declaration is made in support of the DPPs' Administrative Motion to Seal Portions of Plaintiffs' [Proposed] Second Consolidated Amended Complaint ("2CAC").

2. Attached hereto as Exhibit 1 is a draft of the DPPs' Proposed 2CAC in *unredacted* form. The portions of the document sought to be sealed have been highlighted.

3. Attached hereto as Exhibit 2 is a draft of the DPPs' Proposed 2CAC in *redacted* form.

4. Attached hereto at Exhibit 3 is a comparison in redline form of the DPPs' current operative complaint, the corrected Consolidated Amended Complaint (ECF No. 210), with the DPPs' Proposed 2CAC. This comparison is being filed in *unredacted* form.

5. The DPPs seek to seal the highlighted portions of the Proposed 2CAC and related comparison (Exhibit 3) because the information contained in these paragraphs was designated as "Highly Confidential" under the Stipulated Protective Order by TDK[1].

6. The DPPs have conferred with the Department of Justice ("DOJ"), and the DPPs understand that the DOJ has no objection to the motion to seal this information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge.

Dated: July 24, 2019        By:  */s/ Lesley E. Weaver*
                                 Lesley E. Weaver

---

[1] For purposes of this motion, TDK refers to collectively to TDK Corporation; TDK-EPC Corporation; TDK Corporation of North America; and TDK U.S.A. Corporation.

1 | Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: July 24, 2019

                                                */s/ Matthew S. Weiler*
                                                Matthew S. Weiler