1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | Case No. 5:18-cv-00198-EJD-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PROPOSED SECOND AMENDED COMPLAINT**<br><br>Hon. Edward J. Davila |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on November 13, 2019 (ECF No. 249), the Direct Purchaser Plaintiffs ("DPPs") filed an Administrative Motion to File Under Seal portions of the following documents:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| [Proposed] Second Consolidated Amended Complaint ("Proposed 2CAC") (Exhibit 1 for the Declaration of Lesley Weaver) | Paragraphs 16, 90-91, 99-100, 106-07, 168, 201-31, 264, 275, and Appendix |
| A comparison in redline form of the DPPs' current operative complaint, the corrected Consolidated Amended Complaint (ECF No. 210), with the DPPs' Proposed 2CAC | Paragraphs 16, 90-91, 99-100, 106-07, 168, 201-31, 264, 275 (these paragraph numbers refer to the revised paragraphs) |

The Court finds that there are compelling reasons to seal these portions of DPPs' 2CAC and related comparison, and hereby **ORDERS** that the paragraphs in the Proposed 2CAC and related comparison listed above be **SEALED**.

IT IS SO ORDERED.

Dated: _____ 2019

HON. EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE