| | |
|---|---|
| **To:** | Samantha Stein |
| **Subject:** | RE: In re Inductors Antitrust Litig., Case No. 5:18-198-EJD (N.D. Cal.): products at issue |

**From:** Weiler, Matthew <mweiler@bfalaw.com>
**Sent:** Monday, December 17, 2018 3:03 PM
**To:** 'Rubin, Michael A.' <Michael.Rubin@arnoldporter.com>; 'Everett, Jr., John Clayton' <clay.everett@morganlewis.com>; 'Smithson, Frances Annika' <FSmithson@gibsondunn.com>
**Cc:** 'Fine, Matthew' <Matthew.Fine@arnoldporter.com>; 'Allyson.maltas@lw.com' <Allyson.maltas@lw.com>; 'Burkholder, Greta Louise' <greta.burkholder@morganlewis.com>; 'Stempel, Scott A.' <scott.stempel@morganlewis.com>; 'Chiu, Michelle Park' <michelle.chiu@morganlewis.com>; 'Hong, Cindy Seunghee' <cindy.hong@morganlewis.com>; 'Swanson, Daniel G.' <DSwanson@gibsondunn.com>; 'Hammond, Scott' <SHammond@gibsondunn.com>; 'Richman, Cynthia' <CRichman@gibsondunn.com>; 'Duvall, Lucie H.' <LDuvall@gibsondunn.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Marguerite.Sullivan@lw.com' <Marguerite.Sullivan@lw.com>; 'Elizabeth.Gettinger@lw.com' <Elizabeth.Gettinger@lw.com>; 'Nayha.Arora@lw.com' <Nayha.Arora@lw.com>; 'EAdelson@kirkland.com' <EAdelson@kirkland.com>; 'heather.canner@kirkland.com' <heather.canner@kirkland.com>; 'sfarley-kirkland.com' <sfarley@kirkland.com>; 'jmutchnik@kirkland.com' <jmutchnik@kirkland.com>; 'ttsoumas@kirkland.com' <ttsoumas@kirkland.com>; 'margaret.webb@kirkland.com' <margaret.webb@kirkland.com>; 'mccarthym@kirkland.com' <mccarthym@kirkland.com>; 'Cooper, James L.' <James.Cooper@arnoldporter.com>; 'roxane.polidora@pillsburylaw.com' <roxane.polidora@pillsburylaw.com>; 'jake.sorensen-pillsburylaw.com' <jake.sorensen@pillsburylaw.com>; 'mcooper@kgf-lawfirm.com' <mcooper@kgf-lawfirm.com>; 'snguyen@kgf-lawfirm.com' <snguyen@kgf-lawfirm.com>; 'mgawley@kgf-lawfirm.com' <mgawley@kgf-lawfirm.com>; Aldridge, Emily <ealdridge@bfalaw.com>; Michael P. Lehmann <mlehmann@hausfeld.com>; Bonny Sweeney <bsweeney@hausfeld.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Samantha Stein <sstein@hausfeld.com>; Weaver, Lesley <lweaver@bfalaw.com>; Simnowitz, Sara <ssimnowitz@bfalaw.com>; Paul Gallagher <pgallagher@hausfeld.com>
**Subject:** In re Inductors Antitrust Litig., Case No. 5:18-198-EJD (N.D. Cal.): products at issue

Counsel,

In response to Defendants' arguments made this afternoon at the Case Management Conference that Plaintiffs haven't defined the products at issue, Plaintiffs re-confirm that they seek the Inductors offered for sale in Defendants' product catalogs, and on Defendants' websites during the Class Period. Plaintiffs have informed Defendants on several occasions that at this stage of the case Plaintiffs' best understanding is that the Inductors that are the basis of their allegations are the "ones that appear in [Defendants'] product catalog[s]." ECF No. 251 at 16. Defendants' portion of the last submitted case management statement reflects this definition. Of course, this definition is subject to a reservation of rights that the parties have at this point engaged in no discovery on this issue. We trust this eliminates any confusion on this topic.

Regards,

Matthew S. Weiler
Bleichmar Fonti & Auld, LLP