AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re Inductors Antitrust Litigation | ) ) ) ) ) | Case No.  5:18-cv-00198-EJD-NC |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TDK U.S.A. Corporation                              .

Date:    12/05/2019

/s/ Cecilia Wang
*Attorney's signature*

Cecilia Wang / 314125
*Printed name and bar number*

One Market, Spear Street Tower
San Francisco, CA 94105-1596

*Address*

cecilia.wang@morganlewis.com
*E-mail address*

(415) 442-1000
*Telephone number*

(415) 442-1001
*FAX number*