Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Samantha Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
sstein@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:18-cv-00198-EJD-NC |
| | Related Case No. 5:19-CV-00078-EJD |
| This Document Related To: | Hon. Edward J. Davila |
| ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE THE CURRENT CASE MANAGEMENT ORDER AND SCHEDULE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION AND [PROPOSED] ORDER

This stipulation is hereby entered into by and among Direct Purchaser Plaintiffs ("DPPs"), Flextronics International USA Inc. ("Flex"), and Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Murata Power Solutions, Inc.; TOKO Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components Inc.; Taiyo Yuden Co., Ltd; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; TDK (USA) Corporation; Tokin Corporation; Tokin America, Inc.; Sagami Elec Co., Ltd; and Sagami America Ltd. (collectively, "Defendants"; together with DPPs and Flex, "the Parties").   Pursuant to Local Rule 6-2, this stipulation is accompanied by the Declaration of Samantha J. Stein, which attests to the facts set forth herein.

WHEREAS, the Court first issued the operative Case Management Order ("CMO") on October 18, 2018 (ECF No. 228),[1] whereby, among other things, fact discovery is scheduled to end by July 29, 2020;

WHEREAS, on February 8, 2019 the Court issued a Case Management Order in the Flex action adopting the same schedule in that action (Flex Docket, ECF No. 36);

WHEREAS, the DPPs filed their Second Consolidated Amended Complaint on November 15, 2019 (ECF No. 359-3 (unredacted version)), and Flex filed its Third Amended Complaint on December 23, 2019 (Flex Docket, ECF No. 81);

WHEREAS, Defendants have moved to dismiss these complaints (ECF Nos. 386, 388, 390; Flex Docket, ECF Nos. 96, 97, 105);

WHEREAS, the hearing date for Defendants' Motions to Dismiss the DPPs' Second Consolidated Amended Complaint and Flex's Third Amended Complaint is scheduled for June 4, 2020 (ECF No. 397);

WHEREAS, the Court previously issued an Order granting the stipulation between the United States and the DPPs regarding extending the discovery stay until June 2020 in light of the Department of Justice's pending antitrust investigation (ECF No. 376);

---

[1] All ECF No. references in this Statement are to the *In re Inductors Antitrust Litigation* Action, Case No. 18-cv-0198-EJD-NC (N.D. Cal.), unless otherwise noted.

WHEREAS, the Court has issued several General Orders in light of the COVID-19 crisis, and the COVID-19 crisis has had and will likely continue to further impact the Schedule and other logistical issues in the litigation of this case;

WHEREAS, the Parties agree that an extension in the schedule is warranted given, among other things, the stays of discovery, the COVID-19 crisis, and the fact that the pleadings are not yet settled:

NOW, THEREFORE, for good cause shown, the parties stipulate and jointly move that:

1. The Court vacate the current CMOs in these cases (ECF No. 228; Flex Docket, ECF No. 36); and

2. Order the Parties to submit a joint or competing revised proposed Schedule(s) within thirty (30) business days after the Order on Defendants' pending Motions to Dismiss is issued.

IT IS SO STIPULATED.


Dated: May 26, 2020

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

*/s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone:     415.445.4003
Facsimile:     415.445.4020
Email: lweaver@bfalaw.com

HAUSFELD LLP

*/s/ Michael P. Lehmann*
Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone:     415.633.1908
Facsimile:     415.358.4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com
Email: sstein@hausfeld.com

1

*Interim Co-Lead Counsel for the Proposed*
*DIRECT PURCHASER PLAINTIFF CLASS*

2

3    WILLIAMS, MONTGOMERY & JOHN, LTD.

4    */s/ Charles E. Tompkins*
     Charles E. Tompkins (*pro hac vice*)
5    1200 18th Street NW
     Suite 325
6    Washington, DC 20036
     Telephone:      202.791.9951
7    Facsimile:      312.630.8586
     Email: cet@willmont.com
8

9    Ashley Hyun-Jeong Kim
     233 S. Wacker
10   Suite 6800
     Chicago, IL 60606
11   Telephone:      312.998.2525
     Email: ahk@willmont.com
12

13   *Attorneys for FLEXTRONICS INTERNATIONAL*
     *USA, INC.*
14

15   RAINS LUCIA STERN ST. PHALLE & SILVER,
     PC
16
     */s/ Eustace De Saint Phalle*
17   Eustace De Saint Phalle (SBN: 179100)
     2300 Contra Costa Blvd.
18   Suite 500
     Pleasant Hill, CA 94523
19   Telephone:      415.341.9341
     Facsimile:      925.609.1690
20   Email: EdeSaintPhalle@rlslawyers.com

21   *Attorneys for FLEXTRONICS INTERNATIONAL*
     *USA, INC.*
22

23   MORRISON & FOERSTER LLP
24
     By: */s/ Eliot A. Adelson*
25   Eliot A. Adelson (CA SBN 205284)
     eadelson@mofo.com
26   Margaret A. Webb (CA SBN 319269)
     mwebb@mofo.com
27   MORRISON & FOERSTER LLP
     425 Market Street
28

-3-

San Francisco, California  94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendants*
*MURATA MANUFACTURING CO., LTD.,*
*MURATA ELECTRONICS NORTH AMERICA,*
*INC., MURATA POWER SERVICES, INC. AND*
*TOKO, INC. (now known as SAITAMA MURATA*
*MANUFACTURING CO., LTD.*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Daniel G. Swanson*
Daniel G. Swanson (SBN 116656)
Frances A. Waldmann (SBN 313700)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520
Email: dswanson@gibsondunn.com
Email: fwaldmann@gibsondunn.com

Scott D. Hammond (*pro hac vice*)
Cynthia E. Richman (*pro hac vice*)
1050 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036-5306
Telephone:     202.955.8500
Facsimile:     202.467.0539
Email: shammond@gibsondunn.com
Email: crichman@gibsondunn.com

Eli M. Lazarus (SBN 284082)
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:     415.393.8200
Facsimile:     415.393.8306
Email: elazarus@gibsondunn.com

*Attorneys for Defendants*
*PANASONIC CORPORATION; PANASONIC*
*CORPORATION OF NORTH AMERICA*

KESSENICK GAMMA & FREE. LLP

*/s/ J. Maxwell Cooper*
J. Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
Scott C. Kessenick (SBN 295999)
44 Montgomery Street, Suite 3880
San Francisco, CA  94114

-4-

Telephone:     415.362.9400
Facsimile:     415.362.9401
Email: mcooper@kgf-lawfirm.com
Email: mgawley@kgf-lawfirm.com
Email: skessenick@kgf-lawfirm.com

*Attorneys for Defendants*
*SAGAMI ELEC. CO., LTD. and SAGAMI AMERICA*
*LTD.*


LATHAM & WATKINS LLP

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr. (SBN 120965)
Elizabeth C. Gettinger (SBN 307683)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898
Fax: (415) 391-0600
al.pfeiffer@lw.com

*Attorney for Defendants Sumida Corporation;*
*Sumida Electric Co., Ltd.; and Sumida America*
*Components Inc.*


ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Michael A. Rubin*
James L. Cooper (*pro hac vice*)
Michael A. Rubin (*pro hac vice*)
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone:     202.942.5000
Facsimile:     202.942.4999
Email: james.cooper@arnoldporter.com
Email: michael.rubin@arnoldporter.com

Daniel B. Asimow (SBN 165661)
Benjamin T. Halbig (SBN 321523)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100

-5-

1    Facsimile:     415.471.3400
     Email: daniel.asimow@arnoldporter.com
2    Email: ben.halbig@arnoldporter.com

3    *Attorneys for Defendants*
     *TAIYO YUDEN CO. LTD. &*
4    *TAIYO YUDEN (USA) INC.*

5

6    MORGAN, LEWIS & BOCKIUS LLP

7    */s/ Michelle Park Chiu*
     Michelle Park Chiu (SBN 248421)
8    One Market, Spear Street Tower
     San Francisco, California  94105-1596
9    Telephone:     415.442.1000
     Facsimile:     415.442.1001
10   Email: michelle.chiu@morganlewis.com

11   Scott A. Stempel (*pro hac vice*)
     J. Clayton Everett, Jr. (*pro hac vice*)
12   1111 Pennsylvania Ave., NW
     Washington, DC  20004
13   Telephone:     202.739.3000
     Facsimile:     202.739.3001
14   Email: scott.stempel@morganlewis.com
     Email: clay.everett@morganlewis.com
15
     Cindy Seunghee Hong (*pro hac vice*)
16   1400 Page Mill Road
     Palo Alto, CA  94304
17   Telephone:     650.843.4000
     Facsimile:     650.843.4000
18   Email: cindy.hong@morganlewis.com

19   *Attorneys for Defendants*
     *TDK CORPORATION, TDK EPC CORPORATION,*
20   *TDK (USA) CORPORATION, AND TDK*
     *CORPORATION OF AMERICA*
21

22   PILLSBURY WINTHROP SHAW PITTMAN LLP

23   */s/ Roxane A. Polidora*
     Roxane A. Polidora
24
     Roxane A. Polidora (SBN 135972)
25   Jacob R. Sorensen (SBN 209134)
     Lee Brand (SBN 287110)
26   Four Embarcadero Center, 22nd Floor
     San Francisco, CA 94111-5998USA
27   Telephone:     (415) 983-1000
     Facsimile:     (415) 983-1200
28   Email: roxane.polidora@pillsburylaw.com

-6-

STIPULATION AND [PROPOSED] ORDER TO VACATE CASE        CASE NO.: 5:18-cv-00198-EJD
MANAGEMENT ORDER AND SCHEDULE                          CASE NO.: 5:19-cv-00078-EJD

Email: jake.sorensen@pillsburylaw.com
Email: lee.brand@pillsburylaw.com

*Attorneys for Defendants*
*TOKIN CORPORATION AND TOKIN AMERICA,*
*INC.*

STIPULATION AND [PROPOSED] ORDER TO VACATE CASE
MANAGEMENT ORDER AND SCHEDULE

CASE No.: 5:18-cv-00198-EJD
CASE No.: 5:19-cv-00078-EJD

1

## **ATTESTATION**

2

    I, Michael P. Lehmann, am the ECF User whose identification and password are being used

3

to file this **STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT**

4

**CONFERENCE ORDER AND SCHEDULE**.  I attest under penalty of perjury that concurrence in

5

this filing has been obtained from all counsel.

6

                                                                */s/ Michael P. Lehmann*

7

                                                    Michael P. Lehmann

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3        SO ORDERED THIS __27th__ day of __May_____, 2020.

4

5                                                                    _____

6                                              HONORABLE EDWARD J. DAVILA
                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO VACATE CASE
MANAGEMENT ORDER AND SCHEDULE
CASE No.: 5:18-cv-00198-EJD
CASE No.: 5:19-cv-00078-EJD